# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| RICHARD ALEXANDER MURDAUGH, JR., | ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) ) |
| | ) Civil Action No.: _____ |
| BLACKFIN, INC., WARNER BROS. DISCOVERY, INC., WARNER MEDIA ENTERTAINMENT PAGES, INC., CAMPFIRE STUDIOS INC., THE CINEMART LLC, NETFLIX, INC., GANNETT CO., INC. and MICHAEL M. DEWITT, JR., | ) ) ) ) ) ) ) ) |
| *Defendants*. | ) ) |

### DEFENDANTS BLACKFIN, INC.'S, WARNER BROS. DISCOVERY, INC.'S, WARNER MEDIA ENTERTAINMENT PAGES, INC.'S AND CAMPFIRE STUDIO INC.'S CONSENT TO REMOVAL OF ACTION

Pursuant to 28 U.S.C. § 1446(b), Defendants Blackfin, Inc. ("Blackfin"), Warner Bros. Discovery, Inc. ("WBD"), Warner Media Entertainment Pages, Inc. ("Warner Media"), and Campfire Studios Inc. ("Campfire") (together, the "Warner Defendants"), by and through undersigned counsel, consent to the removal of this action, originally pleaded as Civil Action No. 2024-CP-25-00192 in the Court of Common Pleas, County of Hampton, State of South Carolina.[1]

---

[1] As will be addressed in the Warner Defendants' Answers to Local Rule 26.01 Interrogatories, the Warner Defendants do not concede that Plaintiff has named the correct parties in interest as Defendants and reserve the right to raise such argument at an appropriate time. The Warner Defendants also do not waive any argument as to personal jurisdiction by virtue of this Consent.

Defendant Blackfin received the Summons and Complaint on or about August 12, 2024. Blackfin is a corporation organized and existing under the laws of the State of New York with its principal place of business in the State of New York.

Defendant WBD received the Summons and Complaint on or about August 13, 2024. WBD is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the State of New York.

Defendant Warner Media received the Summons and Complaint on or about August 13, 2024. Warner Media is a corporation organized and existing under the laws of the State of Georgia with its principal place of business in the State of Georgia.

Defendant Campfire received the Summons and Complaint on or about August 12, 2024. Campfire is a corporation organized and existing under the laws of the State of California with its principal place of business in the State of California.

DATE: 9 September 2024                    Respectfully submitted,

                                         NELSON MULLINS RILEY & SCARBOROUGH, LLP
                                         s/ DAVID E. DUKES
                                         David E. Dukes, Esq. (Federal Bar No. 635)
                                         E-Mail: david.dukes@nelsonmullins.com
                                         1320 Main Street / 17th Floor
                                         Post Office Box 11070 (29211-1070)
                                         Columbia, SC 29201
                                         (803) 799-2000

                                         Merritt G. Abney, Esq. (Federal Bar No. 9413)
                                         E-Mail: merritt.abney@nelsonmullins.com
                                         151 Meeting Street / Sixth Floor
                                         Post Office Box 1806 (29402-1806)
                                         Charleston, SC  29401-2239
                                         (843) 853-5200

WILLKIE FARR & GALLAGHER LLP
Meryl C. Governski (*pro hac vice forthcoming*)
Kristin Bender (*pro hac vice forthcoming*)
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgovernski@willkie.com
kbender@willkie.com

*Attorneys for Defendants Blackfin, Inc., Warner Bros. Discovery, Inc., Warner Media Entertainment Pages, Inc. and Campfire Studios Inc.*