# EXHIBIT 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| RICHARD ALEXANDER MURDAUGH, JR., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>BLACKFIN, INC., WARNER BROS. DISCOVERY, INC., WARNER MEDIA ENTERTAINMENT PAGES, INC., CAMPFIRE STUDIOS INC., THE CINEMART LLC, NETFLIX, INC., GANNETT CO., INC. and MICHAEL M. DEWITT, JR., )<br>)<br>*Defendants*. ) | Civil Action No.: _____ |

## DEFENDANTS GANNETT CO., INC.'S, AND MICHAEL M. DEWITT, JR.'S CONSENT TO REMOVAL OF ACTION

Pursuant to 28 U.S.C. § 1446(b), Defendants Gannett Co., Inc. ("Gannett"), and Michael M. DeWitt, Jr. ("DeWitt"), by and through undersigned counsel, join in and/or consent to the removal of this action, originally pleaded as Civil Action No. 2024-CP-25-00192 in the Court of Common Pleas, County of Hampton, State of South Carolina, to the extent their consent is necessary as fraudulently joined Defendants.

Defendant Gannett received the Summons and Complaint on or about August 12, 2024. Gannett is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the State of New York.[1]

---

[1] Although Gannett is alleged in the Complaint to be a citizen of Virginia, it moved its principal place of business to New York in March 2024.

Defendant DeWitt received the Summons and Complaint on or about July 23, 2024, and is a citizen of South Carolina.

DATE: September 9, 2024                    Respectfully submitted,

**MAYNARD NEXSEN PC**

*/s/ Cheryl D. Shoun*
Cheryl D. Shoun
Marguerite S. Willis
205 King Street, Suite 400
Charleston, SC 29401
Tel: (202) 661-7605
cshoun@maynardnexsen.com
mwillis@maynardnexsen.com

**BALLARD SPAHR LLP**

*/s/ Kaitlin M. Gurney*
Kaitlin M. Gurney
Maxwell S. Mishkin
1909 K Street N.W., 12th Floor
Washington, DC 20006-1157
Tel: (202) 661-2200
gurneyk@ballardspahr.com
mishkinm@ballardspahr.com

*Pro Hac Vice Motions Forthcoming*