# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION**

| | |
|---|---|
| RICHARD ALEXANDER MURDAUGH, JR., </br></br>    *Plaintiff*, </br></br>v. </br></br>BLACKFIN, INC., WARNER BROS. DISCOVERY, INC., WARNER MEDIA ENTERTAINMENT PAGES, INC., CAMPFIRE STUDIOS INC., THE CINEMART LLC, NETFLIX, INC., GANNETT CO., INC. and MICHAEL M. DEWITT, JR., </br></br>    *Defendants*. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> )  **Civil Action No.:** _____ </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## DECLARATION OF JULIA WILLOUGHBY NASON

I, Julia Willoughby Nason, hereby declare, subject to the penalties of perjury pursuant to 28 U.S.C. § 1746:

1.    I am one of the founders, co-owners and members of Defendant The Cinemart LLC ("Cinemart"). I submit this declaration in support of Defendants' Notice of Removal based on personal knowledge.

2.    The Cinemart LLC is and was, at the time of the filing of the Complaint and the filing of this removal, a limited liability company organized under the laws of New York with its principal place of business in New York.

3.    The members of Cinemart are myself and Michael Gasparro. I am and was, at the time of the filing of the Complaint and the filing of this removal, a citizen of the United States and

1

a domiciliary of New York. Mr. Gasparro is and was, at the time of the filing of the Complaint and the filing of this removal, a citizen of the United States and a domiciliary of New Jersey.

I declare under the penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Executed on the 6th day of September, 2024.

Signed by:
*Julia Willoughby Nason*
1E50AE6362D04F6...

Julia Willoughby Nason