# EXHIBITS 5A – 5C

SEASON 1, EPISODES 1 – 3 OF "Murdaugh Murders: A Southern Scandal"

SUBMITTED TO THE COURT ON A THUMB DRIVE