IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| RICHARD ALEXANDER MURDAUGH, JR., <br><br> Plaintiff, <br><br> vs. <br><br> BLACKFIN, INC., WARNER BROS. DISCOVERY, INC., WARNER MEDIA ENTERTAINMENT PAGES, INC., CAMPFIRE STUDIOS INC., THE CINEMART LLC, NETFLIX, INC., GANNETT CO., INC and MICHAEL M. DEWITT, JR., <br><br> Defendants. | C/A No.: 9:24-cv-04914-RMG <br><br> **PLAINTIFF'S MOTION TO STAY THE DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO SEVER** |

PLEASE TAKE NOTICE that the Plaintiff, Richard Alexander Murdaugh, Jr., pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 6.01 moves the Court to stay the deadline to respond to Defendants' Motion to Sever (ECF No. 14) pending the resolution of Plaintiff's forthcoming Motion to Remand. In support of this motion, the Plaintiff states as follows:

1. After removal, on September 10, 2024, Defendants filed a Motion to Sever.

2. Plaintiff intends to file a Motion to Remand on the basis that diversity jurisdiction does not exist and that Michael M. DeWitt, Jr. is a properly named local Defendant.

3. Given the uncertainty created by Plaintiff's forthcoming Motion to Remand, Plaintiff believes that it would be premature to brief the issues raised by Defendants' Motion to Sever until Plaintiff's Motion to Remand is resolved. The Court may not have subject matter jurisdiction to entertain the issues raised by Defendants' Motion.

4.    The deadline for Plaintiff to respond to Defendants' Removal Action is October 16, 2024, and a stay of Defendants' Motion until the Motion to Remand is resolved will not prejudice any party.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order staying all further briefing deadlines for Defendants' Motion and holding the Motion in abeyance until Plaintiff's forthcoming Motion to Remand is resolved. Plaintiff certifies pursuant to Local Civil Rule 7.02 that he has attempted to confer with opposing counsel to resolve the matters contained in the motion but was unable to receive a timely response.

KENT LAW FIRM, LLC

/s/ Shaun C. Kent
Shaun C. Kent, Fed. Bar #9326
Post Office Box 117
Manning, SC  29102
(803) 433-5368
shaun@shaunkentlaw.com

ATTORNEYS FOR PLAINTIFF

September 20, 2024
Manning, South Carolina