IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| RICHARD ALEXANDER MURDAUGH, JR. | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 9:24-cv-04914-RMG |
| vs. | ) ) | |
| BLACKFIN, INC., WARNER BROS. DISCOVERY, INC., WARNER MEDIA ENTERTAINMENT PAGES, INC., CAMPFIRE STUDIOS INC., THE CINEMART LLC, NETFLIX, INC., GANNETT CO., INC. and MICHAEL M. DEWITT, JR. | ) ) ) ) ) ) ) ) ) | CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION TO SEVER |
| Defendants. | ) | |

Pursuant to Local Civ. Rule 6.01, the Parties to this action jointly move this Court for an enlargement of time within which Plaintiff must respond to Defendants' Motion to Sever the briefing schedule.

1. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Court may extend the time for any act for "good cause" if the request is made "before the original time."

2. On June 14, 2024, Plaintiff filed his Complaint in the Hampton County Court of Common Pleas at Civil Action No. 2024-CP-25-00192.

3. On September 8, 2024, The Warner Defendants filed a Motion to Sever on the claim against Michael M. Dewitt, Jr., from the action against the rest of the Defendants.

4. The Plaintiff's deadline to file an oppositional response to the Motion to Sever is currently Tuesday, September 24, 2024.

5. The Court has previously ordered a deadline of October 16, 2024, for the filing of any motions to remand by the Plaintiff.

6. Parties agree and respectfully submit that the interests of justice and efficient consideration by the Court can be best achieved by setting the same deadline of October 16, 2024, for any responsive pleading, memorandum, or brief, regarding the Defendant's Motion to Sever.

7. Plaintiff requests an enlargement of time until October 16, 2024, in which to file his responses to the Motion to Sever. This deadline has not been previously extended, and this extension will not affect other deadlines in this case. With the extension, the Plaintiff's new deadline to respond to the Motion to Sever would be October 16, 2024.

WHEREFORE, the Plaintiff respectfully request that the Court extend the deadline and modify the briefing schedule as proposed herein.

KENT LAW FIRM, LLC

/s/ Shaun C. Kent
Shaun C. Kent, Fed. Bar #9326
Post Office Box 117
Manning, SC 29102
(803) 433-5368
shaun@shaunkentlaw.com

ATTORNEY FOR PLAINTIFF

September 24, 2024

WE CONSENT:

KENT LAW FIRM, LLC

/s/ Shaun C. Kent
Shaun c. Kent Fed. Bar #9326
Post Office Box 117 Fed. Bar #9326
Manning, SC 29102
(803) 433-5368
shaun@shaunkentlaw.com

*Attorney For Plaintiff*

NELSON MULLINS RILEY & SCARBOROUGH, LLP

/s/ Merritt G. Abney
David E. Dukes, Fed. Bar #00635
1320 Main Street/17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
(803) 799-2000

*Attorney for Defendants, Warner Bros. Discovery, Inc., Warner Medica Entertainment Pages, Inc., Warner and Campfire Studios, Inc.*