IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| RICHARD ALEXANDER MURDAUGH, JR., <br> Plaintiff, <br><br> v. <br><br> BLACKFIN, INC., WARNER BROS. DISCOVERY, INC., WARNER MEDIA ENTERTAINMENT PAGES, INC., CAMPFIRE STUDIOS, INC., THE CINEMART LLC, NETFLIX, INC., GANNETT CO., INC. and MICHAEL M. DEWITT, JR., <br> Defendants. | Civil Action No.: 9:24-cv-04914-RMG <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S MOTION TO REMAND

PLEASE TAKE NOTICE that the Plaintiff, Richard Alexander Murdaugh, Jr., through his undersigned counsel, moves for an Order remanding this action to the Hampton County Court of Common Pleas and awarding attorneys' fees and costs pursuant to 28 U.S.C. § 1447. Defendants Netflix, Inc. and The Cinemart LLC (collectively "Defendants") removed this action from the Hampton County Court of Common Pleas based on an allegation that Defendant Michael M. DeWitt, Jr. is an improperly-joined party. However, the Defendants cannot meet their burden of establishing fraudulent joinder, and in fact they lack an objectively reasonable basis for the removal of Plaintiff's action to this Court. For these reasons and those detailed in his contemporaneously filed memorandum in support, Plaintiff's Motion to Remand to the Hampton County Court of Common Pleas and application for attorneys' fees and costs should be granted.

[SIGNATURE PAGE TO FOLLOW]

KENT LAW FIRM, LLC

/s/ Shaun C. Kent
Shaun c. Kent Fed. Bar #9326
Post Office Box 117 Fed. Bar #9326
Manning, SC 29102
(803) 433-5368
shaun@shaunkentlaw.com
*Attorney For Plaintiff*