EXHIBITS 2 – 3

EPISODE 3 Clips of "Murdaugh Murders: A Southern Scandal"

SUBMITTED TO THE COURT ON A THUMB DRIVE