IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| RICHARD ALEXANDER MURDAUGH, JR., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No.: 9:24-cv-04914-RMG |
| BLACKFIN, INC., WARNER BROS. DISCOVERY, INC., WARNER MEDIA ENTERTAINMENT PAGES, INC., CAMPFIRE STUDIOS INC., THE CINEMART LLC, NETFLIX, INC., GANNETT CO., INC. and MICHAEL M. DEWITT, JR., | ) ) ) ) ) ) ) ) | **MOTION TO DISMISS OF BLACKFIN, INC.** |
| Defendants. | ) ) | |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Blackfin, Inc. ("Blackfin") respectfully moves this court for an Order dismissing Plaintiff's Complaint. The basis for this Motion is that the Complaint fails to state a claim upon which relief can be granted.

This Motion is supported by applicable law, Blackfin's Memorandum of Law filed simultaneously herewith, and any additional supporting memoranda that may be submitted by Blackfin at or before any ruling on this Motion.

WHEREFORE, Defendant Blackfin, Inc. respectfully requests that the Court enter an Order Dismissing Plaintiff's Complaint.

Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH, LLP

s/ MERRITT G. ABNEY
David E. Dukes, Esq. (Federal Bar No. 00635)
E-Mail: david.dukes@nelsonmullins.com
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
(803) 799-2000

Merritt G. Abney, Esq. (Federal Bar No. 09413)
E-Mail: merritt.abney@nelsonmullins.com
151 Meeting Street / Sixth Floor
Post Office Box 1806 (29402-1806)
Charleston, SC 29401-2239
(843) 853-5200

WILLKIE FARR & GALLAGHER LLP

Meryl C. Governski, *admitted pro hac vice*
Kristin Bender, *admitted pro hac vice*
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgovernski@willkie.com
kbender@willkie.com

*Attorneys for Defendants Blackfin, Inc., Warner Bros. Discovery, Inc., Warner Media Entertainment Pages, Inc. and Campfire Studios Inc.*

Charleston, South Carolina
October 16, 2024