# EXHIBITS A – C

EPISODES 1 – 3 OF "Murdaugh Murders: Deadly Dynasty"

SUBMITTED TO THE COURT ON A THUMB DRIVE