IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| RICHARD ALEXANDER MURDAUGH, JR., <br><br> Plaintiff, <br><br> vs. <br><br> BLACKFIN, INC., et al., <br><br> Defendants. | C/A No.: 9:24-cv-04914-RMG <br><br><br> **PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS** |

PLEASE TAKE NOTICE that the Plaintiff, Richard Alexander Murdaugh, Jr., hereby requests that he be granted an extension to reply to Defendants' 12(b)(6) Motions to Dismiss. The original deadline for responses to these motions was stayed by the Court until the jurisdictional motions were ruled upon. The Court issued its ruling on February 19, 2025 and allowed 10 days for the filing of responses to the 12(b)(6) Motions to dismiss, making the current deadline March 1, 2025.

The responses to these motions will require voluminous and time intensive memoranda. Therefore, the Plaintiff would have the Court to extend the deadline by seven (7) days which would be March 8, 2025. A brief extension of time within which to reply to the Defendants motion to dismiss would not prejudice any party.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order enlarging the deadlines for the Plaintiff to file responses to the Defendants' Motions to Dismiss by seven (7) days making the new deadline March 8, 2025. Plaintiff certifies pursuant to Local Civil Rule 7.02 that he has conferred with opposing counsel to resolve the matters contained in the motion but no resolution was reached.

KENT LAW FIRM, LLC

/s/ Shaun C. Kent
Shaun C. Kent, Fed. Bar #9326
Post Office Box 117
Manning, SC 29102
(803) 433-5368
shaun@shaunkentlaw.com

February 21, 2025
Manning, South Carolina