IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| RICHARD ALEXANDER MURDAUGH, JR., | ) ) ) | C/A No.: 9:24-cv-04914-RMG |
| Plaintiff, | ) ) | |
| vs. | ) ) | **PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME** |
| BLACKFIN, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

PLEASE TAKE NOTICE that the Plaintiff, Richard Alexander Murdaugh, Jr., hereby requests that he be granted an extension to reply to Defendants' Response in Opposition to Plaintiff's Motion for Reconsderation on Motion to Remand to State Court and Motion to Sever. The current deadline for the Plaintiff to reply to Defendants' response is March 17, 2025. The Plaintiff would move the Court to extend the deadline by seven (7) days which would be March 24, 2025. An extension of time within which to reply to Defendants' responses would not prejudice any party.

The Plaintiff certifies he has been in contact with defense counsel and they consent to the Plaintiff's request for an extension of time.

KENT LAW FIRM, LLC

/s/ Shaun C. Kent
Shaun C. Kent, Fed. Bar #9326
Post Office Box 117
Manning, SC 29102
(803) 433-5368
shaun@shaunkentlaw.com

March 14, 2025
Manning, South Carolina