### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| Richard Alexander Murdaugh, Jr., <br><br> Plaintiff, <br> v. <br><br> Blackfin, Inc., *et al.*, <br><br> Defendants. | Case No. 9:24-cv-4914-RMG <br><br> **ORDER** |

**ORDER REGARDING DEFENDANTS' MOTIONS TO DISMISS (Dkt. Nos. 48-50)**

Defendants Blackfin, Inc., Campfire Studios, Inc., Warner Bros. Discovery, Inc. and Warner Media Entertainment Pages, Inc. filed motions to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, arguing that Plaintiff's Complaint fails to sufficiently plead a valid cause of action for defamation and, therefore, is defective for failing to articulate plausible claims on which relief can be granted as required by the United States Supreme Court's decision in *Ashcroft v. Iqbal*, 556 U.S. 662 (2009). In the interim, Plaintiff has moved to "supplement his Complaint with more detail in order to put Defendants on further notice of the substance of [his] claims." (Dkt. No. 75).

The Court has reviewed the motion. Without expressing any view as to the motion's merits, the Court affords Plaintiff an opportunity to cure the purported pleading defect(s). Therefore, the Court **HEREBY GRANTS** Plaintiff leave to file an amended complaint in accordance with Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure. An amended complaint must plead specific factual allegations that, if true, would "plausibly give rise to an entitlement to relief." *Iqbal*, 556 U.S. at 680. If Plaintiff timely files an amended complaint, the Court will deny without prejudice Defendant's instant motions to dismiss as moot.

Plaintiff is **DIRECTED** to file his amended complaint on or before 5 days from the date this order is issued, from which point Defendants will have 21 days to serve a responsive pleading.

**AND IT IS SO ORDERED.**

s/ Richard M. Gergel
Richard M. Gergel
United States District Judge

March 28, 2025
Charleston, South Carolina