# EXHIBIT G

**BLACKFIN PRIMING STATEMENTS**[1]

| CITED EXCERPT | SCRIPT EXCERPT |
|---|---|
| No. 1 (Ex. D at 2-3; Am. Compl. ¶ 23) | 911 Operator (Archive): *Hampton County 911. Where's your emergency*? <br><br> GRAPHICS ON SCREEN: [SUBTITLES] Alex Murdaugh: *This is Alex Murdaugh.* <br><br> Alex Murdaugh (Archive): *Yes, this is Alex Murdaugh. My wife and child have been shot badly.* <br><br> GRAPHICS ON SCREEN: [SUBTITLES] Alex Murdaugh: *My wife and child have been shot badly.* <br><br> Drew Tripp: ***Who killed them? Why is this happening to these people?*** <br><br> Anne Emerson: ***This was an incredibly powerful family.*** <br><br> Gregg Roman: *He stole from people he was supposed to protect.* <br><br> Male TV broadcaster (Archive): ***The death of a 19 year old man which for years had been unresolved, but has now been reopened...*** <br><br> GRAPHICS ON SCREEN: *CNN news update* <br><br> GRAPHICS ON SCREEN: *Actual Crime Scene Photo* <br><br> Michael Duncan: ***He was murdered. And somebody in Hampton County knows exactly who did it.*** <br><br> Male TV broadcaster: ***Everyone around this guy seems to die***, *except him.* <br><br> GRAPHICS ON SCREEN: *Fox News update* <br><br> Prosecutor: ***Your Honor, this is the tip of the iceberg***. *This is an ongoing investigation.* <br><br> Anne Emerson: *You're talking about millions of dollars that went missing.* <br><br> Anthony Cook (Archive): *Get that <BLEEP> right there away from me. I hope you rot in <BLEEP> hell.* <br><br> GRAPHICS ON SCREEN: [SUBTITLES] Anthony Cook: *Get that ********* right there away from me.* <br><br> GRAPHICS ON SCREEN: [SUBTITLES] Anthony Cook: *I hope you rot in ******* hell.* <br><br> Kimberly Brant: ***Pandora's Box is open. And the demons are loose.*** |

---

[1] The below reflects specific portions of the Blackfin Documentary on which Plaintiff seems to rely in connection with his Amended Complaint. Emphasized text reflects language directly quoted by Plaintiff. Am. Compl., Dkt. 86 at ¶¶ 21-31.

| | |
|---|---|
| No. 2 (Ex. D at 29; Am. Compl. ¶ 24) | Anne Emerson: *The grandfather, of course, is Randolph the third. The third generation of solicitors in this area. A man of **incredible power and influence**, and obviously a **great protector** of the Murdaugh family.* |
| No. 3 (Ex. D at 18-19; Am. Compl.¶ 24) | GRAPHICS ON SCREEN: [SUBTITLES] Anthony Cook: *Y'all know Alex Murdaugh?* <br><br> GRAPHICS ON SCREEN: [SUBTITLES] Deputy: *Ah, yeah. I know the name.* <br><br> Deputy (Archive): *Ah yeah, I know the name.* <br><br> GRAPHICS ON SCREEN: [SUBTITLES] Anthony Cook: *That's his son.* <br><br> Anthony Cook (Archive): *That's his son.* <br><br> Deputy (Archive): *That's him driving the boat?* <br><br> GRAPHICS ON SCREEN: [SUBTITLES] Deputy: *That's him driving the boat?* <br><br> GRAPHICS ON SCREEN: [SUBTITLES] Anthony Cook: *Good luck.* <br><br> Anthony Cook (Archive): *Good luck.* <br><br> D'Michelle Dupree: *When Anthony says "Ya'll know Alex Murdaugh? That's his son, good luck." To me that says it all.* <br><br> Gregg Roman: ***There was a sense of invincibility, immunity and impunity around the Murdaugh family***. <br><br> D'Michelle Dupree: *That Mallory was missing, and they couldn't find her, he knows. **This is just probably going to be swept under the rug like everything else***. <br><br> Gregg Roman: ***This family was seen as untouchable***. |
| No. 4 (Ex. D at 41; Am. Compl. ¶ 25) | Kimberly Brant: *Paul was, I don't know, he was different. I observed Paul when he was young. He was a child that liked to **kill little baby animals**. He would take a kitchen knife and kill a lizard or a frog.* <br><br> Gregg Roman: *Paul Murdaugh was around 14 or 15 years old when he started drinking. And this can be confirmed by his own social media that he put online. There was allegations of excessive binge drinking that would take place both at the Murdaugh family home, and at different properties that they own.* <br><br> Drew Tripp: *Paul's wild uncontrollable, erratic, somewhat dangerous personality was exacerbated by his drinking. It came out when he's drinking.* |

- 2 -

| | |
|---|---|
| | Gregg Roman: *Morgan, Miley, Connor, and Anthony all talked about how much of a vicious drunk Paul Murdaugh was.*<br><br>Kimberly Brant: *Don't discount Paul for one second. He could do, he **could kill anyone**, I believe, in my opinion he could.* |
| No. 5 (Ex. E at 12; Am. Compl. ¶ 27) | Anne Emerson: *Two weeks after the double murders, The State Law Enforcement Division say they're going to reopen an investigation into a death of a young man from six years ago, and they say that they're opening because it's based on information that they've learned during the investigation of Paul and Maggie Murdaugh's murders.*<br><br>Newsreader (Archive): *SLED South Carolina Law Enforcement Division has reopened a 2015 case where a young teen, 19 year old Stephen Smith, was found dead on the side of the road.*<br><br>Reporter (Archive): *Stephen Smith's body was found in the middle of this road. A pathologist said it appeared to be a hit and run.*<br><br>Kimberly Brant: *I was not surprised when I heard that SLED had opened an investigation into Stephen Smith's death right after Paul was murdered, because the rumors were everywhere. I wasn't shocked, not a bit. It just seemed, like, okay, well, we knew this was gonna happen. **We all knew this was gonna happen**. It is **dirty business**.* |
| No. 6 (Ex. E at 15-21; Am. Compl. ¶¶ 29-31) | Anne Emerson: *When law enforcement gets there, what they find is a young man who has this enormous laceration to his head.*<br><br>Michael Duncan: *Severe trauma to the head, face area. Shoes, clothes, everything intact. The coroner ruled, basically, this appears to be a homicide, it's ruled a homicide at that point.*<br><br>GRAPHICS ON SCREEN: *MICHAEL DUNCAN South Carolina Highway Patrol (Ret.)*<br><br>Officer (Archive): *White male, possibly early 20s.*<br><br>Sandra Smith (Archive): *We heard on the radio that a body had been thrown out of a car onto Sandy Run Road. And Stephen didn't come home that night. So, then we waited patiently because we couldn't find him. Her dad got the call to go to the sheriff's department in Hampton County. And then that's where they confirmed that it was Stephen. And they said he was shot in head.*<br><br>GRAPHICS ON SCREEN: *June 23, 2021 WCIV-TV SANDRA SMITH Stephen Smith's Mother*<br><br>Michael Duncan (Archive): *Later that afternoon, I get another phone call from my sergeant stating, "Hey, now this has become a hit and run." Hampton County Sheriff's Department is the one who said, "Hey,* |

- 3 -

*a body's in the roadway. It's not a bullet wound, so it's gotta be a hit and run."*

GRAPHICS ON SCREEN: *Actual Crime Scene Photo*

GRAPHICS ON SCREEN: *Actual Crime Scene Photo*

Drew Tripp: *Even though Steven's death was ultimately ruled a hit and run, Highway Patrol Officer Michael Duncan never saw it that way.*

Michael Duncan: *I was flabbergasted, because we went from a homicide, now a hit and run. How do we go from one extreme to the next, is the way I felt.*

GRAPHICS ON SCREEN: *Patrolman Duncan examines Stephen Smith's body.*

GRAPHICS ON SCREEN: *AUDIO NOTES OF SC PATROLMAN MICHAEL DUNCAN*

Michael Duncan (Archive): *At this point, visited the mortuary, took pictures of the body at the mortuary. There is no body trauma other than to the head area. Does not appear to be, in my opinion, struck by a vehicle. Possibly something else.*

GRAPHICS ON SCREEN: [SUBTITLES] Michael Duncan: *At this point, visited the, uh,*

GRAPHICS ON SCREEN: [SUBTITLES] *mortuary, took pictures of the uh*

GRAPHICS ON SCREEN: [SUBTITLES] *body at the mortuary.*

GRAPHICS ON SCREEN: [SUBTITLES] Michael Duncan: *There is no body trauma*

GRAPHICS ON SCREEN: [SUBTITLES] *other than to the head area.*

GRAPHICS ON SCREEN: [SUBTITLES] Michael Duncan: *Does not appear to be, in my opinion, uh, uh,*

GRAPHICS ON SCREEN: [SUBTITLES] Michael Duncan: *struck by a vehicle.*

GRAPHICS ON SCREEN: [SUBTITLES] Michael Duncan: *Um, possibly something else.*

Michael Duncan: *The medical examiner is saying, "Hey, he was hit by maybe a truck mirror." There was nothing to support that. The force that caused this injury to his face would have broken any mirror.*

GRAPHICS ON SCREEN: *Actual Crime Scene Photo*

D'Michelle Dupre: *From reports that I read, the injury went from the right side near the top of the head across to the bridge of the nose. Something perhaps like a baseball bat, or some other linear object, would cause that type of an injury.*

GRAPHICS ON SCREEN: *D'MICHELLE DUPRE Forensic Pathologist*

Michael Duncan: *When you get hit by a vehicle, thrown to the ground, rolled, whatever it is, your clothing is gonna be tattered, torn, ripped. Shoes will usually be knocked out. And in this case, the--the shoes, they were still on his feet at the time. His phone was still in his pocket.*

GRAPHICS ON SCREEN: *Actual Crime Scene Photo*

GRAPHICS ON SCREEN: *During the days following Stephen's death, Duncan scours the crime scene on Sandy Run Road.*

Michael Duncan: *When Stephen's body was found it was right in the middle of the road on the yellow lines. So, you're looking for some type of debris that's gonna correlate.*

GRAPHICS ON SCREEN: *AUDIO NOTES OF SC PATROLMAN MICHAEL DUNCAN*

Michael Duncan (Archive): *There's no car parts, no any type of parts to a truck, or any other vehicle.*

GRAPHICS ON SCREEN: [SUBTITLES] Michael Duncan: *There's no car parts, no, any type of, uh, uh,*

GRAPHICS ON SCREEN: [SUBTITLES] *parts to a truck or any other vehicle.*

Michael Duncan: *There was nothing there. I mean, we walked for a mile in each direction looking for this type of evidence.*

Sandra Smith (Archive): *When they told me a hit and run, I said, that's impossible, because Stephen wouldn't have been walking in the road to start with. He would've cut through the woods. He would not have been in the highway.*

GRAPHICS ON SCREEN: *June 23, 2021 WCIV-TV SANDRA SMITH Stephen Smith's Mother*

Stephanie Smith (Archive): *Every time me and him walked in the—the middle of the road, if we heard a car, or, you know, seen a car, we would jump in the woods and wait until it passed us, you know. Because he always said, "Nobody's going to get my sexy behind." So, when they said that, I was just like, "No, that's not Stephen."*

GRAPHICS ON SCREEN: *June 23, 2021 WCIV-TV STEPHANIE SMITH Stephen Smith's Sister*

GRAPHICS ON SCREEN: *Actual Crime Scene Photo*

Michael Duncan: *Stephen's car was approximately three miles away from where he was found. And his vehicle was there apparently because he had run out of gas. The gas cap was off.*

| | |
|---|---|
| | GRAPHICS ON SCREEN: *Actual Crime Scene Photo* |
| | Anne Emerson: *He leaves the car locked, but he leaves his wallet in the car.* |
| | GRAPHICS ON SCREEN: *Actual Crime Scene Photo* |
| | GRAPHICS ON SCREEN: *Actual Crime Scene Photo* |
| | Michael Duncan: *There was so many questions with that. Why not stay there with your car and call somebody?* |
| | GRAPHICS ON SCREEN: *Actual Crime Scene Photo* |
| | GRAPHICS ON SCREEN: *Actual Crime Scene Photo* |
| | Drew Tripp: *Michael Duncan **knew something was not right** in this case from the start. He suspected foul play from the very beginning. And he pursued that.* |
| | Michael Duncan: *It wasn't about me, honestly. It was about Stephen and his family. Our whole team wanted answers for Stephen's family.* |
| | GRAPHICS ON SCREEN: **Someone else is also thinking about Stephen's family.** |
| | Anne Emerson: *Soon after Stephen had been found dead, Stephen's father got a call from Randy Murdaugh, Alex Murdaugh's brother, asking whether or not he needed representation. They were surprised. To have Randy Murdaugh, who is an extremely powerful personal injury lawyer in this region, reach out to the father of Stephen Smith was **extraordinary**. In such a small town, possibly that would be the kind of case that they would take on.* |
| | GRAPHICS ON SCREEN: *RANDY MURDAUGH* |
| | Kimberly Brant: **Why would Randy Murdaugh call Stephen Smith's house, after he's found dead in the road and offer to represent the family?** |
| | GRAPHICS ON SCREEN: *KIMBERLY BRANT Hampton Native* |
| | Anne Emerson: *He was a personal injury lawyer, he worked at PMPED. That is what they did. So, was it totally out of the ordinary that he would have reached out? No.* |
| | GRAPHICS ON SCREEN: *Duncan suspects he is being surveilled.* |
| | Michael Duncan: *I covered the lower part of the state, and I would travel into Hampton, and get these phone calls, said, "Hey, you're here in Hampton County. Hey what are--what are you over here for?" Or, "What do you need? Are you needing any assistance?" To me, the subtext was, "We know you're here. And we wanna know why you're here. What do you know about what's going on in this county?" It was like, "You don't need to be here." That's the way it was perceived. I* |

- 6 -

|  | *would suspect that I was being followed. Certain people in that area, whether it be **<u>law enforcement, some other agency, or--or some group</u>**, I felt like somebody knew some of my movements. So, it would be very unnerving when I was in Hampton County and get these phone calls, I would, like, be extra careful and mindful. And even when I exited that area, I was always mindful, is somebody following me? Is this car behind me? Has it been back there too long?* |
|---|---|