IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| RICHARD ALEXANDER MURDAUGH, JR., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.: 9:24-cv-04914-RMG |
| BLACKFIN, INC., WARNER BROS. DISCOVERY, INC., WARNER MEDIA ENTERTAINMENT PAGES, INC., AND CAMPFIRE STUDIOS INC., | ) ) ) ) ) | **MOTION TO DISMISS OF CAMPFIRE STUDIOS INC.** |
| Defendants. | ) ) ) ) ) | |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Campfire Studios Inc. ("Campfire")[1], respectfully moves this court for an Order dismissing Plaintiff's Amended Complaint. The basis for this Motion is that the Amended Complaint fails to state a claim upon which relief can be granted.

---

[1] As explained in the Amended Answer to Local Rule 26.01 Interrogatories, Campfire is an improper party because the company that produced the Campfire Documentary is HCM, LLC, which is wholly owned by Campfire Film & TV, LLC. *See* Dkt. 44. Neither of the Warner Entities is a correct party either. *Id*. Based on the allegations of the Amended Complaint (none of which the Warner Entities concede), Plaintiff should have identified WarnerMedia Direct, LLC, Discovery Communications, LLC, and Discovery Digital Ventures, LLC instead of WBD and Warner Media Entertainment. Campfire and all of the Warner Entities reserve all rights and waive none by filing this Motion.

This Motion is supported by applicable law, Campfire's Memorandum of Law filed simultaneously herewith, and any additional supporting memoranda that may be submitted by Campfire at or before any ruling on this Motion.

WHEREFORE, Defendant Campfire Studios Inc. respectfully requests that the Court enter an Order Dismissing Plaintiff's Amended Complaint.

Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH, LLP

s/ MERRITT G. ABNEY
David E. Dukes, Esq. (Federal Bar No. 00635)
E-Mail: david.dukes@nelsonmullins.com
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
(803) 799-2000

Merritt G. Abney, Esq. (Federal Bar No. 09413)
E-Mail: merritt.abney@nelsonmullins.com
151 Meeting Street / Sixth Floor
Post Office Box 1806 (29402-1806)
Charleston, SC 29401-2239
(843) 853-5200

WILLKIE FARR & GALLAGHER LLP

Meryl C. Governski, *admitted pro hac vice*
Kristin Bender, *admitted pro hac vice*
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgovernski@willkie.com
kbender@willkie.com

*Attorneys for Defendants Blackfin, Inc., Warner Bros. Discovery, Inc., Warner Media Entertainment Pages, Inc. and Campfire Studios Inc.*

Charleston, South Carolina
April 22, 2025