# EXHIBIT E

# Low Country

# The Murdaugh Dynasty

### Episode #102

## DIALOGUE CONTINUITY/ACTION SCRIPT

**October 8, 2022**

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| TITLE:<br><br>max<br>ORIGINAL | 01:00:00 | [MAX ORIGINAL FANFARE] |
| | 01:00:04 | [SUSPENSEFUL MUSIC] |
| George in an interview. | 01:00:05 | GEORGE (VO/ON)<br>If you didn't know the Murdaughs, you wasn't from Hampton.  And whether you knew them or not, they knew you. |
| Photos of the Randolph Murdaugh Jr. and Randolph Murdaughs III. | 01:00:10 | GLORIA (VO)<br>They've been the solicitors nonstop for 100 years. |
| | 01:00:15 | ANDREW (VO)<br>Money, position, power. |
| Photos of the Murdaugh family. | 01:00:18 | GEORGE (VO)<br>Kings of the Lowcountry. |
| | 01:00:21 | BEVERLY (VO/ON)<br>You're friends with them, and you appreciate them, but at the same time, you have to beware of them, because if something goes down, you're gonna be the one in trouble, not them. |
| | 01:00:31 | MILEY (OS)<br>(screams) |
| Footage of the Murdaugh's boat crashing. | 01:00:32 | [BOAT CRASHES] |
| | 01:00:33 | MILEY (OS)<br>(screams) |
| Anthony is on the phone calling 911.<br><br>SUBTITLE:<br><br> We're in a boat crash on Archer's Creek. | 01:00:35 | ANTHONY (OS)<br>We're in a boat crash on Archer's Creek. |
| SUBTITLE:<br><br>    Where the fuck is Mallory? | 01:00:38 | MILEY (OS)<br>Where the fuck is Mallory? |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| SUBTITLE:<br><br>There's six of us, and one is missing. | 01:00:39 | ANTHONY (OS)<br>There's six of us, and one is missing. |
| Footage of the rescue of Miley and the others. | 01:00:43 | NEWS ANCHOR (ON/VO)<br>The body of a woman found near the Broad River Boat Ramp is Mallory Beach. |
| SUBTITLE:<br><br>Y'all know Alex Murdaugh?<br><br>That's his son.<br><br>Good luck. | 01:00:48 | ANTHONY (OS)<br>Y'all know Alex Murdaugh?  That's his son.  Good luck. |
| Footage of news reports on the incident. | 01:00:52 | NEWS REPORTER (VO)<br>Paul Murdaugh, the person accused of driving the boat at the time of the crash, was arraigned. |
| | 01:00:57 | NEWS REPORTER (VO)<br>Paul Murdaugh pled not guilty to all three felony charges against him. |
| Andrew in an interview.<br><br>TITLE:<br><br>No cuffs,<br>no jail for<br>man facing<br>felony DUI<br>charges | 01:01:02 | ANDREW (VO/ON)<br>What you got from a lot of people was, "It's the Murdaughs.  Nothing's going to happen." |
| Photos of people's social media comments Paul.  Photo of Paul. | 01:01:07 | JIM (VO)<br>A lot of people in the public thought there will not be any justice until Paul gets convicted. |
| | 01:01:13 | [GUNSHOT] |
| Alex is calling 911.<br><br>SUBTITLE:<br><br>This is Alex Murdaugh, | 01:01:14 | ALEX (OS)<br>(on phone) This is Alex Murdaugh, I need police and an ambulance Immediately.<br>My wife and child have been shot badly! |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| I need police and an ambulance Immediately.<br><br>My wife and child have been shot badly! | | |
| Footage of news reports on Paul and Maggie's shooting. | 01:01:22 | NEWS REPORTER (VO)<br>Paul and Maggie Murdaugh were found dead. |
| | 01:01:24 | NEWS REPORTER (VO)<br>Investigators note both were shot multiple times. |
| | 01:01:28 | NANCY (VO)<br>People begin to think another Murdaugh is gonna get away with something. |
| Footages of police investigating at the crime scene. | 01:01:31 | ANDREW (VO/ON)<br>This case has become so convoluted, so crazy, so many twists and turns to it. Every time you think it's finished, there's another turn. |
| | 01:01:41 | NEWS REPORTER (VO)<br>Three months after Alex Murdaugh's wife and son were killed in June, Murdaugh himself was shot in the head over the weekend in broad daylight. |
| Opening sequence.<br><br>TITLE:<br><br>A MAX ORIGINAL<br><br>TITLE:<br><br>A CAMPFIRE STUDIOS PRODUCTION<br><br>TITLE:<br><br>MUSIC BY<br>ANTONIO PINTO<br>EDUARDO ARAM<br><br>TITLE: | 01:01:53 | [HAUNTING MUSIC] |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| EDITED BY<br>GARY POLLAR<br>ERIN PERRI<br>EILEEN KENNDY<br>ALEX DURHAM, ACE<br><br>TITLE:<br><br>DIRECTORS OF PHOTOGRAPHY<br>PETER HUTCHENS<br>JEFF HUTCHENS<br><br>TITLE:<br><br>CONSULTANT<br>THE ISLAND PACKET<br>OF HILTON HEAD,<br>SOUTH CAROLINA<br><br>TITLE:<br><br>PRODUCERS<br>BROOKE BRUNSON<br>KAITLIN DEL CAMPO<br><br>TITLE:<br><br>CO-EXECUTIVE PRODUCERS<br>REBECCA EVANS<br>ROSS GIRARD<br><br>TITLE:<br><br>CO-EXECUTIVE PRODUCERS<br>BRENDAN DAW<br><br>TITLE:<br><br>EXECUTIVE PRODUCERS<br>DANIEL SIVAN | | |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| MOR LOUSHY<br><br>TITLE:<br><br>    EXECUTIVE PRODUCER<br>    ROSS M. DINERSTEIN<br><br>TITLE:<br><br>    DIRECTED BY<br>    MOR LOUSHY<br>    DANIEL SIVAN<br><br>MAIN TITLE:<br><br>    LOW COUNTRY<br>    THE MURDAUGH DYNASTY | | |
| | 01:02:27 | [INDISTINCT POLICE RADIO CHATTER] |
| | 01:02:28 | [SIREN WAILING] |
| | 01:02:31 | [DRAMATIC MUSIC] |
| Andrew is talking to the camera reporting the incident on Alex's shooting. | 01:02:41 | ANDREW<br>Good evening, everybody. Andrew Davis out here in Hampton County right now with the story that really everybody is talking about. We now know officially that Alex Murdaugh was shot. |
| Footage of police officers surrounding the crime scene. | 01:02:52 | NEWS REPORTER (VO)<br>Alex Murdaugh was changing a tire on the side of the road in rural Hampton County Saturday when a car passed him, turned around, and someone shot him in the head. |
| Andrew in an interview.<br><br>TITLE:<br><br>    Andrew Davis | 01:03:02 | ANDREW (VO/ON)<br>This is when you wonder if they just started making things up or it was a soap opera somewhere. It seems like it's a TV show more than it seemed like real life, |

## LOW COUNTRY
## THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| Reporter, WSAV-TV | | because in this case, how does this get more unusual?  And then was it the same person that shot Maggie and Paul, or what may happen as you spin through your mind? |
| Footage of news reports on Alex's shooting. | 01:03:18 | NEWS REPORTER (VO)<br>Murdaugh called 911 shortly after 1:30 in the afternoon to report he'd been shot.<br>He was airlifted to a hospital in Savannah for treatment. |
| | 01:03:27 | NEWS REPORTER (VO)<br>There was an entry and exit wound.<br>Murdaugh's skull was fractured, and there was minor brain bleeding as well. |
| Jake in an interview.<br><br>TITLE:<br><br>Jake Shore<br>Journalist, The Island Packet | 01:03:35 | JAKE (VO/ON)<br>When I first got that call, I was fearing for the worst, like, "Oh, my God, like, he was just killed like another--you know, another death in this family?" |
| Photo of the Murdaugh family. | 01:03:43 | NEWS REPORTER (VO)<br>It's a long, twisted, crazy tale of awful things for this family, for everybody concerned.  But what we know right now, SLED is investigating.  Hampton County sheriffs are investigating.  Alex is right now, hopefully, expected to recover. |
| SUBTITLE:<br><br>Things go dark and<br><br>I see the light, and I'm going to the light.<br><br>Now, for a second, I thought to myself you now, "am I dead?"<br><br>It didn't take me longer to realize I wasn't dead.<br><br>Then the next thing that occurred is | 01:03:59 | ALEX (OS)<br>(on phone) Things go dark and I see the light, and I'm going to the light.  Now, for a second, I thought to myself you now, "Am I dead?"  It didn't take me longer to realize I wasn't dead.  Then the next thing that occurred is, "Oh my God, I'm really going to be messed up.  I'm gonna be blind."  You know, and then I could reach back and fell my head And I knew my head wasn't missing.  I was bleeding, but I could tell, like it wasn't like a big section of my head blown off. |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| "Oh my God, I'm really going to be messed up."<br><br>"I'm gonna be blind."<br><br>You know, and then<br><br>I could reach back and fell my head<br><br>And I knew my head wasn't missing.<br><br>I was bleeding, but I could tell, like<br><br>It wasn't like a big section of my head blown off. | | |
| Photo of Alex. | 01:04:30 | [SUSPENSEFUL MUSIC] |
| Jim in an interview. | 01:04:32 | JIM (VO/ON)<br>My initial thought is, "What the hell is going on?" I was shocked beyond belief and bewildered and concerned, because if someone is trying to kill him, the family needs to know, because they are concerned for their safety. |
| Alex is on the phone with a 911 dispatcher.<br><br>SUBTITLE:<br><br>Can you give a description of the person that shot you or shot at you? | 01:04:49 | 911 DISPATCHER (OS)<br>(on phone) Can you give a description of the person that shot you or shot at you? |
| Sketch of the culprit.<br><br>SUBTITLE:<br><br>Yes ma'am. I mean.<br><br>It was a | 01:04:53 | ALEX (OS)<br>(on phone) Yes, ma'am. I mean. It was a, a white fella I'd say a fair amount younger than me. Really, really short hair. |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| a white fella<br><br>I'd say<br><br>a fair amount younger than me.<br><br>Really really short hair. | | |
| Trey in an interview.  Footage of police investigating the crime scene.<br><br>TITLE:<br><br>Trey Harrelson<br>Murdaugh Family Friend | 01:05:11 | TREY (VO/ON)<br>Someone's going through great distances to punish this family. They didn't think Maggie and Paul were enough.  I'm sure there's a couple enemies out there.  A lot of people hold grudges.  The list of it could be endless.  How many family members has he put in prison?  How many people are mad that--you know, of the "privileged state"? |
| Jim in an interview. | 01:05:33 | JIM (VO/ON)<br>At the time, the investigator told me, "We didn't find a gun."  His tire had been slashed.  It certainly is very disturbing that there would be vigilantes out there who just was going to take justice into their own hands. |
| Footage of news reports on Alex's shooting. | 01:05:50 | NEWS REPORTER (VO)<br>This is yet another tragic event for the Murdaugh family. This past June, Alex Murdaugh found his wife, Maggie, and youngest son, Paul, shot to death at the family's Colleton County property.  No suspects have been arrested. |
| Pilar in an interview.  Shot of the Murdaugh's house. | 01:06:05 | PILAR (VO/ON)<br>In any sort of death investigation, it's extremely common for investigators to immediately look at who had grudges on the people that have died.  Paul was awaiting trial for Mallory Beach's death, so it would make sense for SLED to immediately look at all of the boat crash victims and their families to see if they had any sort of involvement.  At the end |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | | of the day, SLED deemed that none of them were suspects, which created a bigger question of, well, then who would want to hurt these people? But this was not the first time that the Murdaughs had been implicated in some sort of crime. |
| Newspaper reports about the Murdaugh's incidents. | 01:06:42 | [SUSPENSEFUL MUSIC] |
| TITLE:<br><br>JULY 8TH, 2015<br>4:00 AM | 01:07:04 | [TENSE MUSIC] |
| | 01:07:11 | [LINE RINGS] |
| A man is on the phone with a 911 dispatcher.<br><br>SUBTITLE:<br><br>Hampton County 911, what is your emergency? | 01:07:14 | 911 DISPATCHER (OS)<br>(on phone) Hampton County 911, what is your emergency? |
| SUBTITLE:<br><br>Hello, um, I'm just calling down along Crocketville Road. | 01:07:17 | CALLER (OS)<br>(on phone) Hello, um, I'm just calling down along Crocketville Road. |
| | 01:07:21 | 911 DISPATCHER (OS)<br>(on phone) Ah. |
| SUBTITLE:<br><br>I see somebody laying out. | 01:07:21 | CALLER (OS)<br>(on phone) I see somebody laying out. |
| SUBTITLE:<br><br>Is it in the road or on the side of the road? | 01:07:24 | 911 DISPATCHER (OS)<br>(on phone) Is it in the road or on the side of the road? |
| SUBTITLE:<br><br>He in the roadway.<br><br>I didn't move him or nothing like that, but um | 01:07:26 | CALLER (OS)<br>(on phone) He in the roadway. I didn't move him or nothing like that, but, um, somebody's gonna hit him, it's dark. |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| somebody's gonna hit him, it's dark. | | |
| | 01:07:34 | 911 DISPATCHER (OS) (on phone) Ah. |
| SUBTITLE:<br><br>Somebody's gonna hit him. | 01:07:35 | CALLER (OS) (on phone) Somebody's gonna hit him. |
| SUBTITLE:<br><br>Alright, we'll get an officer out that way. | 01:07:36 | 911 DISPATCHER (OS) (on phone) All right, we'll get an officer out that way. |
| TITLE:<br><br>7:00 AM | 01:07:44 | [SUSPENSEFUL MUSIC] |
| Stephanie in an interview.  Footage of police investigating the crime scene.<br>TITLE:<br><br>Stephanie Smith<br>Stephen Smith's Sister | 01:07:48 | STEPHANIE (VO/ON) I was taking my dad to work, and we were taking Sandy Run Road.  We pull up to a scene.  We didn't know what it was.  We just seen state troopers all around the road, no lights.  Cars are just sitting there running.  Finally, after waiting, like, 15 minutes, we took the long way.  I dropped my dad off, and I was like, "Hey, I'm gonna try to take that way back home," 'cause it's a small town.  If you see something like that, you--you're gonna be nosy.  So I went back through.  They were still there. |
| | 01:08:23 | [SOMBER MUSIC] |
| | 01:08:24 | STEPHANIE So I took the other back way home. |
| Sandy in an interview.<br>TITLE:<br><br>Sandy Smith<br>Stephen Smith's Mother | 01:08:30 | SANDY (VO/ON) I think I heard it on the radio at, like, 7:30.  I called, and Stephanie answered.  I said, "Are y'all okay?  I heard that somebody had threw a body out on Sandy Run Road." |
| | 01:08:43 | STEPHANIE She was like, "Who do you think it is?"  I |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | | said, "I don't know," but I was like, "Mama, did you hear from Stephen any?" I was like, "Stephen never came home." |
| Shot of the houses and buildings.  Photo of Young Stephen and the other. | 01:08:52 | SANDY (ON/VO)<br>And that's when I knew…yeah, that it was him.  Stephen was a rambunctious person.  He just--he always made you smile.  His quirkiness.  He was intelligent and dramatic sometimes.  He could fake cry in a minute.  (laughs) In public. |
| Stephanie is holding a photo of her and Stephen. | 01:09:40 | STEPHANIE (VO/ON)<br>Growing up with a twin, like, there was never a dull moment. I was the shy one. He was the more outspoken one. |
| Photos of Stephen, Stephanie, and Ashly. Ashly in an interview.<br><br>TITLE:<br><br>Ashly Carroll<br>Stephen Smith's Cousin | 01:09:49 | ASHLY (VO/ON)<br>He knew hisself.  He knew who he wanted to be.  He knew who he was.  He just was a fun person, like that annoying big brother that you just love. |
| Passion in an interview.<br><br>TITLE:<br><br>Passion Mixon<br>Stephen Smith's Friend | 01:10:02 | PASSION (VO/ON)<br>You know how, like, you see in movies and stuff there's always the popular group and then there's, like, the odd ones that don't fit in?  Well, we were the odd ones. |
| | 01:10:10 | [DRAMATIC MUSIC] |
| Footages of students in school. | 01:10:10 | [BELL RINGS] |
| | 01:10:11 | [INDISTINCT CHATTER] |
| Photo of Passion and Stephen.  Clip of young Stephen singing and dancing. | 01:10:16 | PASSION (VO/ON)<br>We were kinda, like, the outcasts, but at the skate rink, that was our safe place. So we could be who we wanted to be, and you didn't have to worry about somebody coming in and trying to beat you up or jump you just because you |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | | were different.  The first time I met Stephen, we were all dancing.  And he loved to dance.  Like, he could move.  He just--he was the center of attention, and everybody would just follow along. |
| Shot of Stephen's school. | 01:10:46 | [DRAMATIC MUSIC] |
| Yearbook photo of Richard Murdaugh.  TITLE:<br><br>    Richard "Buster" Murdaugh<br>    Alex Murdaugh's Eldest Son | 01:10:50 | PASSION (VO/ON)<br>Most of the popular groups were people's family that had money, big names like the Murdaughs.  If your name's not powerful, like my last name, compared to the Murdaughs, it's on the bottom.  You're either here, or you're here.  So it's like, I'm here.  (laughs)  It's like, some people can just do whatever they want, and then they just throw their last name out there and then they get away with it.  I guess if you don't have money, you're a nobody.  If I did half the things that the Murdaughs are accused of, I would be under the jail cell. |
| Ashly in an interview. | 01:11:29 | ASHLY (VO/ON)<br>We didn't have a lot, you know, growing up, but Stephen understood something that a lot of kids don't understand  in that this is not forever, that we were deserving of more, and that…a dream is what you make it. |
| Sandy in an interview.  Photo of Stephen and Stephanie graduating. | 01:11:47 | SANDY (VO/ON)<br>He didn't let nobody get in his way of what he wanted.  He said he was gonna start out in nursing and work his way up to a doctor because he wanted to go overseas to help children that don't have doctors.  And he would have been it.  He would have been the best, 'cause he always--what he put his mind to is what he did. |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | 01:12:13 | [TENSE MUSIC] |
| Alex is in the studio reporting the Stephen's incident. | 01:12:14 | ALEX (ON/VO)<br>Investigators in Hampton County are still piecing together clues after a teenager was found dead beside a rural road.<br>They said it appears to have been a hit-and-run that killed 19-year-old Stephen Smith. |
| TITLE:<br><br>6:00 AM<br>MORNING OF THE INCIDENT | 01:12:24 | POLICE OFFICER<br>(on phone) A young white male lying in the roadway with severe head trauma. |
| Lt. Moore in an interview. Footage of police arriving on the scene of incident.<br><br>TITLE:<br><br>Lt. Thomas Moore<br>SC Highway Patrol Officer | 01:12:31 | LT. MOORE (VO/ON)<br>I was a first sergeant. I received a call early in the morning, before my shift started, saying, "We think there's been a hit-and-run involving a pedestrian." When I get on scene, the Sheriff's Department is already there. So is the coroner. I looked at his injuries. I walked the scene to look for vehicle parts. I mean, that road, essentially, was clean. Nothing on it--no parts, no glass, no fragments, no anything. I was confident when I left, this is not a wreck. This is murder. |
| | 01:13:10 | [TENSE MUSIC STING] |
| Photos of Stephen from the crime scene. | 01:13:13 | LT. MOORE (VO/ON)<br>No one has ever, that I worked with on the Highway Patrol, think this is a hit-and-run. But the Sheriff's Department and the coroner, they saying it is a wreck, and the only reason it's a wreck, according to them, is because his body was in the road. No other evidence. |
| | 01:13:31 | [DRAMATIC MUSIC] |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| Lt. Moore in an interview. Photos from the scene. | 01:13:33 | LT. MOORE (VO/ON)<br>We are the ones that specialize in wrecks, not Sheriff's Department, not the coroner, but they essentially refused to take the case back and investigate it as foul play. When you think of what's going on, that seems like…somebody's trying to cover something up. |
|  | 01:13:58 | [CRICKETS CHIRPING] |
| Sandy in an interview. Photo of Randy Murdaugh.<br><br>TITLE:<br><br>Randy Murdaugh<br>Alex Murdaugh's Brother | 01:14:04 | SANDY (VO/ON)<br>That morning when they found Stephen, Joel, Stephen's dad, was called in to go to the Sheriff's Department at…like, 8:00. And then before the sheriff came in, Randy Murdaugh was calling. He was doing a workman's comp claim for Joel, and so he called Joel and offered to investigate. All he wanted was his electronics, his passwords, his Facebook, and he didn't ask any questions, just, "I just need those electronics." It just didn't make no sense. And then when I was going to the funeral home to set up arrangements, I seen Randy Murdaugh and Alex Murdaugh on the scene where Stephen's body was. Stephen's body left the roadway at 9:30, and it had to be about…10:30, 11:00 the same day. |
| George is an interview.<br><br>TITLE:<br><br>George Smith<br>Friend of Smith Family | 01:15:10 | GEORGE (VO/ON)<br>I heard Randy Murdaugh went to the scene, and Joel said that he told him that he'll represent him for free. But why was he there in the first place? How did he know…that Stephen was killed? |
| Pilar in an interview.<br><br>TITLE:<br><br>Pilar Melendez | 01:15:25 | PILAR (VO/ON)<br>PMPED, by and large, made money as a personal injury firm. Why would they want to help Stephen Smith's family with a death investigation? You wouldn't put |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| Journalist, The Daily Beast | | yourself out there to try to help or damage control a situation, like it kind of seemed that Randy was doing, unless you're trying to save your own family from something. |
| Shot of Murdaugh law firm. Lt. Moore in an interview. | 01:15:50 | LT. MOORE (VO/ON) The Murdaugh law firm did have an investigator show up. After a couple days had gone by, we're out there still trying to comb that scene to try to find something because no other law enforcement is willing to help. He shows up with a camera and wants to come in the crime scene. I said, "I'm sorry. You can't come in here." I told him if he wanted to take pictures, he could take them after we were gone. But it wasn't about taking pictures. It was about seeing what we were doing to try to get one step ahead. It's the only thing that makes sense to me. If you wanted pictures, you could have got those at any time. Makes you wonder, is Murdaugh involved in that? |
| | 01:16:32 | [DARK MUSIC] |
| Mike in an interview. Photos of the crime scene. Photos of the autopsy report. TITLE:       Mike Hemlepp    Smith Family Attorney TITLE:       3 mi    body car TITLE: | 01:16:41 | MIKE (VO/ON) The Stephens case--we know very little or at least, certainly, publicly. His body was found in the middle of the road. He had blunt force trauma to his head. They were able to locate his car, which was several miles away, parked on the side of the road. The car was not running. The gas cap was off and hanging, the implication being that he was walking home to his father's house. The pathologist had issued a report that it was a hit-and-run. She said that the reason she thought it was a hit-and-run is 'cause his body was found in the road. |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| father's house<br>body car | | |
| | 01:17:21 | [TENSE MUSIC] |
| Stephanie in an interview. | 01:17:25 | STEPHANIE (VO/ON)<br>When they told me that Stephen got hit by a car, You know, I told them, I said, "No, he couldn't have." Growing up, me and Stephen, we walked the roads all the time. It didn't matter what time it was. We'd sneak out the house and walk down our rural country road 3:00, 4:00 in the morning. If a car came, we would jump in the woods. You know, we were more afraid of what was on the road than what was in the woods, 'cause Stephen always said, you know, nobody's gonna kidnap his sexy behind. So we always just--we were cautious. |
| Photos of Stephen. | 01:18:04 | [DRAMATIC MUSIC] |
| Sandy in an interview. | 01:18:09 | SANDY (VO/ON)<br>Stephen was different. When he got to high school, that's when people started noticing that he wasn't like them. |
| Photo of Stephanie and Stephen. | 01:18:18 | STEPHANIE (VO/ON)<br>The family knew ever since Stephen was a little that he would possibly come out as being gay, but he never really told anybody. We just knew, so we just accepted, you know, who he was. That didn't make a difference. You know, Stephen was still Stephen. |
| Shots of Hampton County. | 01:18:38 | SANDY (VO/ON)<br>It was hard. I mean, he couldn't, like, really go out and be hisself. Hampton was such a small, prejudiced community. So he got bullied a little bit, but he never let it bother him. |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| George in an interview. | 01:18:53 | GEORGE (VO/ON)<br>Being gay is…the worst thing to be around here.  They gonna shun you.  You get shut out the community, and people talk about you so bad. |
|  | 01:19:05 | SANDY (VO/ON)<br>You can't feel safe in a little county.  You can't feel safe, because everybody knows your name, and everybody knows your business. |
| Photos of Stephen. | 01:19:15 | MIKE (VO/ON)<br>The coming out process is really hard to describe, and straight people will never understand it.  The looking and checking yourself, "Am I being noticed?"  The scanning the room to see whether there's danger.  A young man like Stephen, who may have been more openly effeminate, he probably did that on a constant basis. |
|  | 01:19:37 | [SOFT MUSIC] |
| Passion in an interview. | 01:19:40 | PASSION (VO/ON)<br>Stephen opened the door for a lot of kids our age to come out and be proud of being different.  He helped other people come out about being gay or bisexual even when it was hard at home to be accepted.  He was the strong one coming up.  Like, it's okay to be different.  Not everybody has to like you. |
| Ashly in an interview. | 01:20:02 | ASHLY<br>Stephen put his own crown on his head, and he wore it proudly.  I think he liked standing out. |
| Photo of Stephen's graduation picture.  Sandy in an interview. | 01:20:11 | SANDY (VO/ON)<br>I've always taught my children, you be who you are and what you are.  You don't have to explain nothing to me.  But Stephen had to be different because he had to hide more--not from us but from |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | | other people. |
| Mike in an interview. | 01:20:31 | MIKE (VO/ON)<br>South Carolina, like every state in the country, homophobia is not gone.  I mean, it's there, and I think every young person who is coming out, one of their greatest fears is that they'll be the victim of a crime of violence. |
| | 01:20:48 | [RADIO STATIC] |
| Cpl. Duncan is recording and taking notes while he's on the crime scene.  Cpl. Duncan in an interview.  Photos of the crime scene.<br><br>TITLE:<br><br>     Cpl. Michael Duncan<br>     Former M.A.I.T. Officer | 01:20:49 | CPL. DUNCAN (OS/ON)<br>This is Corporal Duncan, South Carolina Highway Patrol MAIT OC.  Case number on this will be CL-062-15.  It's a reference to a collision in Hampton County on Sandy Run Road.  There was not a whole lot done in that investigation until, you know, MAIT became involved.  We are an investigative unit specifically in the area of car accidents.  As far as evidence here, there's only evidence of where the body was found.  There's no parts to a car or truck or any other vehicle.  I also took pictures of the body at the mortuary.  There is some scrapes and scratches on his left and right arm, on his knuckles, some across his face. But his injuries pertain to his head area.  Does not appear to be, in my opinion, struck by a vehicle.  There were several red flags from the start in this investigation.   Things that were not there should have been there.  For example, there's no glass.  With that type of force, there would be glass on the ground or possibly in the body.  There's no tire marks.  There was no paint from the vehicle, no oil transfer.  The phone didn't even fall out of his pocket.  Phone didn't shatter.  The way |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | | the body's laying in the roadway--there's no tumble to the body. The blood itself, it's just a pool of blood. When you have a body that is hit by a car traveling at 55 miles an hour, they're gonna tumble down the road, so why aren't there spots in different areas of the roadway? |
| Lt. Moore in an interview. Photos of the crime scene.<br><br>TITLE:<br><br>Lt. Thomas Moore<br>SC Highway Patrol Officer | 01:22:24 | LT. MOORE (VO/ON)<br>Generally, if a pedestrian is hit, they don't keep their shoes on. This guy still had his shoes on. He really didn't have type of injuries you would see when somebody lands violently in the road. It essentially looked as though he was dropped there. |
| | 01:22:44 | [DRAMATIC MUSICAL STING] |
| Stephanie is being interviewed by Lt. Moore.<br><br>SUBTITLE:<br><br>On the night that he died, or the morning that he died<br><br>TITLE:<br><br>STEPHANIE SMITH<br>HIGHWAY PATROL INTERVIEW | 01:22:46 | LT. MOORE (VO)<br>(on record) On the night that he died, or the morning that he died… |
| | 01:22:49 | STEPHANIE (VO)<br>(on record) Uh-hmm. |
| SUBTITLE:<br><br>had you talked to him at all that day? | 01:22:50 | LT. MOORE (VO)<br>(on record) …had you talked to him at all that day? |
| Photos of Stephen's car.<br><br>SUBTITLE:<br><br>Before he left that day,<br><br>he was at Brunson Exxon getting | 01:22:53 | STEPHANIE (VO)<br>(on record) Before he left that day, he was at Brunson Exxon getting cigarettes for my dad. And he called me and told me his car wouldn't crank. So I checked his car, I went to go jump it off and it's like someone loosened his battery |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| cigarettes for my dad.<br><br>And he called me and told me his car wouldn't crank.<br><br>So I checked his car, I went to go jump it off and<br><br>it's like someone loosened his battery connections.<br><br>So I tightened them back up and I followed him all the way home.<br><br>He hopped in the shower, got out<br><br>and left at exactly 6:00<br><br>and that was the last time | | connections.  So I tightened them back up and I followed him all the way home. He hopped in the shower, got out and left at exactly 6:00 and that was the last time… |
| SUBTITLE:<br><br>Did he say where he was going to? | 01:23:17 | LT. MOORE (VO)<br>(on record) Did he say where he was going to? |
| SUBTITLE:<br><br>No. | 01:23:18 | STEPHANIE (VO)<br>(on record) No. |
| SUBTITLE:<br><br>You said he started acting real funny about two weeks prior to this death? | 01:23:19 | LT. MOORE (VO)<br>(on record) You said he started acting real funny about two weeks prior to this death? |
| SUBTITLE:<br><br>He was acting a little secretive. | 01:23:24 | STEPHANIE (VO)<br>(on record) He was acting a little secretive. |
| Cpl. Duncan in an interview.  Photos of Stephen's car.<br><br>TITLE:<br><br>3 mi<br>body car | 01:23:28 | CPL. DUNCAN (VO/ON)<br>His vehicle was three miles from where he was at.  Because it was classified as a hit-and-run, it was never dusted for prints or tested for DNA. |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| Stephanie in an interview. | 01:23:39 | STEPHANIE (VO/ON)<br>When they said that he ran out of gas, I'm like, "He had a phone. He could have called me. He's called me plenty of times." |
| George in an interview.<br><br>TITLE:<br><br>George Smith<br>Friend of Smith Family | 01:23:49 | GEORGE (VO/ON)<br>The car was out of gas, but did somebody go out there and drain the gas and make it look like it was out of gas? Or was it really legit out of gas? |
| | 01:23:57 | STEPHANIE (VO/ON)<br>Why would you unscrew the gas cap and not put gas in the car? And the fact that he left his wallet in the car? |
| Photos of Stephen's car. | 01:24:06 | [TENSE MUSIC] |
| Sandy in an interview.<br><br>TITLE:<br><br>father's house<br>body car<br><br>gas<br>station | 01:24:08 | SANDY (VO/ON)<br>If you're walking to go get gas, why did you leave your money in the car? And if he was gonna get gas, he was walking in the wrong direction. |
| | 01:24:17 | [DRAMATIC MUSIC] |
| Cpl. Duncan in an interview. | 01:24:21 | CPL. DUNCAN (VO/ON)<br>There was so much about the wallet, the phone, the car. Why wouldn't you just stay with the car, make a phone call? It did not make any sense. It was very frustrating from the start, because it's like a puzzle. But we were missing a whole lot of pieces that we should have not been missing. |
| Shots of Hampton County. | 01:24:43 | [DARK MUSIC] |

# LOW COUNTRY
## THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | 01:24:50 | [BIRDS CHIRPING] |
| Shots of the funeral home. Stephanie in an interview. | 01:24:57 | STEPHANIE (VO/ON)<br>Me and my older brother, we went to the funeral home and seen Stephen in the morgue. (cries) (sniffles) It wasn't my brother. (sniffles) His face was gone. |
| | 01:25:31 | [SOMBER MUSIC] |
| Shots of picture frames of the Smith family. | 01:25:31 | STEPHANIE (ON/VO)<br>(breathing heavily) He was so beautiful on one side, but then the other side, you couldn't even tell. When we made arrangements, I told my mom and dad, "I don't want to offend anybody, but I do want to leave the casket open." I was like, "If that's the last time I got to see my brother, it's gonna be the last time everybody else has to see my brother so they can live with what I have to live with." Just like Emmett Till's mother, I wanted to…pretty much make that same remark. Like, "Look what they did to my brother. You just left him in the middle of the road like a piece of trash, like he didn't matter." And my dad, he couldn't handle it. When we had the service, he didn't go near him, 'cause he just--he couldn't bear seeing his…son like that. |
| Shot of Stephen's tombstone. | 01:26:40 | [SOMBER MUSIC] |
| Sandy in an interview. | 01:26:44 | SANDY (VO/ON)<br>I wanted everybody to see what they did to my child. 'Cause somebody did this. |
| TITLE:<br><br>SOUTH CAROLINA HIGHWAY PATROL HEADQUARTERS | 01:26:55 | [MUSIC] |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | 01:26:58 | [LINE RINGS] |
| SUBTITLE:<br><br>Hello. | 01:27:01 | WOMAN (VO)<br>Hello. |
| TITLE:<br><br>HIGHWAY PATROL INTERVIEW<br><br>SUBTITLE:<br><br>How ya doin'?  This is Trooper Proctor with the South Carolina Highway Patrol.<br><br>I am calling you in reference to<br><br>some information<br><br>about Stephen Smith. | 01:27:02 | LT. MOORE (VO)<br>How ya doin'?  This is Trooper Proctor with the South Carolina Highway Patrol.  I am calling you in reference to some information about Stephen Smith. |
| | 01:27:11 | [LINE BLIPS] |
| SUBTITLE:<br><br>Hello. | 01:27:11 | WOMAN (VO)<br>Hello. |
| SUBTITLE:<br><br>How you doing?  This is Trooper Proctor with the Highway Patrol. | 01:27:12 | LT. MOORE (VO)<br>How you doing?  This is Trooper Proctor with the Highway Patrol. |
| | 01:27:15 | [LINE BLIPS] |
| SUBTITLE:<br><br>I got some information that<br><br>I guess is kind of like a<br><br>word of mouth type deal. | 01:27:16 | LT. MOORE (VO)<br>I got some information that I guess is kind of like a word of mouth type deal. |
| SUBTITLE:<br><br>Yes, sir. | 01:27:20 | MAN (VO)<br>Yes, sir. |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| SUBTITLE:<br><br>Obviously it's in reference to the<br><br>Stephen Smith<br><br>murder investigation. | 01:27:21 | LT. MOORE (VO)<br>Obviously it's in reference to the Stephen Smith murder investigation. |
| SUBTITLE:<br><br>Yes, sir. | 01:27:26 | MAN (VO)<br>Yes, sir. |
| SUBTITLE:<br><br>Can you give me a rundown of<br><br>what you heard or what you know? | 01:27:27 | LT. MOORE (VO)<br>Can you give me a rundown of what you heard or what you know? |
| Cpl. Duncan in an interview.<br>TITLE:<br><br>Cpl. Michael Duncan<br>Former M.A.I.T. Officer | 01:27:31 | CPL. DUNCAN (VO/ON)<br>As we started the investigation, we were pretty much starting with nothing except for a body and a car. So we started where we thought we needed to, you know, with friends, last person who talked with Stephen. |
| Cpl. Duncan driving down the road.<br>TITLE:<br><br>HIGHWAY PATROL INTERVIEW<br><br>SUBTITLE:<br><br>I did hear a few names, but I'm<br><br>I don't want to, you know, say it over the phone. | 01:27:43 | MAN (VO)<br>I did hear a few names, but I'm--I don't want to, you know, say it over the phone. |
| | 01:27:49 | CPL. DUNCAN (VO/ON)<br>It was very frustrating, because people that you wanted to talk with wouldn't talk with you or just avoided you altogether. They would say, "Well, this is a small community. You don't understand." |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| TITLE:<br><br>SANDY SMITH<br>HIGHWAY PATROL INTERVIEW<br><br>SUBTITLE:<br><br>The rumors that's going around Hampton<br><br>that everybody keeps coming up to me and saying it was Murdaugh boys. | 01:28:02 | SANDY (VO)<br>The rumors that's going around Hampton that everybody keeps coming up to me and saying it was Murdaugh boys. |
| SUBTITLE:<br><br>The Murdaugh boys? | 01:28:09 | LT. MOORE (VO)<br>The Murdaugh boys? |
| SUBTITLE:<br><br>Yes. | 01:28:11 | SANDY (VO)<br>Yes. |
| Photos of the Murdaugh family. | 01:28:13 | CPL. DUNCAN (VO/ON)<br>I had known about the Murdaughs through years of being in law enforcement. The Murdaughs were very supportive of law enforcement and first responders, so I knew that they were a very powerful family in that area. |
| TITLE:<br><br>HIGHWAY PATROL INTERVIEW<br><br>SUBTITLE:<br><br>The only name that was given to me was<br><br>the Murdaugh name.<br><br>And of course, everybody's kind of<br><br>shy to say<br><br>to say that out. You know what I mean | 01:28:27 | MAN (VO/ON)<br>The only name that was given to me was the Murdaugh name. And of course, everybody's kind of shy to say--to say that out. You know what I mean… |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | 01:28:36 | TROOPER PROCTOR<br>Uh-huh. |
| SUBTITLE:<br><br>because of<br><br>the name<br><br>you know, brings a certain standard<br><br>when you say Murdaugh in Hampton County. | 01:28:36 | MAN<br>…because of the name, you know, brings a certain standard when you say Murdaugh in Hampton County. |
| | 01:28:42 | CPL. DUNCAN (VO/ON)<br>When their name started coming up, I knew immediately, okay, we need to talk with others about this. |
| | 01:28:49 | [HORN BLOWS] |
| Photos of the Murdaugh family. Andrew in an interview.<br><br>TITLE:<br><br>Andrew Davis<br>Report, WSAV-TV | 01:28:55 | ANDREW (VO/ON)<br>The Murdaughs have had so much control of that area for so long, you know, they've built a relative empire. They have, you know, friends, connections everywhere. |
| TITLE:<br><br>Henry Youmans Jr.<br>Lowcountry Resident | 01:29:07 | HENRY (VO/ON)<br>That's the political aspect of it, making sure that you take care of the people who take care of you. Let them know, say, "Hey, you know, you're part of this family, this institution, and we want to make sure that we continue to do the things that's gonna empower us to maintain dominance in not only this community but in this region and statewide." |
| Terry in an interview.<br><br>TITLE:<br><br>Terry McLeod | 01:29:29 | TERRY (VO/ON)<br>It's a whole network. They can pick up the phone and call and somebody will do them a favor, make some phone calls for them, things like that, so--and that's just |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| Lowcountry Resident | | kind of how it is around here. |
| Pilar in an interview.<br><br>TITLE:<br><br>Pilar Melendez<br>Journalist, The Daily Beast | 01:29:41 | PILAR (VO/ON)<br>This direct line to law enforcement and the legal system in general in Hampton County is so direct that the Murdaughs knew of Stephen's death before, probably, some of even Stephen Smith's family members did. I mean, it just makes it seem like there was something that the Murdaughs knew that investigators or the public didn't know. |
| TITLE:<br><br>HIGHWAY PATROL INTERVIEW<br><br>SUBTITLE:<br><br>You're the ninth person that I've talked to in reference to this rumor.<br><br>You know, I was in Hampton yesterday,<br><br>and I kind of stirred up a lot of dust yesterday.<br><br>Somebody's bound to slip up and say something. | 01:30:01 | LT. MOORE (VO)<br>You're the ninth person that I've talked to in reference to this rumor. You know, I was in Hampton yesterday, and I kind of stirred up a lot of dust yesterday. Somebody's bound to slip up and say something. |
| Lt. Moore in an interview. | 01:30:14 | LT. MOORE (VO/ON)<br>Our investigators went around and talked to these people. And they said, "Yes, we heard these things." Well, a lot of these people disappeared after that. They didn't answer their phone. They weren't at their residence. It was as though some of these people just upped and left town. |
| TITLE:<br><br>HIGHWAY PATROL INTERVIEW | 01:30:30 | LT. MOORE (VO)<br>Do you have a way that I can get in touch with (bleep)? |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| SUBTITLE:<br><br>Do you have a way that I can get in touch with #####? | | |
| SUBTITLE:<br><br>His phone is off right now.  So, not really. | 01:30:36 | WOMAN (VO)<br>His phone is off right now.  So, not really. |
| | 01:30:40 | LT. MOORE (VO/ON)<br>There was talk some of these people were paid to leave town, paid vacation, that they were incentivized to not be available, to not present possible evidence that would lead to an answer. |
| Andrew in an interview. | 01:30:57 | ANDREW (VO/ON)<br>Regular people don't want to talk about this if they know them.  They're afraid of something, whether it's retaliation physically, whether it's monetarily, whether they could do something to their job, to their position, to their family. |
| TITLE:<br><br>HIGHWAY PATROL INTERVIEW<br><br>SUBTITLE:<br><br>I definitely don't want them knowing that I had anything to do with it,<br><br>you know what I mean? -Yeah, yeah. | 01:31:11 | MAN (VO)<br>I definitely don't want them knowing that I had anything to do with it, you know what I mean? |
| | 01:31:14 | LT. MOORE (VO)<br>Yeah, yeah. |
| SUBTITLE:<br><br>Just to be,<br><br>I just don't want to get into all that because Hampton is a small town. | 01:31:14 | MAN (VO)<br>Just to be--I just don't want to get into all that because Hampton is a small town. |
| SUBTITLE: | 01:31:19 | LT. MOORE (VO)<br>Yeah. |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| Yeah. | | |
| SUBTITLE:<br><br>And that's how, obviously, you see how quick word of mouth travels. | 01:31:19 | MAN (VO)<br>And that's how, obviously, you see how quick word of mouth travels. |
| Shots of Hampton County.<br><br>TITLE:<br><br>HIGHWAY PATROL INTERVIEW<br><br>SUBTITLE:<br><br>Can you tell me what you heard about<br><br>the Stephen Smith incident? | 01:31:26 | LT. MOORE (VO)<br>Can you tell me what you heard about the Stephen Smith incident? |
| SUBTITLE:<br><br>I just heard that one of my classmates did it. | 01:31:31 | WOMAN (VO)<br>I just heard that one of my classmates did it. |
| SUBTITLE:<br><br>And who was that? | 01:31:35 | LT. MOORE (VO)<br>And who was that? |
| SUBTITLE:<br><br>Buster Murdaugh. | 01:31:37 | WOMAN (VO)<br>Buster Murdaugh. |
| Photo of Buster. Cpl. Duncan in an interview. | 01:31:40 | CPL. DUNCAN (VO/ON)<br>I don't want to drag somebody's name through the mud unless it's necessary. In this case, the Murdaughs' name was brought up at least a dozen times, possibly more. So when you have that name constantly brought up, you know, you have to take it serious. |
| TITLE:<br><br>HIGHWAY PATROL INTERVIEW<br><br>SUBTITLE: | 01:31:57 | LT. MOORE (VO)<br>What I'm seeing is that, that a lot of people seem a little hesitant to speak about Buster of the Murdaughs in general. Do you kind of see that? |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| What I'm seeing is that that a lot of people seem a little hesitant to speak about Buster of the Murdaughs in general. Do you kind of see that? | | |
| SUBTITLE: Yes, sir. Because when someone told me that it was Buster, and I was like they were saying, if it's him nothing was going to be done about it because of who he was. | 01:32:08 | WOMAN (VO) Yes, sir. Because when someone told me that it was Buster, and I was like they were saying, if it's him nothing was going to be done about it because of who he was. |
| SUBTITLE: Let's go ahead and tell me you know, what you heard. | 01:32:22 | LT. MOORE (VO) Let's go ahead and tell me, you know, what you heard. |
| Trooper Proctor interviews a witness against Buster. SUBTITLE: I heard that these two, maybe three young men were in a vehicle. They were riding down 601 | 01:32:28 | MAN (ON/VO) I heard that these two, maybe three young men were in a vehicle. They were riding down 601, saw the car on the side of the road. I guess saw the boy walking. They turned back around. I guess they were attempting to, I don't want to say, you know, mess around with him or something like that and stuck something out the window and it, you know, hit him in--I don't know if it hit him in the head or the back or where it hit him. And then, |

**LOW COUNTRY**
**THE MURDAUGH DYNASTY**

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| saw the car on the side of the road.<br><br>I guess saw the boy walking.<br><br>They turned back around.<br><br>I guess they were attempting to,<br><br>I don't want to say<br><br>you know, mess around with him or something like that<br><br>and stuck something out the window and it<br><br>you know, hit him in<br><br>I don't know if it hit him in the head or the back or<br><br>where it hit him.<br><br>And then, that's pretty much all I heard. I did hear names<br><br>or heard a name<br><br>and that name was<br><br>he goes by Buster Murdaugh. | | that's pretty much all I heard. I did hear names, or heard a name, and that name was--he goes by Buster Murdaugh. |
| Photo of Buster. | 01:33:05 | [TENSE MUSIC] |
| Stephanie in an interview. Photo of Buster's baseball team with his dad and grandfather. Photos of Buster.<br><br>TITLE:<br><br>Stephanie Smith<br>Stephen Smith's Sister | 01:33:08 | STEPHANIE (VO/ON)<br>I went to school with Buster, and when we were younger, Stephen played baseball with Buster and a few classmates. And Buster's grandfather and dad were the coaches of the team. He was--how do I put it? Like, you could tell he had money by the way he acted, |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | | kind of, like, privileged but not like a snobby privileged person.  He was quiet when I was around him. |
| Deak and Libby in an interview.<br><br>TITLE:<br><br>Deak & Libby Malphrus<br>Murdaugh Family Friends | 01:33:43 | LIBBY (VO/ON)<br>Yeah, I don't really know Buster that well.  I mean, we see him, you know, whenever he's down with John or that sort of thing, but… |
| | 01:33:50 | DEAK<br>That's very rare. |
| | 01:33:51 | LIBBY<br>Right.  I mean, I haven't had conversations about his life goals or where he sees himself in 20 years. |
| Jake in an interview.  Photo of Buster and Paul.<br><br>TITLE:<br><br>Jake Shore<br>Journalist, The Island Packet | 01:33:59 | JAKE (ON/VO)<br>You just don't really hear a lot about Buster.  He's Paul's older brother.  He went to Wofford College in South Carolina.  He was kind of slated to follow in his father's footsteps. |
| Former Murdaugh employee in an interview.  Photos of Buster with his family.<br><br>TITLE:<br><br>Former Murdaugh Employee | 01:34:13 | FORMER MURDAUGH EMPLOYEE (ON/VO)<br>Paul and Buster were night and day, Jacob and Esau.  Paul was the outdoor guy.  Buster liked to hunt, but he was a studious person and took his studies seriously.  And what I'm told by people who were close to him, you know, that Buster was the--Buster was the favorite child. |
| SUBTITLE:<br><br>When I originally heard this,<br><br>I was thinking of the younger<br><br>Murdaugh boy, Buster's little brother, Paul, because | 01:34:37 | MAN (ON/VO)<br>When I originally heard this, I was thinking of the younger Murdaugh boy, Buster's little brother, Paul, because Paul's more the--I don't wanna say troublemaker, but he's a little more, "My last name is Murdaugh.  I can do whatever" you know what I mean? |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| Paul's more the<br><br>I don't wanna say troublemaker, but<br><br>but he's a little more,<br><br>"My last name is Murdaugh.  I can do whatever"<br><br>you know what I mean? | | |
| | 01:34:50 | LT. MOORE (VO)<br>Yeah, yeah. |
| SUBTITLE:<br><br>So when I first heard that it was Buster<br><br>it kind of caught me off guard<br><br>because he's never been that type of person. | 01:34:52 | MAN (VO)<br>So when I first heard that it was Buster, it kind of caught me off guard because he's never been that type of person. |
| Jake in an interview. | 01:34:57 | JAKE (VO/ON)<br>We found a document for seniors at Wofford you know, saying where they're going, and he said he was gonna work for the family law firm in the summer and then go to the University of South Carolina Law School.  We don't really know what happened after that. |
| Passion in an interview. | 01:35:13 | PASSION (VO/ON)<br>He kind of just disappeared, like, after everything happened with Stephen.  Like, you didn't hear about him.  He was like a ghost. |
| Ashly in an interview.<br><br>TITLE:<br><br>Ashly Carroll<br>Stephen Smith's Cousin | 01:35:23 | ASHLY (VO/ON)<br>I would kind of check his Facebook, and I would never see no activity anymore.  Like, no activity.  And then they said that he went away for school.  He went out the country. |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| Photo of Stephen.  Cpl. Duncan in an interview. | 01:35:35 | CPL. DUNCAN (VO/ON)<br>When we started investigating Stephen, where he's been or who he'd been with, I was told by Sandy that before he died, Stephen was planning on going on a trip. |
| Sandy in an interview.<br><br>TITLE:<br><br>Sandy Smith<br>Stephen Smith's Mother | 01:35:46 | SANDY (VO/ON)<br>He said that he was going deep-sea fishing, I think, the third week in July with a prominent person.  That's all he said.  He wouldn't give a name.  But he was murdered before he could go, so… |
|  | 01:36:03 | ASHLY (VO/ON)<br>He said he was messing with a man from Hampton County that was high in power and that everybody would be shocked at who it was.  I think his words were, "If I say who this is, the whole Hampton County is gonna be shook." |
|  | 01:36:22 | CPL. DUNCAN (VO/ON)<br>He was getting into an influential group at that time.  It wasn't something typical of his past.  With the information that we gathered, you could only presume what name would've been brought up.  It would possibly have been the Murdaughs. |
| TITLE:<br><br>HIGHWAY PATROL INTERVIEW<br><br>SUBTITLE:<br><br>Now, who passed this information on to you that Buster was involved in this? | 01:36:39 | LT. MOORE (VO)<br>Now, who passed this information on to you that Buster was involved in this? |
| SUBTITLE:<br><br>###### | 01:36:46 | WOMAN (VO)<br>(bleep). |
| SUBTITLE:<br><br>And did he say where he heard that from | 01:36:47 | LT. MOORE (VO)<br>And did he say where he heard that from or how he was backing that up? |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| or how he was backing that up? | | |
| SUBTITLE:<br><br>No, sir. | 01:36:52 | WOMAN (VO)<br>No, sir. |
| SUBTITLE:<br><br>So he just said, "Oh, I heard Buster did it." | 01:36:54 | LT. MOORE (VO)<br>So he just said, "Oh, I heard Buster did it." |
| SUBTITLE:<br><br>Yes, sir. | 01:36:57 | WOMAN (VO)<br>Yes, sir. |
| SUBTITLE:<br><br>Did he say how he did it or what happened? | 01:36:57 | LT. MOORE (VO)<br>Did he say how he did it or what happened? |
| SUBTITLE:<br><br>No, he didn't.  Yes, he did.  He said<br><br>He said they beat him up<br><br>and threw him out the truck. | 01:37:01 | WOMAN (VO)<br>No, he didn't.  Yes, he did.  He said--he said they beat him up and threw him out the truck. |
| SUBTITLE:<br><br>Beat him up and threw him out the truck? | 01:37:08 | LT. MOORE (VO)<br>Beat him up and threw him out the truck? |
| SUBTITLE:<br><br>Yes, sir. | 01:37:10 | WOMAN (VO)<br>Yes, sir. |
| Photo of Stephen.  Sketch of the area where Stephen was hit. | 01:37:13 | CPL. DUNCAN (VO/ON)<br>One of the rumors that we heard was that Buster and a couple of other guys had been out, seen Stephen, and they got in some type of argument and that a 2x4 or a bat was used to strike Stephen in the head area and that's what caused his death. |
| SUBTITLE:<br><br>Did anybody look at the autopsy and | 01:37:34 | PRODUCER (VO)<br>Did anybody look at the autopsy and try to figure out if it was consistent with a |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| try to figure out if it was consistent with a bat? | | bat? |
| | 01:37:40 | CPL. DUNCAN<br>Yes, and we actually looked at it, and it is consistent with some type of blunt force object. |
| TITLE:<br><br>Buster Murdaugh's name was mentioned over two dozen times in law enforcement interviews.<br><br>He has not been charged with any crime and<br>has not been interviewed by law enforcement<br>in connection with these events. | 01:37:45 | [DRAMATIC MUSIC] |
| TITLE:<br><br>Mike Hemlepp<br>Smith Family Attorney | 01:37:56 | MIKE (VO/ON)<br>Early on, apparently, there were attempts to talk to Buster. In the United States, we can't compel somebody to talk to law enforcement, and if somebody exercises their right to remain silent, there's very little law enforcement can do. |
| Pilar in an interview. | 01:38:16 | PILAR (VO/ON)<br>Buster was not making a big point to either be a part of the investigation or try to dispel rumors. He seemed to be extremely uninterested and uncaring, which also, I think, speaks to, like, a classic Murdaugh mentality of thinking he was completely above the law and that ignoring the problem would make it go away. |
| TITLE:<br><br>HIGHWAY PATROL INTERVIEW<br><br>SUBTITLE: | 01:38:37 | RICHARD ALEXANDER (OS)<br>I hate to only be able to give you hearsay, but the main thing is, whether that is the case or not the case. There is still somebody that lost a child and lost a brother and lost a family member. And |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| I hate to only be able to give you hearsay, but<br><br>the main thing is, whether<br><br>that is the case or not the case.<br><br>There is still somebody that<br><br>lost a child and lost a brother and lost a family member.<br><br>And that's just not<br><br>that's not right.<br><br>Hope y'all can get this figured out. | | that's just not that's not right.  Hope y'all can get this figured out. |
| SUBTITLE:<br><br>Yeah, absolutely.  I mean,<br><br>let's give this family some closure.<br><br>You know?<br><br>Appreciate you taking the time to talk to me,<br><br>I'm gonna go ahead and stop this recording. | 01:38:54 | POLICE OFFICER (OS)<br>Yeah, absolutely.  I mean, let's give this family some closure.  You know? Appreciate you taking the time to talk to me, I'm gonna go ahead and stop this recording. |
| Lt. Moore in an interview.<br>TITLE:<br><br>Lt. Thomas Moore<br>SC Highway Patrol Officer | 01:39:07 | LT. MOORE (VO/ON)<br>There's different stories and different versions out there.  I've heard Paul.  I've heard Buster.  Those names have been brought up numerous times consistently by people.  But there's nothing we can point to and say, "Mm-hmm, that's what happened." |
| | 01:39:24 | [MUSIC] |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| Stephanie in an interview. | 01:39:34 | STEPHANIE (VO/ON)<br>My family kind of separated after Stephen died. My mom took it hard. My dad took it real hard, but it was more of an in silence. Like, the day Stephen died was…the same day that my dad died inside. |
| Photo of Joel and his children. Sandy in an interview. | 01:39:57 | SANDY (VO/ON)<br>Joel kind of just gave up on life after that. In his last days, he said that he was seeing--Stephen was coming to visit him, and I think he just--he couldn't cope. |
| SUBTITLE:<br><br>How many months was it after Stephen died? | 01:40:16 | PRODUCER (OS)<br>How many months was it after Stephen died? |
|  | 01:40:19 | STEPHANIE<br>It was three months exact. The coroner said that he passed away of a heart attack in his sleep. |
|  | 01:40:30 | SANDY<br>I just think he just died of a broken heart. |
|  | 01:40:35 | [MUSIC] |
| Shot of the cemetery. George in an interview.<br><br>TITLE:<br><br>George Smith<br>Friend of Smith Family | 01:40:49 | GEORGE (VO/ON)<br>I still remember seeing Joel in the casket. And you could just tell he wasn't at peace, 'cause he wanted to know what happened to his child. The day he died, he told me, "Them Murdaughs killed my son." He would tell anybody. Or you could've asked Joel, "Joel, what happened to your son?" "The Murdaughs killed my son because he was gay." "How do you know?" "I know my son. I know he was seeing Buster." "How can you prove it?" "I can't, but I just know them Murdaugh boys killed my boy." |
| SUBTITLE: | 01:41:28 | PRODUCER (OS)<br>Have you ever heard that Stephen had |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| Have you ever heard that Stephen had any kind of sexual relationship with Buster Murdaugh? | | any kind of sexual relationship with Buster Murdaugh? |
| | 01:41:36 | PASSION (ON/VO)<br>There was rumors of that. I don't know if it was true. If Buster was gay, he would have never came out about it. I don't think his family would've approved of it either, so--because they are a big name. |
| George is driving the car. George in an interview. | 01:41:56 | GEORGE<br>Joel knew 100% in his heart it was Buster. |
| SUBTITLE:<br><br>Why didn't Joel go and talk to the police? | 01:42:00 | PRODUCER (OS)<br>Why didn't Joel go and talk to the police? |
| Shots of the police in Murdaugh's house. | 01:42:04 | GEORGE (ON/VO)<br>There's no need to do that. The police have got ties with them Murdaughs all the way from their great-granddad to their granddad to their daddy. They all got pull through the law. When they found Paul and his mama dead, they had everybody from Colleton County, Hampton County there investigating it. Stephen dies, they just put him in a body bag. He was hit by a car. Who cares? It's that name. They got pull. |
| Ashly in an interview. | 01:42:38 | ASHLY<br>Being the underdogs in town, I guess, in their head, we're nothing, so who's gonna notice nothing being gone? |
| Photo of Sandy holding Stephen's photo. | 01:42:49 | MIKE (ON/VO)<br>Sandy had to stand by herself seeking justice for Stephen because those in authority didn't feel like they were accountable to them to commit to solving this. Poor people were not treated the same in Hampton, and that's a tragedy not just for the victims but for that |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | | community. |
| Sandy in an interview. | 01:43:12 | SANDY (VO/ON)<br>(crying) I knew Stephen was not gonna get justice in Hampton County. (sniffles) Several people--Several families have not gotten justice in Hampton County. |
| News articles about Hampton's Country. | 01:43:30 | [TENSE MUSIC] |
| TITLE:<br><br>JUNE 22ND, 2021 | 01:43:48 | [MUSIC] |
| | 01:43:53 | [PHONE BUZZING] |
| Stephanie in an interview. | 01:43:55 | STEPHANIE (VO/ON)<br>After Paul and Maggie were murdered, SLED called my mom and told her that they were reopening Stephen's case. |
| Sandy in an interview. | 01:44:06 | SANDY<br>For what reasons, we don't know, but it is back open. And that gives us hope. |
| Cpl. Duncan in an interview. | 01:44:14 | CPL. DUNCAN (VO/ON)<br>I found it real curious when they brought up Stephen Smith. What did they find? Did they find something on a phone? Did they find something on the property that relayed Stephen Smith's death to the Murdaugh family? |
| | 01:44:32 | NEWS REPORTER (OS)<br>Law enforcement hasn't released anything new about what led to the death of 19-year-old Stephen Smith or explained why the mysterious murders of Paul and Maggie Murdaugh in the Lowcountry of South Carolina led to his case being reopened six years later. |
| TITLE:<br><br>RECORDED CALL BETWEEN ALEX AND BUSTER MURDAUGH | 01:44:48 | ALEX (OS)<br>Hey um, so Buster you know, this Stephen Smith thing? Well, this absolutely has nothing to do with you or |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| SUBTITLE:<br><br>Hey um, so Buster<br><br>you know, this Stephen Smith thing?<br><br>Well, this absolutely has nothing to do with<br><br>you or our family or anything. | | our family or anything. |
| SUBTITLE:<br><br>Oh, I mean but I could have told you that<br><br>but nobody wants to listen to me. | 01:44:58 | BUSTER (OS)<br>Oh, I mean but I could have told you that but nobody wants to listen to me. |
| SUBTITLE:<br><br>But, they put it out there. | 01:45:02 | ALEX (OS)<br>But, they put it out there. |
| Mike in an interview. Newspaper article about "Murdaugh rumors continue to swirl in wake of murders" | 01:45:06 | MIKE (VO/ON)<br>That was very surprising to me. There's no explanation. Maggie and Paul's death was so shocking, and as things unfolded and more information came out, it was so clearly an event in a much, much, much larger story. |
| TITLE:<br><br>SEPTEMBER 14TH, 2021 | 01:45:27 | NEWS REPORTER (OS)<br>And now to the new details on the deepening mystery over the shooting of a prominent South Carolina lawyer just months after his wife and son were killed. |
| | 01:45:35 | NEWS REPORTER (OS)<br>South Carolina law enforcement announcing an arrest. |
| Shot of police officer arrests Curtis "Eddie". | 01:45:38 | CURTIS "EDDIE" (OS)<br>(growls) |
| | 01:45:39 | NEWS REPORTER (OS)<br>Curtis, you have anything to say? |
| News clip of Curtis "Eddie" arrest. | 01:45:40 | NEWS REPORTER (OS)<br>Officers from South Carolina law |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | | enforcement arrested 61-year-old Curtis Smith for the September 4th roadside shooting. |
| Jake in an interview.<br><br>TITLE:<br><br>Jake Shore<br>Journalist, The Island Pocket | 01:45:48 | JAKE (ON/VO)<br>Alex represented Curtis Smith, who was a logger who got hurt on the job. But he definitely didn't match the description of the alleged attacker. |
| Sketch of the suspect.<br><br>SUBTITLE:<br><br>It was a<br><br>a white fella.<br><br>A fair amount of younger than me.<br><br>Really, really short hair. | 01:45:59 | WITNESS (OS)<br>It was a, a white fella. A fair amount of younger than me. Really, really short hair. |
| Justin in an interview.<br><br>TITLE:<br><br>Justin Bamberg<br>South Carolina Attorney | 01:46:06 | JUSTIN (VO/ON)<br>I got called probably within ten minutes of that shooting getting reported. I knew instantaneously that Alex's story--pardon my French--that was bullshit. |
| News clip about Curtis "Eddie" case. | 01:46:21 | NEWS REPORTER (OS)<br>From the start, the details of the shooting made many suspicious. It happened in broad daylight along a deserted road when Alex Murdaugh says he was changing a flat tire. Now we're learning what actually happened may be even more unbelievable. |
| | 01:46:35 | NEWS REPORTER (OS)<br>Law enforcement now believes Murdaugh conspired with Curtis "Eddie" Smith to kill him as part of an insurance fraud scheme. |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| Trey in an interview.<br><br>TITLE:<br><br>Trey Harrelson<br>Murdaugh Family Friend | 01:46:44 | TREY (VO/ON)<br>Everything with Alex has just been mind-boggling, 'cause you know someone for so long, and then a completely different side of them comes out. |
| Photo of Curtis "Eddie". Andrew in an interview.<br><br>TITLE:<br><br>Andrew Davis<br>Reporter, WSAV-TV | 01:46:54 | ANDREW (VO/ON)<br>Alex Murdaugh apparently asked Curtis "Eddie" Smith, who is friends with Alex, who has done jobs for Alex, to murder him so he can get the insurance money to give to Buster, his son. |
| Photo of Murdaugh family. | 01:47:08 | NEWS REPORTER (OS)<br>If Murdaugh died, his living son would have received an estimated $10 million as part of a life insurance policy. |
| TITLE:<br><br>WCIV | 01:47:15 | ANDREW (ON/VO)<br>He didn't think it would pay if he committed suicide, so he wanted Eddie to do the job for him so his son would get the money. |
| Trey in an interview. | 01:47:24 | TREY (VO/ON)<br>When I heard about the suicide attempt, I didn't know if I believed it or not. The story about it all is kind of confusing. Paying someone to come shoot you and he misses? |
| Justin in an interview. | 01:47:38 | JUSTIN<br>Where we live, people don't miss. It don't matter if you're talking about a deer or a person. They don't miss. |
|  | 01:47:47 | NEWS ANCHOR (ON/OS)<br>Well, the suspect accused of shooting Alex Murdaugh in a failed murder fraud plot claims he is being set up to be the fall guy. |
|  | 01:47:55 | NEWS REPORTER (OS)<br>Curtis Smith says it was September 4 when his friend South Carolina attorney Alex Murdaugh called, claiming he |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | | needed help. Smith says Murdaugh was like a brother to him, so he didn't think twice before heading to meet him. |
| Pilar in an interview. | 01:48:09 | PILAR (VO/ON)<br>Alex went through all this trouble to establish such an insane story. Every single part of it, everything that he said that day ended up being a hoax. |
| Terry in an interview.<br><br>TITLE:<br><br>Terry McLead<br>Lowercountry Resident | 01:48:18 | TERRY (VO/ON)<br>Trying to say someone shot at him and then trying to say that it was a suicide attempt--I don't believe for a minute any of that. I think he's trying to make it look like he was an intended victim. |
| Former Murdaugh Employee in an interview. Photo of Alex. | 01:48:32 | FORMER MURDAUGH EMPLOYEE (VO/ON)<br>In a matter of hours, this whole thing just changed, and it was just like, you shake your head, and what is going on with this guy? What else is he hiding? |
| | 01:48:44 | JAKE (VO/ON)<br>Honestly, I think there's still a lot to come out. |
| Curtis "Eddie" in an interview.<br><br>TITLE:<br><br>Curtis "Eddie" Smith<br>Alex's Alleged Accomplice | 01:48:49 | PRODUCER (OS)<br>The situation we're in right now, tell me how you're feeling. |
| SUBTITLE:<br><br>I feel like that little bitty flake of snow that starts down that hill<br><br>and just keeps getting bigger and bigger and bigger and bigger<br><br>and I'm that little flake of snow stuck in the middle of it.<br><br>That's how I feel. | 01:48:54 | CURTIS "EDDIE"<br>I feel like that little bitty flake of snow that starts down that hill and just keeps getting bigger and bigger and bigger and I'm that little flake of snow stuck in the middle of it. That's how I feel. I feel betrayed. |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #102

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| I feel betrayed. | | |
| | 01:49:08 | PRODUCER (OS)<br>Do you see the truth coming forward? |
| SUBTITLE:<br><br>I hope that<br><br>when it's all said anddone,<br><br>that<br><br>everybody will wind up<br><br>being exactly where they're supposed to be. | 01:49:11 | CURTIS "EDDIE"<br>I hope that when it's all said anddone,<br>that everybody will wind up being exactly<br>where they're supposed to be. |
| TITLE:<br><br>Currently no charges have been filed related<br>to the death of Stephen Smith.<br><br>TITLE:<br><br>When members of the Murdaugh family were asked for<br>comment on the death of Stephen Smith, only one replied.<br><br>Randy Murdaugh stated that be only learned of Stephen's<br>death after the funeral and denies any inappropriate involvement with the investigation. | 01:49:24 | [MUSIC] |
| END OF PICTURE | 1:50:37 | |