# EXHIBIT F

# Low Country

# The Murdaugh Dynasty

**Episode #103**

**DIALOGUE CONTINUITY/ACTION SCRIPT**

**October 13, 2022**

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| TITLE:<br><br>max<br>ORIGINAL | 01:00:00 | [MAX ORIGINAL FANFARE] |
| Shots of Moselle home. | 01:00:03 | [DRAMATIC MUSIC] |
| News article, "Like father, like son: Randolph Murdaugh III to replace dad as solicitor." | 01:00:05 | ANDREW (VO)<br>Money, position, power--the Murdaughs have had control of Hampton County for close to a century. |
| Mark in an interview. | 01:00:13 | MARK (VO/ON)<br>Where the Murdaughs go, death seems to follow. |
| | 01:00:16 | [GUNSHOT] |
| | 01:00:17 | ALEX (VO)<br>(on phone) My wife is shot.  This is so bad.  Please hurry. |
| Photos of Maggie and Paul.  Footage of police officers investigating the crime scene. | 01:00:21 | NEWS REPORTER (VO)<br>Maggie and Paul Murdaugh were shot to death execution style.  No suspects have been named, and no arrests have been made in that case. |
| Andrew reporting in Hampton County. Photo of Alex. | 01:00:29 | ANDREW (ON/VO)<br>Good evening, everybody.  Andrew Davis out here in Hampton County right now with the story that really everybody is talking about.  Alex Murdaugh called 911 to say he had been shot. |
| Trey in an interview.  Photo of Maggie and Paul. | 01:00:41 | TREY (ON/VO)<br>Someone's going through great distances to punish this family. They didn't think Maggie and Paul were enough. |
| Jim in an interview.  Cartographic sketch of the suspect. | 01:00:48 | JIM (VO/ON)<br>Many people thought that this was the act of some vigilante. |
| Footages of police officers investigating the roadside on Alex's murder. | 01:00:55 | NEWS REPORTER (VO)<br>Overnight, South Carolina law enforcement announcing an arrest. |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| Footage of Curtis' arrest.  Footage of Curtis' court hearing. | 01:00:58 | NEWS REPORTER (VO)<br>Law enforcement now believes Murdaugh conspired with Curtis "Eddie" Smith to kill him as part of an insurance fraud scheme. |
| Photo of Curtis and Alex.  Pilar in an interview. | 01:01:07 | PILAR (VO/ON)<br>Every single part of it, everything that Alex said that day ended up being a hoax. |
| George in an interview. | 01:01:12 | GEORGE (VO/ON)<br>It was like a domino effect, one right after the other.  What else has he done? |
| Opening sequence.<br><br>TITLE:<br><br>A MAX ORIGINAL<br><br>A CAMPFIRE STUDIOS PRODUCTION<br><br>MUSIC BY<br>ANTONIO PINTO<br>EDUARDO ARAM<br><br>EDITED BY<br>EILEEN KENNEDY<br>ALEX DURHAM, ACE<br>GARY POLLAK<br>ERIN PERRI<br><br>DIRECTORS OF PHOTOGRAPHY<br>PETER HUTCHENS<br>JEFF HUTCHENS<br><br>CONSULTANT<br>THE ISLAND PACKET<br>OF HILTON HEAD,<br>SOUTH CAROLINA<br><br>PRODUCER<br>BROOKE BRUNSON | 01:01:19 | [HAUNTING MUSIC] |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| KAITLIN DEL CAMPO<br><br>CO-EXECUTIVE PRODUCERS<br>REBECCA EVANS<br>ROSS GIRARD<br><br>CO-EXECUTIVE PRODUCER<br>BRENDAN DAW<br><br>EXECUTIVE PRODUCERS<br>DANIEL SIVAN<br>MOR LOUSHY<br><br>EXECUTIVE PRODUCER<br>ROSS M. DINERSTEIN<br><br>DIRECTED BY<br>MOR LOUSHY<br>DANIEL SIVAN<br><br>MAIN TITLE:<br><br>LOW COUNTRY<br>THE MURDAUGH DYNASTY | | |
| Shot of South Carolina. | 01:01:51 | [SUSPENSEFUL MUSIC] |
| Richard, Jim, and the others head to the detention center. | 01:01:56 | [CAMERA SHUTTERS CLICKING] |
| | 01:01:56 | [INDISTINCT CHATTER] |
| | 01:02:05 | NEWS REPORTER (OS)<br>How's the state of client? |
| | 01:02:07 | RICHARD<br>Um, not good.  Jimmy, where's Griffin?  Jim! |
| News article, "Murdaugh likely to be charged after botched suicide plan." Photo of Alex.  Jim in an interview.  Photo of Maggie and Alex. | 01:02:17 | JIM (VO/ON)<br>I was with him that morning he was shot.  In his mind, he was ready to give up.  I said, "You know, Alex, there's an end to |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| TITLE:<br><br>Jim Griffin<br>Murdaugh Defense Attorney | | this, and there's a life beyond this.  And you need to be here for your family, and Buster loves you, and, you know, we all support you 100%."  And he told me that he had an opioid addiction and that he had been struggling with it for many, many years and it was very expensive. |
| Shots of Savannah, Georgia.<br><br>TITLE:<br><br>SAVANNAH, GEORGIA | 01:02:45 | [DRAMATIC MUSIC] |
| Andrew reporting in the newsroom.<br>Andrew in an interview.<br><br>TITLE:<br><br>Andrew Davis<br>Reporter, WSAV-TV | 01:02:49 | ANDREW (VO/ON)<br>Alex Murdaugh's speaking for the first time in weeks, this time from a Savannah hospital bed.  The patriarch of the family making big decisions as he recovers from a gunshot wound.  "The murders of my wife and son have caused an incredibly difficult time in my life.  I've made a lot of decisions that I truly regret.  I'm resigning from my law firm and entering rehab after a long battle that's been exacerbated by these murders."  After Alex was shot, first thing he did was admit that he had an opioid addiction and a problem and then went immediately to rehab. |
| Jim exits the detention center and talks to reporters. | 01:03:25 | NEWS REPORTER (OS)<br>Does he have to say anything to the state? |
| | 01:03:27 | JIM<br>He can go to the rehab facility where he's admitted.  And he has to stay there and can't leave. |
| | 01:03:33 | NEWS REPORTER (OS)<br>Okay. |
| | 01:03:34 | JIM<br>And then come back to South Carolina. |
| | 01:03:34 | NEWS REPORTER (OS)<br>Is he going home with you guys? |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
|  | 01:03:36 | JIM<br>He went straight back to rehab. |
| Footages of Murdaugh's burial.  Photos of Murdaugh's burial.  Footage of Richard's press conference. | 01:03:39 | RICHARD (VO/ON)<br>The murder of his son and wife 90 days ago took a tremendous toll on him.  Most people couldn't get through that.  He got through it with the use of opioids. |
| Former Murdaugh Employee in an interview.<br><br>TITLE:<br><br>    Former Murdaugh Employee | 01:03:53 | FORMER MURDAUGH EMPLOYEE (VO/ON)<br>That hole, that void just keeps getting bigger, and you feel for the family.  You know, I felt sorry for him. |
| Jamie and the others are hunting in the woods. | 01:03:59 | [SOMBER MUSIC] |
|  | 01:04:00 | [BIRDS CHIRPING] |
| Jamie in an interview.<br><br>TITLE:<br><br>    Jamie Harrelson<br>    Murdaugh Family Friend | 01:04:06 | JAMIE (VO/ON)<br>I feel like he didn't want to live anymore…with Maggie and Paul gone.  To lose your wife and son--nobody deserves that. |
| Rob in an interview.  Photo of Alex speech in South Carolina Association for Justice.<br><br>TITLE:<br><br>    Rob Carmichael<br>    Murdaugh Family Friend | 01:04:25 | ROB (VO/ON)<br>For you to get to that point to want to take your life, you are at rock bottom.  That's what the drugs do.  I did not know that he was an addict.  I mean, none of my friends and family knew when I was deep down in that rabbit hole either.  There's a couple places that you're gonna be.  You're gonna be in jail, dead, or wishing you were dead. |
| Shots of South Carolina. | 01:04:54 | [DRAMATIC MUSIC] |
| TITLE:<br><br>    RECORDED CALL BETWEEN<br>ALEX AND HIS SISTER IN LAW | 01:05:02 | ALEX (VO)<br>(on phone) I've been doing a lot of thinking, just about all--taking all these pills and how that all started, and--I mean, |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | | this just goes back 20 years.  (sniffles) I know Maggie told you she had a real hard time when moving to the Hamptons.  And why.  I'm sure she's generating some bitter damn feelings. |
| Photos of Alex, Maggie, and Paul. Andrew in an interview. | 01:05:31 | ANDREW (VO/ON) Whether Maggie knew he had an opioid addiction or not, I don't know.  There's so many questions still out there about their relationship.   There may have been difficulty in their marriage.  You know, I've heard through various rumors and sources that, you know, Maggie may not have been really living at the main property with him, that she may have been in the Edisto property.  People who've spoken to me say they believe that Alex had a mistress. |
| Terry in an interview.<br><br>TITLE:<br><br><br>Terry McLeod<br>Lowcountry Resident | 01:06:00 | TERRY (VO/ON) Rumor is that she wanted a divorce.  And why did she want a divorce? |
| Photos of Alex and Maggie with the family.  Jim in an interview.  Shots of Edisto.<br><br>TITLE:<br><br><br>Alex<br>I love U!<br><br>Maggie<br>I love U more!!! | 01:06:07 | JIM (VO/ON) There's so much misinformation out there and bullshit.  Can you run bullshit? Maggie and Alex being estranged--there's nothing further from the truth.  After the boating accident, Maggie felt uncomfortable in Hampton, and she preferred, you know, to distance herself from the small community.  And so she was spending time at Edisto.  They were communicating in very loving fashion-- jokes with each other.  Sign off at night, "I love you."  "I love you more." |
| Deak and Libby in an interview.<br><br>TITLE: | 01:06:46 | DEAK (VO/ON) They were close, always, you know, hugging on each other. |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| Deak & Libby Malpharus<br>Murdaugh Family Friends | | |
| Photos of Alex and Maggie attending their kids' sporting events. | 01:06:50 | LIBBY (ON/VO)<br>You know, they're at their kids' sporting events. They were active parents. |
| Jamie in an interview. Photos of Alex and Maggie. | 01:06:58 | JAMIE (ON/VO)<br>You could tell--just the interaction between the two--that they loved each other. They met in college. Randy, his dad, told me Alex had met somebody and he was chasing her. When he met Maggie, the world stopped, and…he was head over heels in love with her. |
| Trey in an interview.<br><br>TITLE:<br><br>Trey Harrelson<br>Murdaugh Family Friend | 01:07:27 | TREY (VO/ON)<br>From what I knew, there wasn't no problems. But who does know what's going on behind closed doors or whatever? |
| Keith and Beverly in an interview.<br><br>TITLE:<br><br>Keith & Beverly Cook<br>Lowcountry Residents | 01:07:38 | BEVERLY (ON/VO)<br>I think they loved each other. I don't know that they were in love with each other, but they were both very much in love with how they were viewed in society, you know, their family and their name and their--their power. |
| News article, "Alex Murdaugh resigning from family law firm, entering rehab." Andrew in an interview. | 01:07:57 | ANDREW (VO/ON)<br>What we can say about Alex Murdaugh right now is that he was addicted. Whether he was addicted to opioids, or was he just addicted to money? But how far was he willing to go to keep his lifestyle, to keep that Murdaugh name front and center? |
| News article, "Hampton lawyer Alex Murdaugh shot in head."<br><br>News article, "Maggie Murdaugh and son Paul shot to death at Moselle home." | 01:08:14 | [DRAMATIC MUSIC] |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| News article, "Body of Mallory Beach discovered in river following fatal boat accident."<br><br>News article, "Body of young man found on Hampton Country road."<br><br>News article, "Murdaugh housekeeper Gloria Satterfield dead following fatal household accident." | | |
| Shots of Moselle home.<br><br>TITLE:<br><br>    FEBRUARY 26TH, 2018 | 01:08:33 | [BIRDS CHIRPING] |
| | 01:08:39 | [TOUCH TONES BEEPING] |
| | 01:08:41 | [LINE RINGS] |
| | 01:08:46 | 911 OPERATOR (VO)<br>(on phone) 911, what is your emergency? |
| TITLE:<br><br>  MAGGIE MURDAUGH 911 CALL | 01:08:48 | MAGGIE (VO)<br>(on phone) Uh, 4147 Moselle Road. |
| | 01:08:52 | 911 OPERATOR (VO)<br>(on phone) What's going on out there? |
| | 01:08:54 | MAGGIE (VO)<br>(on phone) Uh, my housekeeper has fallen and her head was bleeding.  I cannot get her up. |
| | 01:08:59 | 911 OPERATOR (VO)<br>(on phone) Okay.  Where'd she fell from? |
| | 01:09:01 | MAGGIE (VO)<br>(on phone) Uh, she fell going up the steps, but the (indistinct) steps. |
| Michael looking at Gloria's photo on his laptop.  Michael in an interview.  Michael studying Murdaugh's case. | 01:09:09 | MICHAEL (VO/ON)<br>Gloria Satterfield had been the Murdaugh family's housekeeper and, essentially, a nanny to Alex Murdaugh's kids for about |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| TITLE:<br><br>Michael Virzi<br>Ethics Attorney | | 20 years and was treated very much like a family member herself.  Several years ago, there was an accident at the Murdaugh home. |
| Justin in an interview.  Shot of Moselle home.<br><br>TITLE:<br><br>Justin Bamberg<br>South Carolina Attorney | 01:09:29 | JUSTIN (VO/ON)<br>According to them, you know, the Murdaugh family dog accidentally knocked her down the stairs, and she ended up passing away from her injuries. |
| Shot of Gloria's tombstone.  Photo of Gloria with Murdaugh's kids. | 01:09:40 | MICHAEL (VO)<br>At or after her funeral, apparently, Alex Murdaugh approached her sons. |
| Photos of Alex. | 01:09:46 | JUSTIN (VO/ON)<br>And he's like, "Hey, look, I'm sorry about what happened, "and I'm gonna make sure you get taken care of.  Don't worry.  I have insurance." |
| Photo of Murdaughs and Flemings.  Reenactment of Cory settling the claims to the insurance company.<br><br>TITLE:<br><br>FOUR MILLION THREE HUNDRED FIVE THOUSAND AND NO/100 ($4,305,000.00)  DOLLARS | 01:09:53 | MICHAEL (VO/ON)<br>He had, apparently, a $500,000 liability policy and a multimillion-dollar umbrella policy on his home.  And he told them that if they would go visit his friend Cory Fleming Cory would get the Satterfield boys some money.  Fleming brought those claims against the insurance company.  There was $4.3 million that the insurance companies paid, and neither Cory nor Alex ever told their clients. |
| | 01:10:24 | JUSTIN<br>And the boys got none of it, not a penny. |
| Michael working on paperwork.  Photo of Cory.  Shot of building.<br><br>TITLE:<br><br>LAW OFFICES<br>MOSS, KUHN & FLEMING P.A. | 01:10:31 | MICHAEL (VO/ON)<br>How he got away with what he did is, the money went through Cory Fleming's firm, and Cory Fleming's records showed that the money went from there to Forge.  Now, Forge Consulting is a legitimate settlement funding company.  Cory Fleming wrote the checks to Forge--not |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| TITLE:<br><br>Fleming sent a check #24817 to an account called "Forge"<br><br>TITLE:<br><br>R. Alexander Murdaugh d.b.a. FORGE | | Forge Consulting, just the word "Forge"-- and delivered them to Alex Murdaugh. So he went and created an account at Bank of America: R. Alexander Murdaugh doing business as Forge. Giving the appearance that the plaintiffs' settlement money went to Forge Consulting. But that's actually a personal bank account. And he starts moving millions of dollars into there. |
| | 01:11:17 | PRODUCER (OS)<br>That's very calculated. |
| | 01:11:19 | MICHAEL<br>Yes, it's very calculated. |
| Shot of town. | 01:11:25 | JUSTIN (VO)<br>The good old boy network runs rampant through this entire ordeal. |
| | 01:11:28 | [TENSE MUSIC] |
| Terry in an interview. Footage of law enforcements.<br><br>TITLE:<br><br>Terry McLeod<br>Lowcountry Resident | 01:11:31 | TERRY<br>Here, it's mostly politicians, law enforcement, bankers, and lawyers. And they kind of do this, "You scratch my back, I'll scratch yours," do favors for each other, things like that, so…and that's just kind of how it is around here. |
| Shot of Hampton County Courthouse. Justin in an interview. Photos of the Murdaughs family. | 01:11:52 | JUSTIN (VO/ON)<br>Hampton is pretty much historically dominated by a few influential names--the Murdaughs, that's PMPED; the Laffittes, that's Palmetto State Bank--families who had the upper hand, the power, and the control for 100 years. |
| Jake in an interview.<br><br>TITLE:<br><br>Jake Shore<br>Journalist, The Island Packet | 01:12:12 | JAKE (VO/ON)<br>Palmetto State Bank has several branches now across the Lowcountry. And the board of directors is filled with members of the Laffitte family. And then there's the relationship between Russell Laffitte and Alex Murdaugh. |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| Shot of Palmetto State Bank. | 01:12:25 | FORMER MURDAUGH EMPLOYEE (VO)<br>Alex was able to walk into Palmetto State Bank and use his connections with Russell Laffitte to say, "Hey, Beau, I need this done." |
| Photos of Cory. | 01:12:39 | JUSTIN (VO/ON)<br>Alex Murdaugh had the ability to skip protocols that most of us have to go through. And that's just how they looked out for each other. That is the good old boy system. |
| Mark in an interview. Footage of law enforcements marching on the street.<br><br>TITLE:<br><br>Mark Ethridge<br>Author & Journalist | 01:12:52 | MARK (VO/ON)<br>This really is a case of…institutional evil manifesting itself and not just one crazy lawyer. This is the product of…decades of entitlement, of privilege. The Murdaughs are part of a club. |
|  | 01:13:18 | PRODUCER (OS)<br>And what club is that? |
| Photos of the Murdaughs. | 01:13:20 | MARK (ON/VO)<br>Club of White people, powerful White people, who got to run things. This is the culmination of years of no accountability. |
| Justin in an interview. Photo of Man and Woman. Photo of young Cory and Alex. Shot of house. | 01:13:38 | JUSTIN (VO/ON)<br>With Alex Murdaugh, it's a character flaw. You know, it ain't like, ooh, this deals with case finances, so my moral compass is broken on this one issue. If your moral compass is broken, that shit don't never work. If you'd be that disrespectful to the lady who, like, helped tuck your kids in at night to sleep, what won't you do to somebody? You know, now, a lot of people weren't really buying the whole dogs…knocked her down the stairs narrative. |
| Terry in an interview. | 01:14:15 | TERRY (VO/ON)<br>I don't know, but I don't think she tripped |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | | over the dogs.  Because when you listen to the 911 tape, she never mentions the dogs. |
| | 01:14:23 | DISPATCH (VO)<br>911, what's your emergency? |
| | 01:14:25 | TERRY (VO)<br>My housekeeper has fallen, and her that's bleeding.  I cannot get her up. |
| | 01:14:30 | DISPATCH (VO)<br>Okay.  Where'd she fell from? |
| | 01:14:34 | TERRY (VO/ON)<br>From the--she fell going out the steps, at the (indistinct) steps.  I just think if I was on the phone, calling 911 and saying, "Oh, my God, "you know, my housekeeper just tripped over my dog, and she fell"--you know, but the dogs don't come up, ever. |
| Photos of young Alex and his dog.  Justin in an interview. | 01:14:50 | JUSTIN (VO/ON)<br>I have a difficult time believing how dogs that you're around all the time, in a house that you're more familiar with than the people who own it…and the dogs jumped on you and knocked you down the stairs--But I wasn't there.  So I don't know. |
| Photo of Paul. | 01:15:08 | MICHAEL (VO)<br>Maggie was initially on that call.  Then Paul got on that call. |
| | 01:15:13 | PAUL (VO)<br>Hello? |
| | 01:15:15 | MAGGIE (VO)<br>Yeah.  Can you ask the (indistinct)  what kind of (indistinct) she's having? |
| | 01:15:18 | PAUL (VO)<br>Ma'am, she can't talk. |
| | 01:15:20 | MAGGIE (VO)<br>Okay.  Do you know… |

**LOW COUNTRY**
**THE MURDAUGH DYNASTY**

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | 01:15:22 | PAUL (VO)<br>She's cracked the head and there's blood on the (indistinct) and she's bleeding out of her left ear. |
| | 01:15:26 | MAGGIE (VO)<br>Okay. She's bleeding out of her ear? |
| | 01:15:28 | PAUL (VO)<br>And out of her head. (indistinct) |
| | 01:15:30 | MAGGIE (VO)<br>Okay. Do you know if she's ever had a stroke or anything before? |
| | 01:15:34 | PAUL (VO)<br>Ma'am, can you stop asking all these questions? |
| | 01:15:35 | MAGGIE (VO)<br>I already have them on the way. Me asking questions does not (indistinct) in any way. |
| Andrew in an interview.<br><br>TITLE:<br><br>Andrew Davis<br>Reporter, WSAV-TV | 01:15:40 | ANDREW (VO/ON)<br>It's very interesting to hear his demeanor especially. 911 operator asking some pretty simple questions, and he's pretty upset about the fact that they're asking questions, not as much of, "This woman is bleeding to death on our stairs." |
| | 01:15:52 | [OMINOUS MUSIC] |
| Photo of Paul. | 01:15:54 | ANDREW (VO/ON)<br>So the rumor is that Paul may have been involved somehow in this death, whether it's pushing, tripping, something of the sort. |
| Man is driving his car. | 01:16:06 | MAN (VO/ON)<br>Gloria Satterfield, you know, they pushed her down the stairs. That was no accident. That was on purpose. I think she found something. You know, I've heard that she found his stash of drugs. She was gonna tell his daddy. |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| Justin in an interview. | 01:16:25 | JUSTIN (VO/ON)<br>There's been talk for a long time here. Something in the milk ain't clean. |
| TITLE:<br><br>OCTOBER 14TH, 2021 | 01:16:32 | [TENSE MUSIC] |
| Footage of Alex's arrest. | 01:16:33 | NEWS REPORTER (VO)<br>Alex Murdaugh, the prominent attorney at the center of a case involving murder, money, and mystery, was arrested today in Orange County while leaving a drug rehab facility in Central Florida. |
| Andrew in an interview. | 01:16:44 | ANDREW (VO/ON)<br>I was in the newsroom, and bulletin came out that Alex Murdaugh had gotten arrested. And your mind just wanders on, what was he arrested for? What is he connected to? And why now? |
| News clip, "Alex Murdaugh arrester outside rehab center in Orlando". | 01:17:02 | NEWS REPORTER (VO)<br>Alex Murdaugh is charged with two counts of obtaining property by false pretense. Murdaugh's longtime housekeeper died after an accident in his home back in 2018. Her family filed a lawsuit in September, saying they never received any money from her estate. Murdaugh's law firm fired him, saying they discovered that Murdaugh had misappropriated funds. |
| | 01:17:24 | [INDISTINCT CHATTER] |
| Alex head inside the courtroom with the law enforcements. | 01:17:28 | [SOFT DRAMATIC MUSIC] |
| | 01:17:39 | DEFENSE ATTORNEY (VO/ON)<br>Your Honor, he has fallen from grace. His wife and son were brutally murdered. And that has had an extraordinary effect on him. Are you okay? So we'd ask you to allow him to go and help heal himself. This is a 20-year addiction. This is not-- |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | | this is something he's struggling with every day.  And if anyone wants to see the face of what opioid addiction does, you're looking at it.  Thank you, Your Honor. |
| Michael in an interview. | 01:18:17 | MICHAEL (VO/ON) Well, this can't be the first time he did it. Right?  There's no way the first time you stole money was with this level of cover-up in a wrongful death case for $4.3 million. |
| Alex signs the paper. | 01:18:27 | [DRAMATIC MUSIC] |
| | 01:18:30 | MICHAEL (VO) He had to have been doing it before.  And then people found out he'd been doing it for over a decade. |
| News clips about Alex's cases. | 01:18:39 | NEWS ANCHOR (VO/ON) There are new victims in the Murdaugh money mess. |
| | 01:18:42 | ANDREW 23 new charges all accusing Alex Murdaugh of stealing from his own clients. |
| | 01:18:47 | NEWS ANCHOR Now other families who lost loved ones are coming forward.  They tell eerily similar accounts of missing money after tragic deaths. |
| Justin shows the photos of Alex's victims. Dash cam footage of Hakeem's car crash. Photo of Hakeem.  Photo of Alex. | 01:18:57 | JUSTIN (ON/OS) There are a number of victims here.  You have victims like Hakeem Pinckney. Hakeem was a young deaf man, had just graduated high school.  And this family is just driving down the road, and boom, tragedy hits.  Tire tread comes off. Car flips.  Hakeem is rendered a quadriplegic in this accident, end up in a nursing home.  And he dies.  And then Alex steals their money, almost $1 million. |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | 01:19:29 | [CASH REGISTER DINGS] |
| Photo of Johnny. Dash cam footage of Johnny's car crashing. Photo of Blondell. Footage of ambulance responding. Photos of checks. Man writes on the paper. | 01:19:34 | JUSTIN (ON/VO)<br>Johnny Bush was a really bad accident. He's got hardware in his back. Alex stole his money. Blondell Gary--on their way in the ambulance to the hospital, the ambulance wrecks. She's no longer with us. And he steals the money. Trooper Moore of the South Carolina Highway Patrol--Alex takes the money. Malik Williams, Jamian Risher. And the list goes on and on and on. Alex Murdaugh successfully stole almost $10 million from clients both living and dead. |
| Shot of town. | 01:20:31 | [SOMBER MUSIC] |
| Pilar in an interview. Photos of Alex.<br><br>TITLE:<br><br>Pilar Melendez<br>Journalist, The Daily Beast | 01:20:45 | PILAR (VO/ON)<br>Alex zeroed in on minorities, poor people, injured people, people that couldn't really defend themselves and had probably come to Alex because it was their last chance. |
| Michael in an interview. | 01:21:02 | MICHAEL (VO/ON)<br>It's outrageous that it was a wealthy person preying on so many people who had so little. |
| Shots of newspaper articles on Alex's charges.<br><br>TITLE:<br><br>Alex Davis<br>Reporter, WSAV-TV | 01:21:10 | ANDREW (VO/ON)<br>As the charges started piling up, you started to realize exactly how far Alex went. When you're looking into not just 10, 20, 30, 40, 50, 60, 70-plus charges. So it's basically nearly 150 years in jail or more if he is convicted of all the crimes. |
| Jamie in an interview.<br><br>TITLE:<br><br>Jamie Harrelson<br>Murdaugh Family Friend | 01:21:34 | JAMIE<br>(sighs) Hard for me to comprehend what has happened to him. 'Cause he's such a--a good guy. He may not have been good to everybody. I don't know. |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| Terry in an interview. Footage of Alex in a detention facility.<br><br>TITLE:<br><br>Terry McLeod<br>Low Country Resident | 01:21:56 | TERRY (VO/ON)<br>For some people, cheating other people is almost like sex to them. It's a big high for them to know they've gotten something over on people. And that might be the basis of some of what he's done. |
| | 01:22:08 | [BUZZER BLARES] |
| | 01:22:10 | [DIAL TONE HUMS] |
| | 01:22:11 | AUTOMATED VOICE (VO)<br>Hello, this is an MTEL operator calling from Alvin S. Glenn Detention. All phone calls are subject to monitoring and recording. |
| | 01:22:22 | ALEX (VO)<br>(on phone) Hello? |
| TITLE:<br><br>RECORDED CALL BETWEEN<br>ALEX AND BUSTER MURDAUGH | 01:22:23 | BUSTER (VO)<br>(on phone) Hey, boss. What time did y'all get back? |
| | 01:22:26 | ALEX (VO)<br>(on phone) Uh, like 5:00 this morning. |
| | 01:22:29 | BUSTER (VO)<br>(on phone) What did y'all flown? |
| | 01:22:31 | ALEX (VO)<br>(on phone) Uh, Steer Airlines. |
| | 01:22:33 | BUSTER (VO)<br>(on phone) How was that? |
| | 01:22:36 | ALEX (VO)<br>(on phone) It was better than I expected it to be. |
| | 01:22:38 | BUSTER (VO)<br>(on phone) (laughs) So you went four hours with no recliner? |
| | 01:22:45 | ALEX (VO)<br>(on phone) Yeah. But, you know, |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | | everything was still fun and then going to Sedona was a good time. |
| | 01:22:51 | BUSTER (VO)<br>(on phone) Did you get--did you get to gamble any? |
| Shots of casinos. | 01:22:55 | ALEX (VO)<br>(on phone) Yeah, yeah. So I did go gambling, and then the next day, there was a article created about how I'm misusing funds. |
| Photo of Alex in a casino. | 01:23:04 | BUSTER (VO)<br>(on phone) Like gambling? |
| | 01:23:06 | ALEX (VO)<br>(on phone) Yeah. Someone took a picture of me and (indistinct) in the casino. |
| | 01:23:11 | BUSTER (VO)<br>(on phone) What a fuckin'--you--are you kiddin' me? |
| | 01:23:15 | ALEX (VO)<br>(on phone) Nah. |
| | 01:23:16 | BUSTER (VO)<br>(on phone) How'd they recognize you? |
| | 01:23:17 | ALEX (VO)<br>(on phone) Man--man, I guess that--I mean, I'm a national figure I think. |
| | 01:23:23 | BUSTER (VO)<br>(on phone) I guess you're gonna have to wear a hat and shit when you go places. |
| Justin in an interview. | 01:23:29 | JUSTIN<br>There's no remorse. Zero care about anybody. |
| News footage of the Murdaugh shooting. | 01:23:38 | NEWS ANCHOR (VO/ON)<br>One of the outstanding questions in this case continues to be, where did all of the money go? |
| | 01:23:42 | NEWS ANCHOR<br>He may be trying to hide millions of dollars. |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | 01:23:45 | MAN<br>It is impossible to burn that kind of money in Hampton, South Carolina. |
| TITLE:<br><br>Michael Virzi<br>Ethics Attorney | 01:23:52 | PRODUCER (VO/OS)<br>Where is this money? |
| Michael in an interview. | 01:23:55 | MICHAEL (ON/VO)<br>Well, that's the million-dollar question. I have no idea where the money is. He claims to have had an opioid problem that he spent a lot of it on. |
| | 01:24:07 | ALEX MURDAUGH COLLEAGUE (VO/ON)<br>I don't know how you can spend that much if it was strictly for the addiction. |
| Andrew in an interview. | 01:24:16 | ANDREW (VO/ON)<br>But then the question becomes, is, what did he need the money for? Was it drugs? Was it a lifestyle? Was he, you know, traveling places we don't know about? |
| Photos of the Murdaugh Family. | 01:24:26 | ALEX MURDAUGH COLLEAGUE (ON/VO)<br>They did not live a flashy lifestyle. Certainly, they had perks. Certainly, they had nice things. But it's not the lifestyle of multimillions. So the vices that I can think of are gambling, or maybe someone was blackmailing him and he had to pay lots of money out. |
| | 01:24:50 | ANDREW (VO/ON)<br>Was he just living higher than he should have been? Did he have other people he was taking care of, like, you know, the possibility of mistresses that had been rumored out there. Alex is the only person who knows where that money went, what he did with it, and does it still exist. |

## LOW COUNTRY
## THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| Pilar in an interview.  Shots of an empty road. | 01:25:07 | PILAR (VO/ON)<br>Alex comes from a line of people who are the law.  He probably felt that no matter what trouble he went into, he would find a way out of it.  We don't even know if we know everything.  Every time we thought that the story was gonna end, there was a new piece of information that just made it more fantastical, more insane, and created more question marks into, who are the Murdaughs, and how are they involved in so many different crimes? |
| Photos of newspaper articles on Alex's cases.<br><br>TITLE:<br><br>        JUNE 7TH, 2021 | 01:25:32 | [TENSE MUSIC] |
| | 01:25:51 | [DOG BARKING] |
| | 01:25:52 | [LINE RINGS] |
| | 01:25:54 | ALEX (VO)<br>(on phone) (crying) |
| | 01:25:55 | 911 OPERATOR (VO)<br>(on phone) 911, what's your emergency? |
| | 01:25:57 | ALEX (VO)<br>(on phone) Yes.  I need--this is Alex Murdaugh at 4140 Moselle Road.  I need the police and an ambulance immediately. |
| | 01:26:04 | [SIRENS WAILING] |
| | 01:26:06 | ALEX (VO)<br>(on phone) My wife and child have been shot badly! |
| TITLE:<br><br>12 HOURS BEFORE THE MURDERS | 01:26:17 | [DRAMATIC MUSIC] |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| Photo of Alex and Paul.  Jim in an interview.  CCTV footage of Maggie and Paul leaving the house.  CCTV footage of Alex as he arrives home.<br><br>TITLE:<br><br>Jim Griffin<br>Murdaugh Defense Attorney<br><br>TITLE:<br><br>8:59 PM…9:00 PM<br><br>TITLE:<br><br>Alex<br>I'll be right back.<br><br>TITLE:<br><br>9:21 PM<br><br>TITLE:<br><br>9:41 PM<br><br>TITLE:<br><br>10:01 PM | 01:26:25 | JIM (VO/ON)<br>On that day, June the 7th, Alex comes home from work around 6:30 and met Paul.  And he and Paul rode around the fields, inspecting the property.  They were just, you know, hanging out together.  And then they met their mother, and they had dinner.  I've got all their phone records leading up until the murder.  And they're talking to each other.  Maggie's talking to Paul, and Paul's talking to Alex.  They were communicating in a very loving fashion.  After dinner, Maggie left the house to go run the dogs.  Paul left the house 'cause Paul never stayed inside.  And Alex, frankly, doesn't know where Paul went.  Alex says that he laid down on the couch and watched TV and fell asleep.  And he woke up about 9:00, and he wanted to go check on his mother so tries to call Maggie first, and she doesn't answer.  And he tries to call Paul, and he doesn't answer.  And he texts Maggie and says, "I'll be right back."  He leaves.  And he is on his phone from 9:03 through 9:21.  At 9:21, he calls his mother's house phone, asking the nurse's aide to let him in.  His mother's in bed.  She has dementia.  She's watching a game show.  And Alex sits on the bed, and the nurse's aide says he's same old Alex.  There's no stress.  And he stays there for about 20 minutes.  And then he comes back, and he gets on the phone again.  And he's chatting it up with his friends.  And then he arrives back to Moselle, a little bit after 10:00.  The house was still locked up, and there'd been no sign that either Paul or Maggie had come into the house.  He got back in his car and drove down to the dog kennel. |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | 01:28:54 | [DOGS BARKING] |
| TITLE:<br><br>10:07 PM | 01:28:55 | JIM (VO/ON)<br>And that's where he discovers their bodies. |
| | 01:29:04 | ALEX (VO)<br>(on phone) My wife and child have been shot badly! |
| | 01:29:07 | 911 OPERATOR (VO)<br>(on phone) Are they breathing? |
| | 01:29:09 | ALEX (VO)<br>(on phone) No, ma'am. |
| | 01:29:10 | 911 OPERATOR (VO)<br>(on phone) Okay. And you said it's your wife and your son? |
| | 01:29:13 | ALEX (VO)<br>(on phone) My wife and my son.  Please hurry. |
| | 01:29:16 | [SIRENS WAILING] |
| | 01:29:18 | ALEX (VO)<br>(on phone) (whimpers) |
| | 01:29:19 | 911 OPERATOR (VO)<br>(on phone) What is her name? |
| | 01:29:21 | ALEX (VO)<br>(on phone) Maggie and Paul. |
| Artist sketch of areas where Paul was shot.<br><br>TITLE:<br><br>PAUL MURDAUGH<br><br>  *ARTIST RENDERING OF INJURIES<br><br>TITLE:<br><br>Paul | 01:29:24 | JIM (VO/ON)<br>He immediately goes to check to see if they're alive.  He rolls Paul over, and Paul has been shot with a shotgun twice inside the feed room of the dog kennel at very close range. |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| Chris in an interview.  Mug shot of Paul.<br><br>TITLE:<br><br>Chris Robinson<br>Forensic Analyst | 01:29:39 | CHRIS (ON/VO)<br>Two shots with a shotgun is…extreme overkill.  At close range, within, say, 10 feet, all the pellets are gonna hit in a single mass.  It's gonna eviscerate your organs.  Paul had two wounds on his body: one to the chest and then one to the head, neck area.  That's why Paul was reportedly almost decapitated from the incident. |
| Map of areas in the Murdaugh property where Paul and Maggie's bodies were found.  Artist sketch of areas where Maggie was shot.<br><br>TITLE:<br><br>Paul<br><br>Maggie<br><br>TITLE:<br><br>MAGGIE MURDAUGH<br><br>*ARTIST RENDERING OF INJURIES | 01:30:07 | JIM (VO/ON)<br>Alex goes and checks Maggie, and there's no pulse.  Her body is found about 30 yards away from Paul's.  Maggie is shot multiple times from a distance in her leg, shot in her wrist, another shot in her torso.  And then there were two last shots while she was on the ground at close range. |
| Photo of Maggie. | 01:30:30 | CHRIS (VO/ON)<br>With Maggie, it was an AR-15 that was used.  I think she begins to run.  That's why you see the shots are kind of going up her body in the fashion that they are.  Once she falls to the ground, then you walk over to her, and then you shoot the final shots.  Now, to walk over to her-- possibly still on the ground, begging for her life--and then to stand over her and shoot straight down to the ground into her head, that's--I think it's unfathomable for a normal human being. |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| Photos of Paul and Maggie. Pilar in an interview. | 01:31:14 | PILAR (VO/ON)<br>The multiple gunshot wounds indicate that both Maggie and Paul were meant to be dead. A very sinister person committed these crimes. It was intentional. It doesn't feel like anybody snapped. It does feel like a very in-cold-blood situation. |
| News article, "Boat crash suspect, mother shot to death." | 01:31:35 | [CLICKING] |
| Jim in an interview. | 01:31:38 | JIM (VO/ON)<br>Immediately upon learning of Paul and Maggie's death, many people, me included, thought that this was the act of some delusional vigilante. |
| News article, "Perfect family, shocking murders." | 01:31:50 | [DRAMATIC MUSIC] |
| News clip of Murdaugh case. | 01:31:52 | LAURA (VO/ON)<br>Who might have the motive, the means, and the opportunity to want one or both of these victims dead? |
| News clip of Murdaugh case. | 01:31:59 | NANCY (OS/ON)<br>What was the motivation, other than anger or revenge? |
| Andrew in an interview. | 01:32:04 | ANDREW (VO/ON)<br>The first thought that everybody had was, who would be this rogue person to go ahead and kill? Because who did Alex maybe upset or Paul upset somewhere? |
|  | 01:32:15 | [INDISTINCT CHATTER] |
| Photo of Mallory. Shot of Stephen tomb. Footage of Alex. News clip of Andrew about hunting lodge. Andrew in an interview. | 01:32:17 | ANDREW (VO/ON)<br>Was it the Mallory Beach family, who was still involved in a civil lawsuit but they also had grief over the fact that Mallory was gone? Was it Stephen Smith's family, who was connected to this because they've never gotten justice for their son, in their mind? Was it somebody from a drug deal perspective after Alex came out |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | | and said that "I'm addicted to opioids"? We're still learning more about what exactly happened behind these gates of this hunting lodge here in Colleton County. A SLED spokesperson tells me that while this is being called a double homicide, there is no danger to the public right now and that at last report, they were not looking for suspects in this case. After the murders, there was a call to say that the public is not in danger, which would let you think that they know exactly who the killer was. The person that finds the body, many times, is a prime suspect. But Alex had a specific and potentially convenient alibi if you go see one of your parents at the same time that these murders happened. |
| | 01:33:30 | PRODUCER (OS) Can someone confirm that he was--when he get at his mom's house? |
| | 01:33:34 | ANDREW (ON/VO) I don't think, at this point, we know if anybody was there with her. I've never gotten a sense that any of the brothers were there or anyone else that's come out and said, "I saw Alex an hour before the murder. I saw Alex when these murders happened." No one has come out to give him that full alibi, and the only person who could has dementia, and her mind is not all the way there. If there's no one else there, then Alex's only alibi is with a woman who, unfortunately, if you took the stand, wouldn't pass muster. |
| | 01:34:05 | [OMINOUS MUSIC] |
| Pilar in an interview. | 01:34:07 | PILAR (VO/ON) At the time, Maggie and Alex were living separately. She was living at their beach |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | | house in Edisto, and he was living at Moselle. So I think one of the big questions was, why was Maggie at Moselle the night that she was murdered if she wasn't living there anymore? |
| Andrew in an interview. | 01:34:25 | ANDREW (VO/ON)<br>This is a couple that, from all reports, were on the outs, and then you're gonna have a sit-down dinner together. It seems very unusual. |
| Reenactment of Maggie pulls up at Moselle and gets out of her car.<br><br>TITLE:<br><br>Maggie<br>He's up to something! | 01:34:34 | PILAR (VO/ON)<br>There has since been some reporting that has come out that Alex asked Maggie to meet him at Moselle, and then the two of them would go together to see his ailing parents. In text messages to a friend, Maggie says it's fishy. She thinks that he's up to something. She agreed to go, and according to this report, she went straight to the dog kennels and got out of the car, and the car was still running before she was murdered. |
| Chris in an interview. Photo of Alex. | 01:35:12 | CHRIS (VO/ON)<br>I don't think the dinner can really be proven. There's no one there to corroborate the story about the dinner, making them look like they're so close. It's my opinion that it's just another story that Alex has made up to make himself look better. |
| | 01:35:33 | ANDREW (VO/ON)<br>There's a mixed bag of rumors right now about divorce lawyers and whether she had actually contacted one. I think it's definitively in play that she was considering the fact of, "Maybe it's time to get a divorce, or I need to separate from Alex." |
| News article, "Murdaugh faced money woes at time family's deaths." Photos of Alex and Maggie. Justin in an interview. | 01:35:48 | JUSTIN (VO/ON)<br>I mean, the question is, did Maggie know that Alex had got his account down to |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | | negative $100,000 and change?  If their marriage was on the rocks and they were separated a bit and considering divorce, well, one thing that has to happen is, if you're splitting up, you need to know what your cut is, which requires a financial audit.  If you had done one on his finances, you would have found that he was embezzling money.  But is money enough to make a person kill their spouse?  I don't know. |
| | 01:36:26 | [TENSE MUSIC] |
| Andrew in an interview.  Photo of Paul and Adam. | 01:36:28 | ANDREW (VO/ON) I think he knew that this was a house of cards.  He knew that there was the potential for real danger and that it would all point right back at him, and Paul and Maggie were the first two people that would point right at him. |
| Christine and Marty in an interview. TITLE: Christine & Marty Cook Lowcountry Residents | 01:36:43 | MARTY Alex done killed 'em.  That was my first thought.  Ain't nobody else in Hampton got the balls to try to kill a Murdaugh, in my opinion. |
| Photo of Alex.  Keith and Beverly in an interview. TITLE: Keith & Beverly Cook Lowcountry Residents | 01:36:56 | BEVERLY (VO/ON) My first impression is probably still my same opinion.  I just feel like whatever happened was something within that family.  I don't think it was anything to do with anybody outside. |
| Lt. Moore in an interview. TITLE: Lt. Thomas Moore SC Highway Patrol Officer | 01:37:13 | LT. MOORE If you could execute your wife and your son, I would find that hard to believe. And if you did, there's a special place in hell for you. |
| Jamie in an interview. TITLE: | 01:37:30 | JAMIE I never would believe that he did it. There's no way in the world.  There's no |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| Jamie Harrelson<br>Murdaugh Family Friend | | way. |
| | 01:37:47 | [TENSE MUSIC] |
| | 01:37:49 | ANDREW (VO/ON)<br>One of the pieces of evidence that's out there is blood spatter on Alex. |
| Chris in an interview. | 01:37:56 | CHRIS (VO/ON)<br>It's been reported that there was a spatter pattern on Alex's shirt.  You know, you shoot somebody in the head with a shotgun, that's gonna be a massive explosion of blood and tissue.  The same thing with the AR-15.  The bullets are traveling so fast, a high-velocity mist is created because it goes back in the direction of the object that fired at them.  The closer I am to you when I shoot you, it's gonna create more spatter back on that individual.  That's incredibly damning evidence when you had to be the one that pulled the trigger. |
| | 01:38:38 | ANDREW (VO/ON)<br>Which ties Alex right back to the scene where both Paul and Maggie died. |
| Chris in an interview. | 01:38:44 | CHRIS (VO/ON)<br>If that comes to be true, that would just be one more nail in the coffin for Alex. |
| Photo of Alex. | 01:38:50 | [SOMBER MUSIC] |
| Jim in an interview. | 01:38:55 | JIM (VO/ON)<br>You hear that, you know, he had some forensic evidence that links him to the bodies.  Well, it's not surprising, 'cause he touched both bodies, and he's going to have, you know, their blood on him.  The forensic testing of blood spatter is accepted when you're looking at a crime scene and there's blood on a wall, there's |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | | blood on a table, there's blood on a hard surface.  But all that falls apart when it's blood in clothing.  I mean, it really is junk science and not accepted in legitimate forensic scientific circles.  Unless there's something we don't know about, that case will be as defensible if not more defensible than Paul's boating case. |
| Shot of prison. | 01:39:43 | [WIND WHOOSHES] |
| | 01:39:49 | ALEX (VO) (on phone) Can you hear me? |
| Alex and Buster are having a conversation through phone.  TITLE:      RECORDED CALL BETWEEN ALEX AND HIS SON BUSTER | 01:39:50 | BUSTER (VO) (on phone) Hello?  Yeah. |
| | 01:39:51 | ALEX (VO) (on phone) What you doing? |
| | 01:39:53 | BUSTER (VO) (on phone) Nothing at, uh, Greenfield. |
| | 01:39:56 | ALEX (VO) (on phone) You're hunting? |
| | 01:39:57 | BUSTER (VO) (on phone) Uh, working on to this afternoon. |
| | 01:40:00 | ALEX (VO) (on phone) Let me tell you what you want to do, Buster.  I think of them, um, fierce (indistinct) over there.  And those are-- maybe you felt like going back in there.  I bet there was nothing going on.  I bet because they are all over them thing. |
| | 01:40:15 | BUSTER (VO) (on phone) Hmm, not coming back.  What was that gonna do for me? |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | 01:40:20 | ALEX (VO) (on phone) Kill a deer. |
| | 01:40:22 | BUSTER (VO) (on phone) I'm not going to hunt out there. |
| | 01:40:24 | ALEX (VO) (on phone) Hmm, I don't blame you. Well, just (indistinct) do you care if, um, if I let Jim do it? |
| | 01:40:33 | BUSTER (VO) (on phone) (stammers) Jim? Who? |
| | 01:40:35 | ALEX (VO) (on phone) Jim Griffin. |
| Alex and Buster are having a conversation through phone. | 01:40:36 | BUSTER (VO) (on phone) Ooh, let him hunt. Is he out there? What are you talking about? |
| | 01:40:39 | ALEX (VO) (on phone) I don't know he wanted to hunt. If he was out there. If you do, then I want you to do it. If not, then I'm gonna let him do it. Because you just said, you want to (indistinct) one out there. |
| | 01:40:49 | BUSTER (VO) (on phone) No. |
| | 01:40:50 | ALEX (VO) (on phone) Not at all? |
| | 01:40:52 | BUSTER (VO) (on phone) Uh-uh. |
| | 01:40:53 | [DRAMATIC MUSIC] |
| Andrew in an interview. News article, "Murdaugh rumors continue to swirl in wake of murders." | 01:41:01 | ANDREW (VO) This has been a three-year process. It's been mystery and digging for information and anything you can find about these murders. And then to finally see it in writing--Alex Murdaugh charged with two murders--was almost surprising in many forms, because you never thought he was |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | | gonna get charged.  That's the first time anybody went, "Oh." |
| News clip about Murdaugh's case. | 01:41:29 | NEWS REPORTER (OS)<br>We're breaking into programming right now to bring you a special report. |
| | 01:41:33 | NEWS ANCHOR<br>Alex Murdaugh has now officially been charged with murdering his wife and son. |
| | 01:41:37 | RANDI<br>SLED, the South Carolina Law Enforcement Division, has informed the family that they are seeking murder charges. |
| TITLE<br><br>SHOT WIFE MAGGIE<br>WITH A RIFLE<br><br>SHOT SON PAUL<br>WITH A SHOTGUN | 01:41:43 | NEWS REPORTER (OS)<br>The murder indictment alleges Murdaugh shot his 52-year-old wife, Maggie Murdaugh, with a rifle and his son Paul with a shotgun. |
| Photo of Alex. | 01:41:51 | NEW ANCHOR (ON/VO)<br>Source has told CNN that some of the evidence that they believe law enforcement has includes blood spatter on his clothing. |
| | 01:42:00 | ALL<br>(clamoring) |
| | 01:42:04 | NEWS REPORTER<br>Did Maggie and Paul Murdaugh have insurance policies? |
| | 01:42:08 | MAN<br>They didn't have any insurance. |
| | 01:42:09 | NEWS REPORTER<br>They did not have (indistinct) insurance? |
| | 01:42:10 | MAN<br>They have no insurance. |
| | 01:42:12 | NEWS REPORTER (OS)<br>Did he murder his wife and son? |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | 01:42:14 | MAN<br>No. |
| | 01:42:15 | NEWS REPORTER (OS/ON)<br>Does he have any idea who did? |
| | 01:42:17 | MAN<br>No.  Okay, go.  We're trying to get in the fucking jail.  Will you all get out of our way? |
| | 01:42:28 | NEWS REPORTER (OS)<br>Did you kill Paul and Maggie? |
| | 01:42:34 | PRODUCER (OS)<br>Throughout your career, how many cases that you've worked on involved a father killing his both son and wife? |
| Chris in an interview. | 01:42:47 | CHRIS<br>I think I've worked maybe two in my whole career where I've actually seen that, and I've worked over 12,000 cases. |
| | 01:42:55 | [MUSIC] |
| Andrew in an interview.<br><br>TITLE<br><br>Richard<br>Alexander Murdaugh did fatally shoot the victim, Margaret "Maggie" Kennedy Branstetter<br>Murdaugh, with a rifle, | 01:42:59 | ANDREW (VO/ON)<br>The fact that Alex was charged with both Maggie and Paul's murders surprised a lot of people.  I think many people believe that maybe he was involved somehow or had somebody do it and would be connected that way.  But to see it specifically that Alex Murdaugh killed Paul Murdaugh and Alex Murdaugh killed Maggie Murdaugh with a shotgun, with a rifle, was almost shocking to see those words come out specifically, because I'm not sure if anybody believed he truly pulled both triggers. |
| | 01:43:29 | NEWS ANCHOR (ON/OS)<br>He said simply he had nothing to do with Maggie and Paul's murder. |
| | 01:43:33 | NEWS REPORTER (OS)<br>Murdaugh appeared in court with a |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | | shaved head, wearing clothes from his defense attorney's son--a white linen shirt, khaki pants, and Gucci shoes. |
| | 01:43:41 | NEWS REPORTER (OS)<br>Part of a long legal legacy, Alex Murdaugh will soon learn his fate in a courtroom where a painting of his great-grandfather hangs. |
| Clip of Alex in court. | 01:43:50 | MAN (OS)<br>Richard Alex Murdaugh, if that is your name, please raise your right hand. Do you waive reading of the indictments? |
| | 01:43:57 | ALEX<br>Yes, sir. |
| | 01:43:58 | MAN (OS)<br>What say you, Richard Alex Murdaugh (indistinct) guilty or not guilty of the felonies or (indistinct) indictment. |
| | 01:44:06 | ALEX<br>Not guilty. |
| Pilar in an interview. | 01:44:14 | PILAR (VO/ON)<br>For 13 months, has Alex's lawyers known that he may have been involved in this and, like, have been working to figure out how to fix this since then? There's questions about who knows the truth, what have they been doing to try to save Alex, try to help him with all these crimes, and what more don't we know about the situation? |
| TITLE<br><br>Jim Griffin<br>Murdaugh Defense Attorney | 01:44:32 | [MUSIC] |
| | 01:44:49 | PRODUCER (OS)<br>Your client was Paul Murdaugh and now your client is Alex Murdaugh, who's the person of interest in the murder of Paul, isn't that conflicting? |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| Jim in an interview. | 01:45:01 | JIM<br>If I thought for one minute that Alex had a hand in killing Maggie and Paul, then yeah, I would be conflicted.  But I don't think that for a minute.  Not one minute. |
| | 01:45:17 | [DRAMATIC MUSIC] |
| Keith and Beverly in an interview. | 01:45:25 | KEITH (VO/ON)<br>Everybody needs to know the truth about every bit of it, everything.  I'm anxious to find out a lot of truth. |
| George is in the cemetery.  George in an interview. | 01:45:35 | GEORGE (VO/ON)<br>Somebody knows what happened.  They need to come forward for Mallory Beach's family, Gloria Satterfield's family, Stephen Smith's family.  Bring peace and closure to the ones that's still living. |
| Sandy in an interview. | 01:45:54 | SANDY (VO/ON)<br>Somebody threw him in the road like a piece of trash.  And he wasn't trash.  He was my son.  And I will fight until the end, till the day I die. |
| Anthony in an interview. | 01:46:10 | ANTHONY (VO/ON)<br>A lot of people hollering, and they want justice for Mallory.  Everybody says she didn't get it, but she got it.  There's a whole lot of people getting justice because of her.  None of it would have ever been discovered if it hadn't have been for that boat wreck. |
| Joe in an interview. | 01:46:38 | JOE (VO/ON)<br>The Murdaugh name has been eroded, and some would say that's a great tragedy.  But I suspect more would say it's about time. |
| Andrew in an interview. | 01:46:51 | ANDREW (VO/ON)<br>You'll never hear them say, "We're happy about what happened."  But I think there's a sigh of relief for a lot of people, because the Murdaughs won't be in charge |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | | anymore. |
| | 01:47:06 | MAN (VO/ON)<br>Seems like they're enjoying the pain that the Murdaugh family's going through. I've talked to one person that said, "Yeah, they getting what they deserve." It burned me up, 'cause nobody deserves what has happened. |
| Mike in an interview. Photo of Murdaugh's family. | 01:47:27 | MIKE (ON/VO)<br>Everything about this is tragic. Everything. For everybody. You have to be held responsible for what you do. But that doesn't mean that the unraveling of this family is something to be celebrated. |
| Henry in an interview. | 01:47:47 | HENRY (VO/ON)<br>That's always gonna be our legacy. This whole area is gonna be the poster child for the actions of a few men. |
| Trey in an interview. | 01:48:01 | TREY (VO/ON)<br>You go from being this high…Got nothing to worry about, everything in the world that you want--you got the land, you got the money, you got the power--and then it just crumbled. |
| Justin in an interview. | 01:48:18 | JUSTIN (ON/VO)<br>What was once a bustling dynasty is literally reduced to rubble because of greed, ego, power-tripping. Olympus has fallen. |
| | 01:48:48 | [LINE TRILLING] |
| TITLE<br><br>RECORDED CALL BETWEEN ALEX AND HIS SON BUSTER | 01:48:49 | ALEX (VO)<br>(on phone) Hey, Bus. |
| | 01:48:52 | BUSTER (VO)<br>(on phone) Hey. |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | 01:48:52 | ALEX (VO)<br>(on phone) What are you doing? |
| Recorded audio of Alex and Buster in a call. | 01:48:53 | BUSTER (VO)<br>(on phone) Um, I'm here in Rockhill, watching the South Carolina, uh, basketball game. |
| | 01:48:58 | ALEX (VO)<br>(on phone) (indistinct) |
| | 01:49:00 | BUSTER (VO)<br>(on phone) Um, no I don't think she's got it yet. |
| | 01:49:03 | ALEX (VO)<br>(on phone) Is she doing okay? |
| | 01:49:05 | BUSTER (VO)<br>(on phone) Uh, she just want to stay here. She's, she's hang over and not picking up. |
| | 01:49:08 | ALEX (VO)<br>(on phone) She's what? |
| | 01:49:09 | BUSTER (VO)<br>(on phone) Hang over. |
| | 01:49:10 | ALEX (VO)<br>(on phone) No, I don't think that is right. Well, I'm glad she did. She deserved that. Did she have fun? |
| | 01:49:18 | BUSTER (VO)<br>(on phone) Yeah, yeah, she had a good time. |
| Recorded audio of Alex and Buster in a call. | 01:49:19 | ALEX (VO)<br>(on phone) Brooklyn cracks me up. She's like mom, you can always just take one look at her and know when she's just got the biggest (indistinct) you know? |
| | 01:49:27 | BUSTER (VO)<br>(on phone) That's right. |
| | 01:49:28 | ALEX (VO)<br>(on phone) I mean, that takes anything to know when she's got a (indistinct) |

# LOW COUNTRY
# THE MURDAUGH DYNASTY

Episode #103

| SCENE DESCRIPTION | TIME CODE | DIALOGUE |
|---|---|---|
| | 01:49:32 | BUSTER (VO)<br>(on phone) Right. |
| | 01:49:32 | ALEX (VO)<br>(on phone) Remember how mom use to smell? |
| | 01:49:36 | BUSTER (VO)<br>(on phone) I do.  Hello? |
| | 01:49:48 | AUTOMATED VOICE (VO)<br>Your time is up. |
| TITLE<br><br>Both Cory Fleming and Russel Lafitte each face over<br>20 charges tied to Alex Murdaugh in a series of financial crimes.  Both have maintained their innocence<br>while currently awaiting trial.<br><br>TITLE<br><br>In total, Murdaugh has been charged with over 90 counts<br>of criminal activity, including the murders of his wife, Maggie and son, Paul.<br><br>On May 27, 2022, in a confession of judgement,<br>Alex Murdaugh admitted to stealing 4.3 million dollars<br>from the family of his longtime housekeeper.<br><br>On all other charges he maintins his innocence.<br>He currently is awaiting trial. | 01:49:51 | [MUSIC] |

| END OF PICTURE | 1:50:57 | |
|---|---|---|