# EXHIBIT G

# CAMPFIRE PRIMING STATEMENTS[1]

| CITED EXCERPT | SCRIPT EXCERPT |
|---|---|
| No. 1 (Ex. D at 2-3; Am. Compl. ¶ 38) | SUBTITLE: *911, what's your emergency?*<br><br>911 OPERATOR (OS): (on phone) *911, what's your emergency?*<br><br>SUBTITLE: *I need the police and an ambulance immediately. I've been up to it now, it's bad. 4147 Moselle Road.*<br><br>ALEX [MURDAUGH] (OS): (on phone) *I need the police and an ambulance immediately. I've been up to it now, it's bad. 4147 Moselle Road.*<br><br>(sirens wailing)<br><br>SUBTITLE: *This is Alex Murdaugh.*<br><br>ALEX (OS): *This is Alex Murdaugh.*<br><br>(dramatic music)<br><br>MAN (VO): ***If you didn't know the Murdaughs, you wasn't from Hampton. And whether you knew 'em or not, they knew you.***<br><br>MAN (VO): ***Where the Murdaughs go, death seems to follow.***<br><br>MAN (VO): ***There is no justice in Hampton County. Yeah, if it come out of Hampton, it's not going nowhere.***<br><br>WOMAN (VO): ***People that could just erase it like it never happened.***<br><br>MAN (VO): *This is a Southern version of a Mafia story.*<br><br>MAN (VO): ***Enough evil had been done by the family. It's gone too far this time.*** |
| No. 2 (Ex. D at 6-7; Am. Compl. ¶ 39) | (Joe in an interview)<br><br>TITLE: Joe McCulloch South Carolina Attorney |

---

[1] The below reflects specific portions of the Campfire Documentary on which Plaintiff seems to rely in connection with his Amended Complaint. Emphasized text reflects language directly quoted by Plaintiff. Am. Compl., Dkt. 86 at ¶¶ 38-45.

TITLE: LOWCOUNTRY, SOUTH CAROLINA HAMPTON, SCYLLA POPULATION 2837

JOE (ON/VO): *The Lowcountry is a different part of the world and a different part of South Carolina. Hampton in particular is a small, sparsely populated town.*

(Justin in an interview. Shots of Hampton, South Carolina).

TITLE: Justin Bamberg South Carolina Attorney

JUSTIN (ON/VO): *Hampton is a small rural community, very few stoplights, country folk.*

TITLE: Terry McLeod Lowcountry Resident

TERRY (ON/VO): *We've had generations and generations of families, the same families.*

TITLE: Gloria Kneece Varnadoe Lowcountry Resident

GLORIA KNEECE (VO/ON): *Not a whole lot going on, you know? Not a whole lot of jobs, a lot of poverty.*

(George in an interview)

TITLE: George Smith Lowcountry Resident

GEORGE (VO/ON): *People like me, we work for our money. We wasn't born with a silver spoon in our mouth.*

(Mark in an interview.)

TITLE: Mark Ethridge Author & Journalist

MARK (VO/ON): *Nobody ever had any reason to leave that part of South Carolina, and nobody ever had any reason to come to that part of South Carolina.*

(Joe in an interview.)

JOE (VO/ON): *Small towns generate big fish in small pools.*

   (tense music)

(Photo of Murdaugh family.)

|  | JUSTIN (VO/ON): **<u>Hampton is pretty much historically dominated by one family: the Murdaughs.</u>**<br><br>GEORGE (VO/ON): *Murdaugh. That name means power.* |
|---|---|
| No. 3 (Ex. D at 12-13; Am. Compl. ¶ 39) | (Anthony in an interview)<br><br>TITLE: 12:15 AM<br><br>ANTHONY (ON/VO): *Everybody was drinking. Ain't no denying it, hiding it. It was just the thrill of going on a long boat ride at night. Then for some reason, Paul and Connor decided they wanted to make a pit stop at a bar on the way, and I definitely knew that wasn't a good idea.*<br><br>(Miley [Altmand] in a witness interview with the police officers)<br><br>SUBTITLE: *At first, like, we didn't want to go but Paul was like, a little drunk, and he wanted to go, and his girlfriend, Morgan, they kind of like, got into it, fighting about it. And, you know, he just was very persistent about going up to Luther's and getting a shot.*<br><br>MILEY (VO/ON): *At first, like, we didn't want to go but Paul was like, a little drunk, and he wanted to go, and his girlfriend, Morgan, they kind of, like, got into it, fighting about it. And, you know, he just was very persistent about going up to Luther's and getting a shot.*<br><br>(music)<br><br>(CCTV footage of Paul and Connor at the bar.)<br><br>SUBTITLE: *He's like, very persistent. Whenever he wants to do something, he's gonna do it.*<br><br>MILEY (ON/VO): *He's, like, very persistent. Whenever he wants to do something, he's gonna do it.*<br><br>(Anthony in an interview.)<br><br>ANTHONY: *I tried to stop that from happening, but there wasn't much I could say.*<br><br>TITLE: Passion Mixon Lowcountry Resident |

- 3 -

|  | PASSION (VO/ON): *Paul was **like the puppet master**. People listened to him because of who his dad was. People were afraid of him because who his dad was.* |
|---|---|
| No. 4 (Ex. D at 29-30; Am. Compl. ¶¶ 39-40) | (Pilar [Melendez] in an interview. Photo of the Murdaugh family.)<br><br>PILAR (VO/ON) : *To really understand the influence that the Murdaughs had in this community, you really have to go back to Old Buster. He was the longest, most influential Murdaugh member.*<br><br>TITLE: RICHARD MURDAUGH Solicitor<br><br>ALEX: *As bad a case as I've ever seen, and I've been solicitor 44 years.*<br><br>(Mark in an interview.)<br><br>TITLE: Mark Ethridge Author & Journalist<br><br>MARK (ON/VO): *I tended to think of that part of South Carolina as his duchy. People there had to give tribute to Buster Murdaugh.*<br><br>(dramatic music)<br><br>(Mike in an interview.)<br><br>TITLE: Mike Macloskie Buster Murdaugh Colleague<br><br>MIKE (VO/ON): *If Buster Murdaugh liked you, he'd try to help you every way he could. If Buster didn't like you, he'd try to **hurt you any way he could.***<br><br>(Christine and Marty in an interview.)<br><br>MARTY (VO/ON): *I knew Buster personally growing up, and the stories about Buster taking care of people--very real. And a lot of people to tell you, "Yeah, Buster **could have somebody taken out in a minute**."*<br><br>(Andrew in an interview.)<br><br>ANDREW (ON/VO): ***You didn't want to get on the Murdaughs' bad side. It would be beneficial to stay out of the Murdaughs' radar.***<br><br>(Gloria Kneece in an interview.) |

- 4 -

|  | TITLE: Gloria Kneece Varnadoe Lowcountry Resident<br><br>GLORIA KNEECE: ***The Murdaughs were like the Mafia. You know you just don't mess with 'em.*** |
|---|---|
| No. 5 (Ex. D at 37-39; Am. Compl. ¶ 40) | (Joe in an interview. Shot of the Murdaughs' family tree.)<br><br>TITLE:<br><br>ALEX MURDAUGH FATHER<br>MAGGIE MURDAUGH MOTHER<br>BUNTER MURDAUGH SON<br>PAUL MURDAUGH SON<br>CORY FLEMING GODFATHER<br><br>JOE (VO/ON): *Cory Fleming was a pretty well-known lawyer and a good lawyer. Very soon after their first meeting with Mr. Fleming, they discovered that he was Alex's son Buster's godfather.*<br><br>(Photo of Cory Fleming with the Murdaugh family. Andrew in an interview.)<br><br>ANDREW (VO/ON): *Cory Fleming is his son's godfather. It's his college roommate. It is one of his best friends out there, so he was trying to direct them to use Cory Fleming because he knew it would benefit him and that Cory would lead them, theoretically, in the right direction. Alex clearly was trying to use his people, his situation to control the entire event.*<br><br>(Christine and Marty in an interview.)<br><br>MARTY (ON/VO): *We didn't have a clue that he and Alex go back to college and were roommates and best friends and Cory's the godfather of one of Alex's children. We didn't know any of that.*<br><br>CHRISTINE: *He already had the plan in motion, and we fell for it.*<br><br>MARTY: *Mm-hmm.*<br><br>(Joe in an interview.)<br><br>JOE (VO/ON): *He was relieved of duty pretty quickly thereafter when those relationships became known to the Cooks.*<br><br>KEITH (VO): *It was actually pretty hard for him to find an attorney that would represent Connor.* |

- 5 -

| | |
|---|---|
| | (Keith and Beverly in an interview.)<br><br>BEVERLY: *Because of who they were up against.*<br><br>KEITH: "*We're not going against the Murdaughs, no.*"<br><br>(Christine and Marty in an interview.)<br><br>MARTY: *The first two lawyers we spoke to told us that if Buster Murdaugh was still alive, we wouldn't have to worry about all of this, because Connor would already be __crab bait__ and there wouldn't be a problem.* |
| No. 6 (Ex. E at 3; Am. Compl. ¶ 42) | (Footage of news reports on the incident)<br><br>NEWS REPORTER (VO): *Paul Murdaugh, the person accused of driving the boat at the time of the crash, was arraigned.*<br><br>NEWS REPORTER (VO): *Paul Murdaugh pled not guilty to all three felony charges against him.*<br><br>(Andrew in an interview.)<br><br>TITLE: No cuffs, no jail for man facing felony DUI charges<br><br>ANDREW (VO/ON): *__What you got from a lot of people was, "It's the Murdaughs. Nothing's going to happen__*.*"*<br><br>(Photos of people's social media comments Paul. Photo of Paul.)<br><br>JIM [GRIFFIN] (VO): *A lot of people in the public thought there will not be any justice until Paul gets convicted.* |
| No. 7 (Ex. E at 19-20; Am. Compl. ¶ 44) | (Cpl. Duncan is recording and taking notes while he's on the crime scene. Cpl. Duncan in an interview. Photos of the crime scene.)<br><br>TITLE: Cpl. Michael Duncan Former M.A.I.T. Officer<br><br>CPL. DUNCAN (OS/ON): *This is Corporal Duncan, South Carolina Highway Patrol MAIT OC. Case number on this will be CL-062-15. It's a reference to a collision in Hampton County on Sandy Run Road. There was not a whole lot done in that investigation until, you know, MAIT became involved. We are an investigative unit specifically in the area of car accidents. As far as evidence here, there's only evidence of where the body was found. There's no parts to a car or truck or any other vehicle. I also took pictures of the body at the mortuary. There is* |

- 6 -

|  | *some scrapes and scratches on his left and right arm, on his knuckles, some across his face. But his injuries pertain to his head area. Does not appear to be, in my opinion, struck by a vehicle.* **_There were several red flags from the start in this investigation._** *Things that were not there should have been there. For example, there's no glass. With that type of force, there would be glass on the ground or possibly in the body. There's no tire marks. There was no paint from the vehicle, no oil transfer. The phone didn't even fall out of his pocket. Phone didn't shatter. The way the body's laying in the roadway—there's no tumble to the body. The blood itself, it's just a pool of blood. When you have a body that is hit by a car traveling at 55 miles an hour, they're gonna tumble down the road, so why aren't there spots in different areas of the roadway?* |
|---|---|
| No. 8 (Ex. E at 22; Am. Compl. ¶ 44) | (Cpl. Duncan in an interview.)<br><br>CPL. DUNCAN (VO/ON): *There was so much about the wallet, the phone, the car. Why wouldn't you just stay with the car, make a phone call? It did not make any sense. It was very frustrating from the start, because it's like a puzzle. But we were* **_missing a whole lot of pieces that we should have not been missing_**. |