# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| RICHARD ALEXANDER MURDAUGH, JR.,<br>　　　　　　Plaintiff,<br>vs.<br>BLACKFIN, INC., WARNER BROS. DISCOVERY, INC., WARNER MEDIA ENTERTAINMENT PAGES, INC., and CAMPFIRE STUDIOS, INC.,<br>　　　　　　Defendants. | Case No. 9:24-cv-04914-RMG<br><br>**MOTION FOR WITHDRAWAL OF MERYL C. GOVERNSKI AND KRISTIN BENDER AS COUNSEL OF RECORD FOR THE WARNER DEFENDANTS** |

Pursuant to Fed. R. Civ. P. 7(b) and Local Rule 83.I.07, D.S.C., Defendants Blackfin, Inc. ("Blackfin"), Warner Bros. Discovery, Inc. ("WBD"), Warner Media Entertainment Pages, Inc. ("Warner Media"), and Campfire Studios Inc. ("Campfire") (together, "Defendants") hereby respectfully move for an Order withdrawing Meryl C. Governski of Dunn Isaackson Rhee LLP and Kristin Bender of Willkie Farr & Gallagher LLP (together, "Attorneys Governski and Bender"), as counsel of record for Defendants in this matter. Attorneys David E. Dukes and Merritt G. Abney of Nelson Mullins Riley & Scarborough LLP will continue to represent Defendants in this action. No party will suffer prejudice or delay as a result of the withdrawal of Attorneys Governski and Bender.

## CERTIFICATION

The undersigned counsel certifies that they consulted with Defendants, as required by Local Rule 83.I.07, D.S.C. Defendants have consented to the withdrawal of Attorneys Governski and Bender as counsel, with David E. Dukes and Merritt G. Abney of Nelson Mullins Riley &

Scarborough LLP consenting to the withdrawal of Attorneys Governski and Bender as counsel and agreeing to continue representation of Defendants in this action.

The undersigned counsel further certifies that they consulted with Plaintiff's counsel, as required by Local Rule 7.02. Plaintiff's counsel has consented to the withdrawal of Attorneys Governski and Bender as counsel, with David E. Dukes and Merritt G. Abney of Nelson Mullins Riley & Scarborough LLP continuing to represent the Warner Defendants in this action.

NELSON MULLINS RILEY & SCARBOROUGH, LLP

s/ MERRITT G. ABNEY
David E. Dukes, Esq. (Federal Bar No. 00635)
E-Mail: david.dukes@nelsonmullins.com
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
(803) 799-2000

Merritt G. Abney, Esq. (Federal Bar No. 09413)
E-Mail: merritt.abney@nelsonmullins.com
151 Meeting Street / Sixth Floor
Post Office Box 1806 (29402-1806)
Charleston, SC 29401-2239
(843) 853-5200

DUNN ISAACSON RHEE

Meryl Conant Governski, Esq.
E-Mail: mgovernski@dirllp.com
401 9TH Street, NW
Washington, DC 20004
(202) 240-2927

WILLKIE FARR & GALLAGHER LLP

Kristin Bender, Esq.
1875 K Street N.W.
Washington, D.C. 20006-1238
(202) 303-1000

- 3 -

kbender@willkie.com

*Attorneys for Defendants Blackfin, Inc., Warner Bros. Discovery, Inc., Warner Media Entertainment Pages, Inc. and Campfire Studios, Inc.*

Charleston, South Carolina
August 6, 2025