

**NELSON MULLINS**

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

151 Meeting Street | Sixth Floor
Charleston, SC 29401-2239
T 843.853.5200  F 843.722.8700
nelsonmullins.com

Merritt G. Abney
T 843.534.4110
merritt.abney@nelsonmullins.com

December 31, 2025

The Honorable Richard M. Gergel
U.S. District Court for the District of South Carolina
J. Waites Waring Judicial Center
83 Meeting Street
Charleston, South Carolina 29401

RE:   Richard Alexander Murdaugh, Jr. v. Blackfin, Inc., et al.
      Civil Action No.: 9:24-cv-04914-RMG

Dear Judge Gergel:

As directed by the Court in the Text Order [Dkt. 122] issued earlier today, Defendants are advising the Court that no supplemental responses or documents have been provided by Plaintiff and, therefore, discovery disputes concerning the Plaintiff's responses to discovery still exist.

                                        Very truly yours,

                                        Merritt G. Abney

MGA:mam

CALIFORNIA | COLORADO | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | MARYLAND | MASSACHUSETTS
MINNESOTA | NEW YORK | NORTH CAROLINA | OHIO | SOUTH CAROLINA | TEXAS | TENNESSEE | VIRGINIA | WEST VIRGINIA
4906-9547-0469 v.1