UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

RICHARD ALEXANDER MURDAUGH, JR.,

*Plaintiff*,

- against -

BLACKFIN, INC., WARNER BROS. DISCOVERY, INC., WARNER MEDIA ENTERTAINMENT PAGES, INC., AND CAMPFIRE STUDIOS, INC.,

*Defendants*.

Case No. 9:24-CV-04914-RMG

**DEFENDANTS' MOTION TO EXCLUDE PLAINTIFF'S USE OF EXPERT MATERIALS OF DOUG BANIA OR, IN THE ALTERNATIVE, TO EXTEND DEFENDANTS' EXPERT DISCLOSURE DEADLINE**

Pursuant to Federal Rules of Civil Procedure 16, 26, and 37, Defendants Blackfin, Inc., Warner Bros. Discovery, Inc., Warner Media Entertainment Pages, Inc., and Campfire Studios, Inc. (collectively, "Defendants") respectfully file this Motion to Exclude. Defendants request that the Court enter an Order preventing Plaintiff from introducing any evidence or testimony from their purported expert, Doug Bania, or, in the alternative, to the extent the Court excuses Plaintiff's failure to serve a timely expert report and otherwise allows him to comply with his obligations under Rule 26(a)(2), modifying the current scheduling order to allow for Defendants' expert report(s) to be served five weeks after Plaintiff serves his expert report and, if necessary, extending the deadline for the close of all discovery to permit depositions of the parties' experts.

WHEREFORE, Defendants respectfully request that the Court enter an Order granting this Motion to Exclude.

1

Respectfully submitted,

By: /s/ *Merritt G. Abney*

    Katherine M. Bolger
    Jeremy A. Chase
    DAVIS WRIGHT TREMAINE LLP
    1251 Avenue of the Americas, 21st Floor
    New York, New York 10020-1104
    Phone: (212) 489-8230
    Fax: (212) 489-8340
    katebolger@dwt.com
    jeremychase@dwt.com

    David E. Dukes (Federal Bar No. 00635)
    NELSON MULLINS RILEY & SCARBOROUGH, LLP
    1320 Main Street, 17th Floor
    P.O. Box 11070
    Columbia, SC 29201
    Phone: (803) 799-2000
    david.dukes@nelsonmullins.com

    Merritt G. Abney (Federal Bar No. 09413)
    NELSON MULLINS RILEY & SCARBOROUGH, LLP
    151 Meeting Street, 6th Floor
    P.O. Box 1806
    Charleston, SC 29401-2239
    Phone: (843) 853-5200
    merritt.abney@nelsonmullins.com

    *Counsel for Defendants Blackfin, Inc., Warner Bros. Discovery, Inc., Warner Media Entertainment Pages, Inc. and Campfire Studios, Inc.*