# Exhibit 1



# KENT LAW FIRM

**SHAUN KENT**
**JACK FURSE**

January 16, 2026

<u>VIA EMAIL merritt.abney@nelsonmullins.com</u>
Merritt G. Abney, Esq.
Nelson Mullins
151 Meeting Street
Charleston, SC 29401

Re: *Richard Alexander Murdaugh, Jr., v. Blackfin, Inc., et al.*
Case Number: 9:24-cv-04914-RMG

Dear Merritt:

Enclosed for service upon you please find the Plaintiff's supplemental answers to Blackfin Inc.'s First Set of Interrogatories.

Should you have any questions or issues accessing these documents, please let me know.

With warmest personal regards, I remain,

Very sincerely yours,

John L. Furse

JLF/sdr
Enclosures

SHAUN@SHAUNKENTLAW.COM
JACK@SHAUNKENTLAW.COM

PO Box 117   Manning, SC 29102
Phone (803) 433 KENT   Fax (803) 433 5297

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| RICHARD ALEXANDER MURDAUGH, JR.,<br>Plaintiff,<br>vs.<br>BLACKFIN, INC., WARNER BROS. DISCOVERY, INC., WARNER MEDIA ENTERTAINMENT PAGES, INC., and CAMPFIRE STUDIOS, INC.,<br>Defendants. | Case No. 9:24-cv-04914-RMG<br><br>**PLAINTIFF'S SUPPLEMENTAL ANSWERS TO DEFENDANT BLACKFIN INC.'S FIRST SET OF INTERROGATORIES** |

## SUPPLEMENTAL ANSWERS TO DEFENDANTS' INTERROGATORIES

3. List the names and addresses of any expert witness whom You propose to use as a witness at the trial of this case, and for each expert witness, set forth every opinion held by that expert concerning this litigation and summarize the content of the expert testimony in connection with this matter.

**ANSWER**:

The Plaintiff has retained Doug Bania of Nevium Intellectual Property Consultants to testify as an expert witness in social media analytics and the calculation of economic and non-economic damages as a result of defamation. Plaintiff has attached Mr. Bania's Curriculum Vitae

*Signature Page to Follow*

KENT LAW FIRM, LLC

*[signature]*

John L. Furse Fed. Bar #13059
Post Office Box 117
Manning, SC 29102
(803) 433-5368
shaun@shaunkentlaw.com
*Attorney For Plaintiff*

Manning, South Carolina
January 16, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| RICHARD ALEXANDER MURDAUGH, JR.,<br>　　　　　　Plaintiff,<br>vs.<br><br>BLACKFIN, INC., WARNER BROS. DISCOVERY, INC., WARNER MEDIA ENTERTAINMENT PAGES, INC., and CAMPFIRE STUDIOS, INC.,<br>　　　　　　Defendants. | Case No. 9:24-cv-04914-RMG<br><br>**CERTIFICATE OF SERVICE** |

**I HEREBY CERTIFY** that Plaintiff's supplemental answers to Blackfin Inc.'s First Set of Interrogatories were served upon the following via email (merritt.abney@nelsonmullins.com) to:

Merritt G. Abney, Esq.
Nelson Mullins
151 Meeting Street
Charleston, SC 29401

*/s/ Summer Roberts*
Summer Roberts
KENT LAW FIRM, LLC
19 South Mill Street
Post Office Box 117
Manning, SC  29102
(803) 433-5368

Manning, South Carolina
January 16, 2026

**Doug Bania**
Nevium Intellectual Property Consultants
dougbania@nevium.com
858.255.4361



**PROFILE**

Doug Bania is the founding principal of Nevium Intellectual Property Consultants. Nevium is an intellectual property consulting firm specializing in IP valuation, damages, licensing, and monetization. Mr. Bania has been the named expert for over 150 cases, deposed 39 times and has provided trial testimony 11 times. Mr. Bania is a Certified Licensing Professional (CLP) and is a past committee member (2016 - 2019) for the International Trademark Association (INTA) Internet Committee and the ICANN Compliance and Domain Name Industry Subcommittee, a current member of the INTA The Trademark Reporter (TMR) Committee. He is also a member of the American Bar Association (ABA), Copyright & Social Media Committee.

Mr. Bania specializes in analyses for copyright, trade dress, trade secrets and trademark infringement, publicity rights, social media and Internet infringement, defamation, marketing strategy analyses, and royalty rate determinations. Mr. Bania also provides valuation and monetization strategies for trademarks, trade secrets, publicity rights, domain names, Internet and social media assets, brands, copyrights and other intangible assets for financial reporting, bankruptcy, and transactional due diligence.

**EXPERT WITNESS HISTORY**

Eric Coomer, Ph.D., v. Donald J Trump for President, Inc., et al. Case No. 2020-cv-034319, District Court, Denver County, Colorado. **Defamation Damages**, Expert Report, 2026

Artist Revenue Advocates, LLC v. Kanye Omari West a/k/a "YE," et al. Case No. 2:24-cv-06018, USDC Central District of California. **Copyright Damages**, Expert Report, 2025

Megan Pete v. Milagro Elizabeth Cooper, Case No. 1:24-cv-24228-CMA, USDC Southern District of Florida. Defamation Damages, **Expert Consulting**, 2025

Eric Coomer, Ph.D., v. Patrick Byrne, Steven Lucescu, and The America Project, Inc., Case No. 8:24-CV-00008-TPB0SPF, USDC, Middle District of Florida. **Defamation Damages**, Expert Report, 2025

Weekend Warrior Clothing, LLC v. Amazon.com Services, LLC and Amazon.com, Inc. Case No. 1:23-cv-00752, USDC, Southern District of Ohio, Western Division. **Copyright Damages**, Expert Rebuttal Report, Deposition, 2025

Care 4 Life, Inc. and Doris Kasold v. HCA Franchise Corporation filed with the American Arbitration Association, case number 01-23-0003-5673. **Breach of Contract Damages**, Expert Rebuttal Report, 2025

Sean K. Claggett & Associates, LLC D/B/A Claggett & Sykes Law Firm, et. al v. Don C. Keenan, et. al, Case No. 2:21-cv-02237-GMN-DJA, USDC, District of Nevada. **Defamation Damages**, Expert Report, 2025

Eric Coomer, Ph.D., v Michael J. Lindell, Frankspeech LLC, and MyPillow, Inc., Case No. 1:22-cv-01129, USDC, District of Colorado. **Defamation Damages**, Expert Report, 2023, Supplemental Report 2024, Trial Testimony, 2025

Dubliner, Inc. v. East Coast Tavern Group, Inc. and Inishowen Inc., Case No. 23-cv-10567, USDC for the District of Massachusetts. **Causation, Peaceful Coexistence, and Trademark Damages**, Expert Report, 2025



NetJets Inc. and NetJets Aviation, Inc. v. NetJets Association of Shared Aircraft Pilots, Case No. 24-cv-004374, Court of Common Pleas Franklin County, Ohio General Division. **Defamation, Internet, and Social Media Analytics,** Expert Report, 2025

Ina Steiner et al. v. eBay, Inc. et al., Case No. 1:21-cv-11181-PBS, USDC for the District of Massachusetts. **Defamation, Internet, and Social Media Analytics,** Expert Report, 2024

Reebok International LTD., LLC, and Reebok International Limited, v. Autry International S.r.l and Autry USA, LLC., Case No. 1:23-cv-10966-RGS, USDC for the District of Massachusetts. **Trademark and Trade Dress Damages**, Rebuttal Report, 2024

Eric Coomer Ph.D. v. Make Your Life Epic LLC dba ThriveTime Show, Reopen America LLC dba ReAwaken America Tour, and Clayton Thomas Clark, Case No. 1:21-cv-03440-WJM-KAS. **Defamation Damages**, Expert Report, Deposition, 2024

Masha 'Malu' Lund et al. v. Gulf Coast Holdings, L.L.C. d/b/a Oz Thee Gentlemens Club, Case No. 2021 000512XXCICI, filed in the Circuit Court of the 6th Judicial Circuit in and for Pinellas County, Florida. **Right of Publicity Damages**, Expert Report, 2024

Smartmatic USA Corp. et al. v. Michael J. Lindell and My Pillow, Inc., Case No. 22-cv-0098-WMW-JFD, USDC for the District of Minnesota. **Defamation Damages, Internet, and Social Media Analytics**, Expert Report, 2023, Rebuttal Report, 2024, Deposition, 2024

Domino's Pizza LLC v. Francis I. Borges, Arbitration No. 01 23 0002 1612, filed with the American Arbitration Association in Michigan. **Defamation Damages and Social Media Analytics**, Expert Report, Arbitration Testimony, 2024

CME International, LLC v. The Timepiece Gentleman, Case No. 24-1955-FFF, ADR Services. **Reputational Harm and Social Media Analytics**, Expert Mediation Report, 2024

Dawn Dangaard, et al. v. Instagram, LLC, Facebook Operations, LLC, Meta Platforms, Inc., et al., Case No. C22-01101 WHA, USDC Northern District of California. **Subscription-based platforms analyses**, Expert Report, 2024

CoStar Group, Inc. and CoStar Realty Information, Inc. v. Commercial Real Estate Exchange, Inc., Case No. 2:20-cv-08819-CBM-AS. **Copyright Damages**, Expert Consulting, 2024

Smartmatic USA Corp. et al. v. Newsmax Media, Inc., Case No. N21C-11-028 EMD, filed in the Superior Court of the state of Delaware. **Defamation, Internet, and Social Media Analytics**, Expert Report, Deposition, 2024

John H. Schnatter v. 247 Group, LLC d/b/a Laundry Service, Case No. 3:20-cv-000003-BJB-CHL, USDC for the Western District of Kentucky, **Breach of Contract, Economic Damages**, Expert Report, 2024

Anthony Aiello, an individual; Anthony's Worldwide Promotions, LLC, a limited liability company v. Sommer Ray Beaty et al., filed in the Superior Court of the state of California. **Economic Damages**, Expert Report, Deposition, 2024

New Tradition Media, LLC v. Rittersbacher Sunset, LLC, Case No. 2:22-cv-08670-SVW-AS, USDC Central District of California. **Copyright Damages**, Expert Consulting, 2024

Waya Productions LLC and Kevin Pace v. Creative Post Inc., Court File No. CV-20-00648910-0000, Ontario Superior Court of Justice. **Breach of Contract, Economic Damages**, Expert Report, 2023

Moxie Pest Control (Utah), LLC, et al. v. Kyle Nielsen, an individual, et al., Case No. 2:21-CV-00240, USDC, District of Utah, Central Division. **Trade Secret Damages**, Expert Report, Deposition 2023

StreetTrend LLC vs. Good American LLC, Arbitration expert consulting. **Damages in Retail Marketing**, 2023

Macy's IP Holdings, LLC v. Aroma 360, LLC, Case No. 1-21-CV-9631, USDC Southern District of New York. **Trademark Damages**, Expert Report, 2023

Patrice Gordon v. Board of Education for the City of Chicago, et al., Case No. 1:21-CV-00549, USDC for the Northern District of Illinois, Eastern Division. **Defamation, Internet, and Social Media Analysis**, Expert Report, Deposition, 2023

Softwave Tissue Regeneration Technologies, LLC. v. Thomas Kostopoulos and Kostopoulos Investment Holdings, LLC d/b/a Scale Marketing and Consulting, Case No. 1:22-cv-03392-SCJ, USDC, Northern District of Georgia, Atlanta Division. **Trademark Damages**, Expert Consulting, 2023

BakeMark USA, LLC, v. Clark Associates, Inc., The Webstaurant Store, d/b/a Webstaurantstore.com et al., Case No. 2:22-cv-03737, USDC, Central District of California. **Trademark, Reverse Confusion Damages**, Expert Consulting, 2023

Berookhim Royal Catering, Inc., d/b/a Beverly Catering, and Mehran Berookhim v. Shahbaz Farnad, et al., Case No. 20STCV15941, Superior Court of the State of California County of Los Angeles, Central District. **Defamation, Internet, and Social Media Analysis,** Expert Consulting, 2023

Halo Beauty Partners, LLC v. Clark Swanson, Swanson Global Enterprises Inc., et al., Case No. A-21-837645-B, Eighth Judicial District Court, Clark County, Nevada. **Breach of Contract, Economic Damages**, Expert Report, Deposition 2023

John Johnson and Donovan Robinson v. Board of Education for the City of Chicago, et al., Case Nos. 2021-L-001072 and 2021-L-001047, Circuit Court of Cook County, Illinois, County Department, Law Division. **Defamation, Internet, and Social Media Analysis**, Expert Report, 2023

Adriana's Insurance Services Inc., and Adriana Gallardo v. Auto International Insurance Agency, Inc., Eric Pena, Richard Wetzel, and Outfront Media LLC, Case No. 8:22-cv-00174-JLS-ADS, USDC, District of California. **Right of Publicity Damages**, Expert Report, Deposition, 2023

Derek Jaeschke v. Bella+Canvas, LLC and Color Image Apparel, Inc., Case No. 19SMCV01008, Superior Court of the State of California County of Los Angeles, West District. **Right of Publicity**, Deposition, 2023

Tireboots by Universal Canvas, Inc. v. Tiresocks, Inc., et al., Case No. 1:20-cv-07404, USDC, Northern District of Illinois. **Trademark Damages**, Expert Report, Deposition, 2023

Hubert Hansen Intellectual Property Trust v. The Coca-Cola Company, Case No. 37-2016-00021046-CU-MC-CTL, Superior Court of the State of California for the County of San Diego, **Right of Publicity**, Deposition, 2023

Global Apogee v. Sugarfina, Inc., Joshua Resnick, Rosie O'Neill, et al., Case No. 2:18-cv-05162 RSWL (Ex), USDC, Central District of California, Western Division (Los Angeles). **Trademark Damages and Google Search Analysis,** Expert Report, 2023

S10 Entertainment & Media LLC, v. Samsung Electronics Co., LTD.; and Samsung Electronics America, Inc, Case No. 2:21-cv-2443, USCD, Central District of California. **Trademark Damages**, Expert Report, Deposition, Trial Testimony, 2023

World Axe Throwing League, Inc, and Lincoln Chicago Holdings, Inc. v. Cold Steel, Inc., Lynn Thompson, and GSM LLC d/b/a GSM Outdoors, Case No. 2:20-cv-11407 JAK (Ex), filed in USDC, Central District of California, Western Division. **Trademark Damages, Causation**, Expert Report, Deposition, Trial Testimony, 2023

Garth Fisher, M.D., d/b/a Garth Fisher Skin Care, LLC, v. Rexford Surgical Institute, Inc., et al., Case no. 2:21-cv-05795-DSF-JPR, USDC, Central District of California, Western Division. **Trademark Damages and Google Search Analysis,** Expert Consulting, 2023

Fit Tea, LLC, v. Alani Nutrition, LLC, Case No. 1:22-cv-21568-JEM, USDC, Southern District of Florida, Miami Division. **Trademark Damages**, Expert Report, 2023

Mend Health, Inc., v. Carbon Health Technologies, Inc., Case No. 2:21-cv-06142 AB (MRWx), USDC, Central District of California. **Internet Trademark Investigation,** Expert Report, 2023

Flexware International LLC, v. AT&T Corp., Case No. 2:21-cv-07223 GW (ASx), USDC, Southern District of California, Western Division. **Trademark Damages,** Expert Consulting, 2023

John C. Depp, II, Counterclaim Defendant v. Amber Laura Heard, Counterclaim Plaintiff, Circuit Court of Virginia, Fairfax County, No. CL-2019-0002911. **Defamation, Causation, Damages, Internet, Media and Social Media Analytics**, Rebuttal Expert, Deposition, Trial Testimony 2022

John C. Depp, II v. Amber Laura Heard, Circuit Court of Virginia, Fairfax County, Case No. CL-2019-0002911. **Defamation, Internet, Media and Social Media Analytics**, Expert Report, Deposition, Trial Testimony 2022

Linda Fairstein v. Netflix, Inc., Ava Duvernay, and Attica Locke, USDC, Middle District of Florida, Fort Myers Division, case 2:20-cv-00180. **Defamation Damages**, Expert Report, Deposition, 2022

Harman International Industries v. Jem Accessories d/b/a Xtreme Cables, Case No. 2:20-CV-0822, USDC, Central District of California, No. 2:20-CV-08222. **Trademark Damages**, Expert Report, 2022

Rodney Smith LTD., v. Sugar Factory, LLC, Case No. 2:20-cv-06854-ODW-JEM, USDC, Central District of California. **Copyright Damages**, Expert Report, 2022

John R. Vivian, Jr., Esquire v. Saint Luke's Hospital of Bethlehem, Pennsylvania d/b/a St. Luke's Hospital & Health Network; filed in the Court of Common Pleas, Philadelphia County, Pennsylvania, March 2012: No. 3376. **Defamation Damages**, Expert Report, 2022

Athos Overseas, Ltd v. YouTube, Inc., YouTube, LLC, and Google, LLC, Case 1:21-cv-21698, USDC, Southern District of Florida. **Copyright Damages**, Expert Report, Deposition, 2022

Eddy Martinez v. Miami Children's Health System, Inc. and Nicklaus Children's Health System Executive Severance Policy, Case 1:21-cv-22700, filed in the circuit court of the eleventh judicial circuit in and for Miami-Dade County, Florida. **Defamation Damages**, Expert Report, 2022

My First Shades, Inc. and SLP Enterprises, LLC v. Solarna, LLC, George Granoff and Bernard Kossar; Commonwealth of Massachusetts, Case No. 1884-CV-708-BLS1. Rebuttal opinions related to economic damages and online advertising. **Trademark Damages and Google Search Results**, Expert Report, Deposition, Trial 2022

Doug Bania                                                Page 5



PARTS iD, LLC v. IDParts LLC, USDC, District of Massachusetts, Case 1:20-cv-11253. **Trademark Damages**, Expert Report, 2022

Edison Brewing Company LLC v. Gourmet Fresh LLC, USDC for the Southern District of Ohio Eastern Division, Case No. 2:21-cv-00876-EAS-CMV. **SEO and Competitive Analysis**, Expert Report, 2022

Meribear Productions, Inc. dba Meridith Baer Home v. Brett Baer, City Lights Staging, Inc., Jamie Baer, Caleb Morse, Superior Court of the State of California, County of Los Angeles, Norwalk, Case No. VC065653. **Intellectual Property and Intangible Asset Consulting**, Expert Report and Deposition, 2021

Paul Nicklen v. Sinclair Broadcast Group, Inc., Sinclair Television Media, Inc., et al., USDC for the Southern District of New York, Case No. 1:20-cv-10300-JSR. **Copyright Damages**, Expert Report, 2021

Reflex Media, Inc. and Clover8 Investments, PTE. LTD. v. Luxy Limited, Jason Qiang DU, et al., USDC Central District of California, Case No. 2:20-cv-00423-RGK-KS. **Trademark Damages, Internet and Social Media Investigation**, Expert Consulting, 2021

National Rifle Association of America v. Ackerman McQueen, Inc., Mercury Group, Inc., Henry Martin, and Jesse Greenberg, USDC for the Northern District of Texas Dallas Division, Case No. 3:19-cv-02074-G. **Internet and Social Media Investigation**, Expert Consulting, 2021

Reaves Law Firm, PLLC v. Tiger Sports Properties, LLC, USDC for the Western District of Tennessee Western Division, Case No. 2:19-cv-2465. **Right of Publicity Valuation for Penny Hardaway**, Expert Report, 2021

PetConnect Rescue Inc., Lucky Pup Dog Rescue.com, et al. v. David Salinas, Veronica Salinas, et al. USDC Southern District of California, Case No. 3:20-cv-00527-H-KSC. **Trademark Damages**, Expert Report, 2021

Andy's Frozen Custard, Inc. and Andy's Frozen Custard Franchising, LLC v. Andrew A. Naeger, Beth Johnston, St Robert Pizza, Inc., and Camden Pizza Inc. USDC Western District of Missouri Central Division, Case No. 2:20-cv-04258-MDH. **Trademark Damages and Likelihood of Confusion**, 2021

Heartland Payment Systems, LLC v. Robert O. Carr and Kathie Hanratty. USDC for the District of New Jersey, Case No. 3:18-cv-09764-BRM-DEA. **Defamation Investigation and Damages**, Expert Consulting, 2021.

Bismarch Alternative Health LLC d/b/a Pure Health and Cass County Enterprises LLC d/b/a Dakota Health v. Vicente Sederberg LLC, Brian Vicente and Sally Peebles, District Court, Denver County, State of Colorado. **Forecast and valuation of cannabis dispensary operations**, Expert Report, 2021

Samantha Childs v. Benjamin Polansky, DVM, California Veterinary Specialists, Superior Court of the State of California, County of San Diego North County Division, Case No. 37-2019-00040629-CU-PN-NC. **Social Media Valuation**, Expert Consulting, 2021

Sandro Nardone v. Ital Pizza, Inc., et al., Superior Court of The State of California, County of Orange, Central Justice Center, Case No.: 30-2016-00884748-CU-BT-CJC. **Brand Valuation and Reasonable Royalty Analysis**, Expert Consulting, 2021

Insurance King Agency, Inc. vs. Just Auto Insurance, Inc., USDC Central District of California, Case No. 2:2020-cv-05944. **Trademark Damages**, Expert Consulting, 2021

The Music Force, LLC v. Sony Music Entertainment, Montero Lamar Hill, aka Lil Nas X, et al. USDC Central District of California, Case No. 2:19-cv-06430-FMO (RAOx). **Copyright Damages**, Expert Report, Deposition, 2020

Doug Bania                                                                 Page 6



Music Specialist, Inc. and Sherman Nealy v. Atlantic Recording Corporation, Warner Chappell Music, Inc., and Artist Publishing Group, LLC.; USDC Southern District of Florida, Case No: 1:18-cv-25474-RAR. **Copyright Damages**, Expert Report, 2020

Kabushiki Kaisha Too Marker Products, Inc. v. Imagination International Incorporated and John Darland; In the International Chamber of Commerce, Case No. ICC 24464/MK (EA). **Website Traffic and Social Media Damages**, Expert Report, 2020

Rousselot B. V. v. St. Paul Brands, Inc., Advanced Pharmaceutical Services, Inc., et al. USDC Central District of California Southern Division, Case No. 8:19 cv-00458-DOC-ADS. **Trademark Damages**, Expert Consulting, 2020

P8H, Inc., d/b/a Paddle8; United States Bankruptcy Court, Southern District of New York, Case No. 20-1089 (smb). **Sales Advisor and Consultant to Chapter 11 Trustee** for Intellectual Property and Related Intangible Asset Sale, 2020

Kevin Michael Brophy, Jr. v. Belcalis Almanzar aka Cardi B; KSR Group LLC, Washpoppin, Inc., et. al.; USDC Central District of California, Case Number: 8:17-cv-01885. **Right of Publicity Damages**, Expert Report, Deposition, 2020

Atari Interactive, Inc. v. OoShirts, Inc., USDC for the Northern District of California San Francisco Division; Case No. 3:19-cv-00264-JST. **Trademark Damages for Apparel**, Expert Report, 2020

Annette Navarro McCall and Navarro Photography, LLC v. Walmart Inc. and The Procter & Gamble Company; USDC for the Southern District of Ohio Western Division – Cincinnati, Case Number: 1:17-cv-00406-TSB. **Copyright Damages for Photographs used on Product Packaging**, Expert Report, Deposition, 2020

Jane Doe v. Walgreen Co., 11th Judicial Circuit in and for Miami Dade County, Florida. Right of Publicity, **Social Media Investigation**, Expert Consulting, 2020

Wiseau Studio, LLC and Tommy Wiseau d.b.a. Wiseau-Films and Richard Harper, Fernando Forero McGrath, Martin Racicot d.b.a. Rockhaven Pictures, Room Full of Spoons Inc., Parktown Studios Inc., Richard Stewart Towns, Ontario Superior Court of Justice, Court File No. CV-17-577020. **Copyright Damages for documentary film**, Expert Report, Trial Testimony, 2020

Phunware, Inc. v. Uber Technologies, Inc. Superior Court of the State of California County of San Francisco; Case No. GGC-17-561546. **Brand Valuation**, Expert Consulting, 2020

Routes for Sale, LLC v. Spencer Patton and Route Consultant, Inc., In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida; Cases No. 19-CA-007665. **Defamation Damages**, Expert Report, 2020

Bluebeam, Inc. v Office Solutions Business Products & Services LLC D/B/A Bluespace Interiors, USDC Central District of California, Case No. 2:19-cv-06412-ODW-AGR, **Peaceful Coexistence Analysis**, 2019

Nikki Giavasis; Taylor Giavasis and Josephine Robertson v. Star Returns, LLC, Superior Court of the State of California County of Los Angeles; Case No. BC628277. **Social Media and Right of Publicity Damages**, Expert Consulting, 2019

Adam Sandoval and Ashley Watson v. The Parking Spot Irving, LLC, ABM Aviation Incorporated, Derrick Eugene White and Judy Ann Sanders Miles, District Court of Dallas County, Texas, Cause No. DC-17-17314. **Social Media and Right of Publicity Damages**, Expert Consulting, 2019

Doug Bania                                      Page 7



Zeetogroup, LLC; Tibrio, LLC v. Nicholas Fiorentino; Sabiha Tudesco; Internet Things, LLC; Simply Sweeps, LLC; Crediready, LLC; Two Minute Media Topics, LLC, United States District Court Southern District of California; Case No. 19CV0458. **Website comparison and html investigation**, Expert Report, 2019

Move Press, LLC v. Peloton Interactive, Inc. USDC Central District of California, Western Division, Case No. 2:18-cv-1686. **Trademark Damages**, Expert Consulting, 2019

Stockdale Investment Group, Inc. v. Stockdale Capital Partners LLC, et. al, Expert report and Deposition Testimony regarding **Google Search Results**; Case 4:18-cv-02949, 2019

Chad Marlow v. Business Financial Services, Inc. and Adquadrant, Inc., Superior Court of the State of California, County of Orange; Case No. 30-2017-00923885-CU-NP-CJC. **Right of Publicity Damages**, Expert Consulting, 2019

Merck & Co., Inc. and Merck Sharp & Dohme Corp. v. Merck KGAA, USDC District of New Jersey; Case No. 16-cv-00266. **Google Ads Investigation**, Expert Report, Deposition, 2019.

Platinum Logistics WY, Inc. v. Platinum Cargo Logistics, Inc. DBA Platinum Cargo; et al., USDC Southern District of California; Case No. 13-cv-1819. **Trademark Damages**, Expert Report, 2019.

Thelonious Sphere Monk, Jr. as Administrator of and on behalf of the Estate of Thelonious Sphere Monk v. North Coast Brewing Co., Inc., USDC Northern District of California; Case No. 17-cv-05015. **Trademark and Right of Publicity Damages**, Expert Report, Deposition, 2018.

GOLO, LLC v. Zoco Productions; Mehmet Oz, M.D.; and Keri Glassman, USDC for the Eastern District of Pennsylvania; Case No. 1:17-cv-08461-KBF. **Unfair Competition and False Advertising**, Expert Report, 2018.

Lauren Mountain v. Mehron, Inc.; Martin Melik; Michael Costello and Stephanie Costello, USDC Central District of California Western Division; Case No. 2:18-cv-00080-JAK-MRW. **Copyright Damages**, Expert Consulting, 2018

Big League Analysis, LLC v. The Office of the Commissioner of Baseball, The United States Baseball Federation, Inc., and Noah Garden; Supreme Court of the State of New York County of New York; Case No. 152702/2017. **Website, SEO Analysis, Internet Impressions, Visits and Damages**, Expert Report, Mediation Testimony, 2018

PS1, Inc., v. TTL Automotive Enterprises, Inc., American Arbitration Association, Case No.: 01-17-0005-3284. **Trade Dress Investigation**, Expert report, 2018

North Carolina, Craven County, Jones County v. Beer Army, LLC, Dustin J. Canestorp, Beer Army Productions, LLC, and Ribeyes Steak House of New Bern 2, LLC and Bad Boy Foods, LLC. The General Court of Justice Superior Court Division; File No.: 15-CVS-1236. **Trademark Damages**, Expert report, 2018

Leandro Sorice v. Trendy Butler, Inc. and Ali Najafian; Superior Court for the State of California County of Los Angeles; Case No. BC635770. **Copyright Damages**, Expert report, 2018

Colonel David Randolph Scott v. Citizen Watch Company of America, Inc. (successor to Bulova Corporation); Sterling Jewelers, Inc., dba Kay Jewelers; USDC Northern District of California San Jose Division; Case No. 17-cv-00436-NC. **Right of Publicity Damages**, Expert report, Deposition, 2018

Ghostbed, Inc.; and Werner Media Partners, LLC d/b/a/ Nature's Sleep, LLC v. Casper Sleep, Inc.; Philip Krim; Red Antler, LLC; and ICS Inc.; Case No. 0:15-cv-62571. **Google Ads, SEO Analysis, Internet Website Traffic Investigation**, Expert Reports, Deposition, 2018

Doug Bania                                          Page 8



Heron Development Corporation v. Vacation Tours, Inc. d/b/a Vacation Store of Miami, Media Insight Group, Inc., d/b/a Media Insight Group, Rosanna M. Mendez and George A. Alvarez; USDC Southern District of Florida Miami Division; Case No. 1:16-cv-20683-Moreno/O'Sullivan. **Website, SEO Analysis, Internet Impressions, Visits and Damages**, Expert Report, 2017

Entrepreneur Media, Inc. v. Scott Smith; Domains by Proxy, LLC; GoDaddy.com, LLC and Karen Mix; Case No. CGC 13 530730. **Domain Name Valuation**, Expert Report, 2017

Jukin Media, Inc. v. QWorldstar, Inc. d/b/a Worldstar, Worldstar Hip Hop, Worldstar Candy; Case No. 2:16-cv-6800-JFW; USDC Central District of California. **Copyright & Trademark Damages**, Expert Report, 2017

Aardwolf Industries, LLC v. Abaco Machines USA, Inc. Ausavina Co. LTD, et. al.; Case No. 2:16-cv-01968-GW-JEM; Central District of California. **Domain Name and SEO Analysis Investigation**, Expert Report & Deposition, 2017

Winston Smith v. Chapter 4 Corp., "Supreme"; Blackrock Creative Management Company and DEAD KENNEDYS; USDC Central District of California, Case No. 2:16-cv-03910-GW-AS. **Copyright Apportionment Damages**, Expert Report & Deposition, 2017.

Andre Khazraei v. Christopher Brown, CBE Merchandising LLC, CBE Apparel LLC, Konfuzed LLC, Maxima Operating X LLC; USDC Central District of California, Case No. 2:16-cv-02341 SJO (JCx). **Trademark, Licensing & Social Media Analysis**, Expert Report & Mediation Testimony, 2017

IDX System Technology, Inc. v. Timothy Arasheben dba Cinoflex; TM Camera Solutions, LLC; Superior Court of the State of California for the County of Los Angeles, Case No. BC610537. **Defamation Damages**, Expert Consulting, 2017

Uncommon, LLC v. Spigen, Inc.; USDC Northern District of Illinois Eastern Division, Case No. 15-cv-10897. **Trademark Damages, Website Analysis**, Expert Report, Deposition, 2016

The Julia Child Foundation for Gastronomy and the Culinary Arts v. Airbnb, Inc., Superior Court of the State of California for the County of Santa Barbara, Case No. 16CV02626. **Right of Publicity & SEO Analysis**, Expert Report & Mediation Testimony, 2016

Pines International, Inc. v. Suja Life, LLC, USDC Southern District of California, Case No. 3:16-cv-00985-GPC-WVG. **Trademark Damages**, Settlement Brief Testimony, 2016

Unicolors, Inc. v. Kohl's Department Stores, Inc.; Fashion Life Inc.; Jes Apparel, L.L.C., USDC Central District of California, Case No. 2:16-cv-00393-RGK-SS. **Copyright Damages**, Expert Report, 2016

Timed Out, Inc. v. Crazy Horse, Inc., Superior Court of the State of California, County of San Francisco – Civic Center Courthouse, Case No. CGC-15-547904. **Right of Publicity & SEO Analysis**, Expert Report, 2016

Adobe Systems Incorporated v. A&S Electronics, Inc., dba Trustprice; Alan Z. Lin; et. al., USDC Northern District of California Oakland Courthouse, Case No. 4:15-cv-02288-SBA. **Trademark & Copyright Damages**, Expert Report, 2016

Ronald Greenspan, D.D.S. v. Mary Polomares, Randolph F. Alexander, D.D.S., M.S. and Leslie Alexander, Superior Court of the State of California County of San Diego – Central Division, Case No. 37-2014-00029393-CU-DF-CTL. **Defamation & SEO Analysis**, Expert Report & Deposition, 2016

Nina Pham v. Texas Health Resources, Inc., District Court of Dallas County, Texas 68th Judicial District, Cause No. DC-15-02252. **Right of Publicity Damages & SEO Analysis**, Expert Report & Deposition, 2016

Doug Bania                                             Page 9



Christopher Gordon v. Drape Creative, Inc.; Papyrus-Recycled Greetings, Inc. USDC Central District of California, Case No. CV 15-04905 JFW (PLAx). **Trademark Damages**, Expert Report, 2016

Adobe Systems Incorporated v. David Far, aka Davit Far, doing business as AllMacDirect, USDC Central District of California, Case No. CV15-06192 AB AJW. **Trademark & Copyright Damages**, Expert Report, Deposition, 2016

Mark Spitz v. New Vitality LLC, NAC Marketing Company, Superior Court of California County of Los Angeles, Case No. SC121977. **Right of Publicity Damages & SEO Analysis**, Expert Consulting, 2016

Global Tobacco, LLC v. R.K. Co., dba Cigar Cartel, USDC Central District of California Western Division, Case No. 2:15-CV-05227. **Trade Dress Damages**, Expert Report, 2016

Ryoo Dental, Inc. v. Thomas D. Han DMD, dba Beach Dental Care, USDC Central District of California, Southern Division, Case No. 8:15-cv-00308-JLS-RNB. **Copyright Damages & SEO Analysis**, Expert Report, 2016

Joel Zimmerman p/k/a "deadmau5" and Ronica Holdings Limited v. Play Records, Inc., Ontario Superior Court of Justice, Court file No. CV-15-539129. **Trademark & Copyright Damages**, Expert consulting, 2016.

Reese Witherspoon v. Sears Holdings Management and Sears Brands LLC, et al., Case No. SC120883, Superior Court of the State of California, County of Los Angeles, West District. **Right of Publicity Damages & SEO Analysis**, Expert Report, 2016

Reese Witherspoon v. LNT Acquisition LLC, et al., Case No. SC120883, Superior Court of the State of California, County of Los Angeles, West District. **Right of Publicity Damages**, Expert Report, 2016

Pharrell Williams, et al. v. Bridgeport Music, Inc., et al., Case No. CV13-06004-JAK (AGRx), USDC, Central District of California, Western Division. **Copyright Damages & Social Media Analysis**, Expert Report, Deposition and Trial Testimony, 2015

Cynara Busch v. Jakov Dulcich and Sons, LLC, Sunlight International Sales, Inc., Case No. CIV 1404125, Superior Court of the State of California, County of Marin, **Right of Publicity Damages**, Expert Consulting, 2015

Markwins Beauty Products, Inc. v. Krystal Ball Productions, Inc. and Fergie Duhamel, Arbitration, Pasadena, CA. **Right of Publicity Damages**, Expert Report, 2015

Stone Creek, Inc. v. Omnia Italian Design, Inc., Case No. CV-13-00688-PHX-DLR, USDC, District of Arizona, **Trademark Damages & SEO Analysis**, Expert Report, Deposition and Trial Testimony, 2015

Unicolors, Inc. v. Urban Outfitters, Inc., dba Free People; Century 21 Department Stores, LLC, Case No. CV14-1029 SJO (VBK) USDC, Central District of California, **Copyright Damages**, Expert Report and Trial Testimony, 2015

Matthew C. Morin v. Cindy Marabito, Case No. RG14747850, California Superior Court, Alameda County. **Defamation Damages**, Expert Consulting, 2015

Richard Guthrie v. Hobby Lobby Stores, Inc., Case No. 1:15-cv-00195-WDQ, United States District Court, District of Maryland. **Copyright Damages**, Expert Consulting, 2015

Scott Ehredt v. Medieval Knights, LLC, Case No. BC530275, Superior Court for the State of California, County of Los Angeles, **Right of Publicity Damages**, Expert Report, 2015



Radix Textile, Inc. v. Anthropologie, Inc., Case No. CV14-04272-BRO (EX), USDC, Central District of California, **Copyright Damages**, Expert Report, 2015

Unicolors, Inc. v. Urban Outfitters, Inc., dba, Free People, Case No. 2:14-cv-03217-R-AGR, USDC, Central District of California, **Copyright Damages**, Expert Report, 2014

The Pond Guy, Inc. et al. v. Aquascape Designs, Inc., et al., Case No. 2:13-cv-13229-NGE-DRG, USDC, Eastern District of Michigan. **Trademark & SEO Analysis Investigation**, Expert Report, Deposition and Trial Testimony 2014

Bruce L. Lamb, dba Lamb Productions U-Tile It Videos v. Floor and Decor Outlets of America, Inc., Case No. 3:13-cv-00390-JAH-BLM, USDC, Southern District of California. **Copyright Damages**, Expert Consulting, 2014

Reese Witherspoon v. Marketing Advantages International, Inc., et al., Case No. SC120883, Superior Court of the State of California, County of Los Angeles, West District. **Right of Publicity Damages & SEO Analysis**, Expert Report, 2014

Jason Olive v. General Nutrition Centers, Inc., Case No. BC482686, Superior Court for the State of California, County of Los Angeles. **Right of Publicity Damages**; Expert Consulting, 2014

Amini Innovation Corporation v. McFerran Home Furnishings, Inc., Case No. CV13-06496-RSWL(SSx), USDC, Central District of California. **Trade Dress and Copyright Damages**, Expert Report, 2014

One Beacon Insurance Company v. National Casualty Company, Case No. CV 06342-550-JC, USDC, Central District of California. **Copyright Damages**; Expert Opinion, 2014

Star Fabrics, Inc. v. Joyce Leslie, Inc., N.Y. Invasion Inc., Myletex International, Inc., Case No. 13-CV-02771-CAS, USDC, Central District of California – Western Division. **Copyright Damages**; Expert Report, 2014

Cengage Learning, Inc., et al., United States Bankruptcy Court Eastern District of New York. Copyright Damages; Expert Opinion and Rebuttal Opinion regarding **valuation of higher education textbook copyrights** on behalf of the Second Lien Indenture Trustee in Chapter 11 bankruptcy cases, 2014

The Julia Child Foundation for Gastronomy and the Culinary Arts v. DGWB Advertising and Communications, Case No. 8:12-CV-1402SJO, USDC, Central District of California. **Right of Publicity Damages & SEO Analysis**; Expert Report and Deposition, 2013

United Fabrics International, Inc. v. G-III Apparel Group, LTD; dba Wilsons Leather; Mcklein Company, LLC, USDC, Central District of California. **Copyright Damages**; Expert Report, 2013

David Wolfe, v. Sunfood, LLC, et al.; Case No. 37-2011-00066729-CU-CO-CTL, Superior Court of the State of California for the County of San Diego. **Right of Publicity Damages**; Deposition, 2013

Brady Industries, LLC v. Waxie's Enterprises, Inc., 2:12-cv-00777-PMP-VCF, USDC, District of Nevada. **Copyright Damages and SEO Analysis**; Expert Report and Deposition, 2013

Rawlings Sporting Goods Company, Inc., v. Wilson Sporting Goods, 4:12-cv-01204-01204, USDC, Eastern District of Missouri. **Trademark Damages**; Expert Opinion, 2013

Rebel Media, No Good Entertainment v. Jay Vir, No Good Digital; CV12-04602-R-JC, USDC, Central District of California, Western Division. **Trademark Damages & YouTube SEO Analysis Investigation**; Expert Opinion, 2013

Doug Bania                                    Page 11



Marona Photography, Inc. v. <u>Los Altos Boots, Wild West Boots</u>.  12-CV-00163-WYD-MJW, USDC, District of Colorado.  **Copyright Damages**; Expert Report, 2012

Ricky D. Ross v. <u>William Leonard Roberts, II</u>; CV10-4528-PA (RZx), The USDC, Central District of California, Western Division – Los Angeles.  **Right of Publicity Damages**; Rebuttal Opinion, 2012

L.A. Printex Industries, Inc. v. <u>Macy's Retail Holdings, Inc</u>., et al.; CV09-3978 DSF (AJWx), USDC, Central District of California.   **Copyright Damages**; Expert Report, 2011

<u>John Frederick Dryer, et al</u>. v. National Football League; 0:09-cv-02182-PAM-AJB, USDC, District of Minnesota.  **Right of Publicity Damages**; Expert Opinion, 2009

**EDUCATION & CERTIFICATION**

**Certified Licensing Professional** (CLP); 2011
**San Diego State University**; Masters, Television, Film, New Media Production; 2000
**San Francisco State University**; Bachelor of Arts, Cinema; 1997

**EMPLOYMENT EXPERIENCE**

**Nevium Intellectual Property Consultants;** San Diego, CA; 2012 – present
Founding Principal: Provide IP strategy, licensing, valuation and expert services
**CONSOR Intellectual Asset Management;** La Jolla, CA; 2002 – 2012
Principal: Managed client & firm relations and provided expert witness services
**Independent Film Producer;** Los Angeles, CA; 2000 – 2003
Producer for two award winning short films: *Boundaries* and *Passing Through*

**ASSOCIATIONS & MEMBERSHIPS**

Licensing Executives Society (LES)
International Trademark Association (INTA)
INTA The Trademark Reporter (TMR) Committee
Member, Copyright Society of the United States
Copyright Society, Website & Social Media Committee
American Bar Association (ABA), Section of Intellectual Property Law
American Bar Association – IP Law, Trademarks and the Internet Committee

**PUBLICATIONS & PRESENTATIONS**

"Nuts and Bolts: Calculating Damages in IP Cases and Valuing IP," panel presentation at the California Lawyers Association 48th IP Institute, Long Beach, CA - 2025

"Online Brand Health Checkup: Tools You Need to Know," Table Topic at the 147th International Trademark Association (INTA) Meeting, San Diego, CA - 2025

"The Value of a Reputation – Assessing Economic and Reputational Damages in Defamation Cases," presentation at the 2025 American Economic Association, San Francisco, CA - 2025

"Causation and Keywords: A Case Study on the Use of Online Analytics Tools in Litigation," published in the Journal of the Patent & Trademark Office Society, Volume 104, Number 3, 2024



"The Use of Internet and Social Media Analytic Tools for Online Trademark Infringement Damages" webinar for the American Bar Association Trademark & Internet Committee, 2024

"Using Internet Analytic Tools to Attack Causation Paves the Way to a $0 Damages Ruling" Luncheon Table Topic at the 146th Annual International Trademark Association (INTA) Meeting, Atlanta, Georgia May 2024

"An Inside Look at the Testimony of Johnny Depp's Internet and Social Media Analytics Expert" Luncheon Table Topic at the 146th Annual International Trademark Association (INTA) Meeting, Atlanta, Georgia May 2024

"Profit Apportionment in Intellectual Property Infringement Cases – Part I: A Comparative Analysis Using Google Ads and Conversion Ratios." les Nouvelles, 2023

"Tools of the Trade: Trends and Developments in IP Valuation and Dealmaking Data and Internet Tools." Panel presentation at the LES 2022 Annual Meeting, 2022

"Profit Apportionment in Intellectual Property Infringement Damages Calculations" Intellectual Property Valuation Case Law Compendium, Fourth Edition. Business Valuation Resources (BVR), 2022

"Using Internet and Social Media Analytic Tools for Valuation and Damages Calculations" Presentation at the NACVA Business Valuation & Financial Litigation Hybrid & Virtual Super Conference, 2022

"Introduction to Copyright Valuation" Chapter 3 in the Practical Guide to Successful Intellectual Property Valuation and Transactions by Kluwer Law International, 2022

"Profit Apportionment for Intellectual Property Valuation" Chapter 7 in the Practical Guide to Successful Intellectual Property Valuation and Transactions by Kluwer Law International, 2022

"Can Trademark Infringement Be a Victimless Crime?" Table Topic for the International Trademark Association (INTA), 2021

"Defamation Investigations: A Big Leap in Fighting Back" published in The Intellectual Property Strategist, 2021

"Proving Online Defamation: No Longer a Black Box" published in Law.com: Legaltech News, 2021

"Valuing Brands in the Tech Sector Using an Apportionment Framework" published in the National Association of Certified Valuators and Analysts (NACVA) The Value Examiner, 2021

"Using Internet Analytic Tools for Valuation and Damages Calculations in Internet IP Infringement and Defamation Cases" published as a chapter in The Comprehensive Guide to Economic Damages book by Business Valuation Resources (BVR), 2021

"Profit Apportionment in Intellectual Property Infringement Damages Calculations" published as a chapter in The Comprehensive Guide to Economic Damages book by Business Valuation Resources (BVR), 2021

"Trademark and Brand Valuation" webinar for the Confederation of Indian Industry (CII), 2021

"What to Look for When Valuing a Cannabis Business" Cannabis Business Times, 2019

"Internet Tools for Intellectual Property Analysis" presented as a webinar for the Certified Patent Valuation Analyst certification, 2019

"Investigating Online IP Infringement and Calculating Damages for Internet Related Disputes" presented at the University of San Diego School of Law, 2019

"Nevium: Influencer Marketing Meets Intellectual Property" Forbes, 2019

"Calculating the Value of Influencer Marketing and Impact of Infringement" Attorney at Law Magazine, 2019

"Building Cannabis IP Includes Both Your Brand and Your Technology" Entrepreneur, 2019

"Can Trademark Infringement Be a Victimless Crime? The Stone Creek v. Omnia Case" International Journal of Law and Public Administration, Redfame Publishing Inc., 2018

"Apportionment Models: Valuing the Contribution of Intangible Property and Assets in Disputes" A Special Series Webinar on New Economic Damages Guide. Business Valuation Resources (BVR), 2018

"Using Internet Analytic Tools for Valuation and Damages Calculations in Internet IP Infringement and Defamation Cases" published as a chapter in The Comprehensive Guide to Economic Damages book by Business Valuation Resources (BVR), 2018

"Profit Apportionment in Intellectual Property Infringement Damages Calculations" published as a chapter in The Comprehensive Guide to Economic Damages book by Business Valuation Resources (BVR), 2018

The Florida Bar Business Law Section, 9th Annual Intellectual Property Symposium. Panel on the Blurred Lines trial – Speaking as the copyright damages and apportionment expert. St. Pete Beach, FL, April 2018

"Proving Infringement in Online Trademark Disputes" Luncheon Table Topic at the 140th Annual International Trademark Association (INTA) Meeting, Seattle, WA May 2018

"Building Brands and Maximizing Value" Workshop Session presented at the Licensing Executive Society (LES) 2017 Spring Meeting entitled Stronger Economies Through Licensing, Washington, DC, May 2017

"Blurred Lines – Music Industry Damage Calculations" Panel Session presented at SXSW, Austin, TX, March 2017

"Non-Traditional Marks and the Traditional Practice" Luncheon Table Topic for the International Trademark Association (INTA), San Diego, CA, February 2017

The Use of Analytic Tools for Valuation and Damages Calculations in Internet IP Infringement and Defamation Cases" published as a chapter in Calculating Economic Damages in Intellectual Property Infringement Cases book by Business Valuation Resources (BVR), October 2016

"Misuses of IP Over the Internet: Searching for Value." Business Valuation Resources (BVR) Special Series Webinar: The Comprehensive Guide to Economic Damages, July 2016

"The Use of Analytic Tools for Valuation and Damages Calculations in Internet IP Infringement and Defamation Cases" published as a chapter in The Comprehensive Guide to Lost Profits and Other Commercial Damages book by Business Valuation Resources (BVR), May 2016

"Brand Valuation and Techniques" presented at the Conference on Brand Valuation; University of New Hampshire School of Law and The Franklin Pierce Center for Intellectual Property. Concord, New Hampshire, April 2016

"Valuation and Damages Calculations in Cases Involving Internet IP Infringement and Defamation." NACVA Webinar Series, April 2016

"Brand Due Diligence: Tools and Techniques for Supporting Successful Brand Driven Transactions" Luncheon Table Topic at the International Trademark Association (INTA) Annual Meeting, Orlando, FL, May 2016

"Employing Internet and Social Media Analytical Tools in Valuation and Damages Calculations" Featured Presenter at the NACVA and the CTI's 2016 Annual Conference. San Diego, CA, June 2016



"Apportioning Copyright Damages: The Case of Blurred Lines" published in the Journal of Intellectual Property Law and Practice, Vol. 10, No. 12, November 2015

"Intellectual Property Valuation: Methodologies and Case Studies" presented at the American Society of Appraisers (ASA), San Diego Chapter monthly meeting, San Diego, 2015

"Blurred Lines or Fuzzy Math: How Did They Come Up with $7.3 Million or was it $5.3 Million? – Damage Calculations in the Music Industry, New York State Bar – Entertainment Business Law Seminar in Association with CMJ Music Marathon, New York, 2015

"Internet Analytic Tools for Brand Valuation, Damages and Defamation" Luncheon Table Topic at the International Trademark Association (INTA) 2015 Annual Meeting, San Diego, CA

"Valuation and Damages Calculations in Cases Involving Internet IP Infringement and Defamation" presented at the NACVA and the CTI's 2015 Annual Conference, June 2015

"How to Calculate Damages for Internet and Social Media Infringement" presented at the 36th Annual BAA/PMA Marketing Law Conference, 2014

"Calculating Damages from Internet IP Infringement and Defamation" presented at the Internet Law Leadership Summit, 2014

"Estimating and Managing the Economic Impact of Brand Disparagement" published in the World Trademark Review, 2014

"SFIA Legal Task Force Series: Intellectual Property Litigation & Valuation" presented to the Sports & Fitness Industry Association members, 2013

"Copyright Valuation and Damages: Different Tools for Different Challenges" presented to The State Bar of California, Intellectual Property Law Section, 2013

"Key Concepts in Intellectual Property Valuation" presented to various law firms, 2012

"Intellectual Property Valuation," presented to various law firms, 2011

"Valuing your brand for Sale or Securitization", presented to LIMA members, 2011

"Valuing the Intangible: Where to Start? The Full Family of Intellectual Property and Other Intangibles," CLE presented to various law firms, 2010

"Valuation, Licensing, Damages and Expert Witnesses," CLE presented to various law firms, 2009

"Brand Leverage and Valuation" presented to various corporations, 2008

"Deceptive Product Endorsement: Unauthorized Use of a Celebrity's Name and Likeness," published in Total Licensing Magazine, 2006