# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| RICHARD ALEXANDER MURDAUGH, JR., <br><br> Plaintiff, <br><br> v. <br><br> BLACKFIN, INC., WARNER BROS. DISCOVERY, INC., WARNER MEDIA ENTERTAINMENT PAGES, INC., CAMPFIRE STUDIOS INC., <br><br> Defendants. | Case No. 9:24-cv-04914-RMG |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the plaintiff, Richard Alexander Murdaugh, Jr., and the defendants, Blackfin, Inc., Warner Bros Discovery, Inc., Warner Media Entertainment Pages, Inc., and Campfire Film & TV, LLC (incorrectly sued herein as Campfire Studios, Inc.) hereby stipulate to the dismissal of this action, with prejudice and in its entirety.

Respectfully submitted this 11th day of February 2026.

| | |
|---|---|
| _s/ Shaun C. Kent_ | _s/ Merritt G. Abney_ |
| Shaun Courtney Kent (Federal Bar No. 9326) | Katherine M. Bolger (admitted *pro hac vice*) |
| KENT LAW FIRM, LLC | Jeremy A. Chase (admitted *pro hac vice*) |
| P.O. Box 117 | DAVIS WRIGHT TREMAINE LLP |
| Manning, SC 29102 | 1251 Avenue of the Americas, 42nd Floor |
| Phone: (803) 433-5368 | New York, NY 10020 |
| shaun@shaunkentlaw.com | Phone: (212) 489-8230 |
| | katebolger@dwt.com |
| *Counsel for Plaintiff* | jeremychase@dwt.com |
| | |
| | David E. Dukes (Federal Bar No. 00635) |
| | NELSON MULLINS RILEY & SCARBOROUGH, LLP |

1320 Main Street, 17th Floor
P.O. Box 11070
Columbia, SC 29201
Phone: (803) 799-2000
david.dukes@nelsonmullins.com

Merritt G. Abney (Federal Bar No. 09413)
NELSON MULLINS RILEY & SCARBOROUGH, LLP
151 Meeting Street, 6th Floor
P.O. Box 1806
Charleston, SC 29401-2239
Phone: (843) 853-5200
Merritt.abney@nelsonmullins.com

*Counsel for Defendants*

2

## **CERTIFICATE OF SERVICE**

I hereby state that I electronically filed the foregoing STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to the attorneys of record.

This 11th day of February 2026

        ___s/ Merritt G. Abney_____
        Merritt G. Abney
        *Counsel for Defendants*